## SCHEDULES TO 1007-4 AFFIDAVIT

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 Case. The list does not include: (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101; or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007 (m).

The information contained herein, including any claim amounts, shall not constitute an admission of liability by, nor is it binding, upon the Debtor. The Debtor reserves all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount or status of any such claim or debt. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Oxford Health Plans, Inc. | 48 Monroe Turnpike Trumbell, CT 06611 Attn: Lisa Tatta | Trade Debt | Disputed | 4,205,708.00 |
| New York State Office of Mental Health | 44 Holland Avenue Albany, New York 12229 Attn: Joshua Pepper, Deputy Commissioner and Counsel | Loan | Disputed | 2,341,538.00 |
| FOJP Service Corp 28 East 28th Street New York, New York 10016 | Peter A. Kolbert Senior Vice President, Claim & Litigation Services FOJP Service Corp 28 East 28th Street New York, New York 10016 212.891.0733 | Trade Debt | Disputed | 1,346,800.00 |
| Bronx Lebanon Hospital Center 1276 Fulton Avenue Bronx, New York 10456 | Victor DeMarco Chief Financial Officer Bronx-Lebanon Hospital Center 1276 Fulton Avenue Bronx, New York 10456 718.901.8600 | Trade Debt | Disputed | 665,000.00 |

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Netsmart Technologies, Inc.<br>1 Penn Plaza, Suite 1700<br>New York, New York 10119 | Mike Valentine<br>CEO<br>NetSmart<br>4950 College Boulevard<br>Overland Park, KS 66211<br>913.696.2809 | Trade Debt | Disputed | 600,000.00 |
| Next Source, Inc.<br>1040 Avenue of the Americas, 24th Floor<br>New York, New York 10018 | Natalie Vlakancic<br>Implementation Manager<br>Next Source, Inc.<br>1040 Avenue of the Americas, 24th Floor<br>New York, New York  10018<br>212.736.5870  ext. 2323 | Trade Debt | Disputed | 453,836.00 |
| Interagency Council<br>150 West 30th Street<br>New York, New York 10001 | Peter Pierri<br>Executive Director<br>150 West 30th Street, 15th Floor<br>New York, New York 10001<br>212.645.6360 | Trade Debt | Disputed | 308,251.00 |
| Loeb & Troper<br>655 Third Avenue, 12th Floor<br>New York, New York 10017 | Lawrence Rozanski<br>Partner<br>Loeb & Troper<br>655 Third Avenue, 12th Floor<br>New York, New York 10017<br>212.867.4000, ext. 210 | Trade Debt | Disputed | 236,000.00 |
| American Express | 20022 North 31st Avenue<br>Phoenix, AZ 85027 | Trade Debt | Disputed | 203,873.00 |
| Department of Housing and Urban Development | 1250 Maryland Avenue<br>SW Portals Bldg. Suite 200<br>Washington, D.C. 20024 | Loan | Disputed | 137,000.00 |
| Mitchell/Martin, Inc.<br>307 W.38th Street, Suite 1305<br>New York, New York 10018 | Joanne Russo<br>Senior Account Executive<br>Mitchell/Martin, Inc.<br>307 W 38th Street, Suite 1305<br>New York, New York 10018<br>646.723.7345 | Trade Debt | Disputed | 108,600.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Coordinated Behavioral Care 304 Park Avenue South, 11th Floor New York, New York 10010 | Danika Mills Executive Director Coordinated Behavioral Care 304 Park Avenue South, 11th Floor New York, New York 10010 212.590.2407 | Trade Debt | Disputed | 100,340.00 |
| Ultimate Psychological | 271 North Avenue, Suite 111 New Rochelle, New York 10801 | Trade Debt | Disputed | 98,873.00 |
| Driscoll/Metropolitan Foods | 174 Delaware Avenue Clifton, New Jersey 07014 | Trade Debt | Disputed | 94,012.00 |
| Executive Cleaning Services | 460 New York Avenue Huntington, New York 11743 | Trade Debt | Disputed | 92,770.00 |
| 147 Corp. | 9 Park Place, 4th Floor Great Neck, New York 11021 | Trade Debt | Disputed | 95,650.00 |
| Aetna, Inc. | 151 Farmington Avenue Hartford, Connecticut 06156 | Trade Debt | Disputed | 77,811.00 |
| Coned Solutions | 100 Summit Lake Drive Suite 410 Valhalla, New York 10595 | Trade Debt | Disputed | 76,344.00 |
| North Shore LIJ Health System 972 Brush Hollow Road Westbury, New York 11590 Attention: Alvalyn R. Smith | Alvalyn R. Smith Sr. Financial Specialist North Shore LIJ Health System 972 Brush Hollow Road Westbury, New York 11590 516.562.3793 | Trade Debt | Disputed | 75,805.00 |
| Montefiore Medical Center 111 East 210th Street Bronx, New York 10467 | Christopher S. Panczner Senior Vice President & General Counsel Montefiore Medical Center 111 East 210th Street Bronx, New York 10467 718.920.7787 | Trade Debt | Disputed | 57,231.00 |

**Holders of Five Largest Secured Claims against the Debtor**

In accordance with Local Rule 1007-4(a) (vi), the following chart lists the five largest secured claims against the Debtor.

The information contained herein, including any claim amounts, shall not constitute an admission of liability or of a proper security interest or lien by, nor is it binding, upon the Debtor. The Debtor reserves all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount or status of any such claim or debt. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control.

| Creditor | Address | Amount of Claim[1] | Description of Security Interest | Contingent, Unliquidated, Disputed (C/U/D) |
|---|---|---|---|---|
| Doromitory Authority of the State of New York | 515 Broadway Albany, New York 12207 | $12,253,332.34 | Real Property | |
| Bank of America | 2059 Northlake Parkway, 3 North Tucker, Georgia 30084 | $4,697,838.00 | Equipment | |
| JP Morgan Chase | 277 Park Avenue, Floor 23 New York, New York 10172 | $4,042,000.00 | Accounts | |
| New York City Industrial Development Agency | 110 William Street New York, New York 10038 | $2,925,000.00 | Real Property | |
| Office Mental Health | 44 Holland Avenue Albany, New York 12229 | $1,038,460.00 | Real Property | |

---

[1] The scheduled amounts reflects only the purported secured portion of such creditor's claims and do not reflect any unsecured claims they may have.

3163043v.2

## Summary of Debtor's Assets and Liabilities

In accordance with Local Rule 1007-4 (a)(vii), the Debtor's estimated assets and liabilities, as of June 30, 2014, on a consolidated basis, are as follows:

Total Assets    $144,704,277

Total Liabilities  $105,124,207

The financial data set forth herein shall not constitute an admission of liability by the Debtor. The Debtor further reserves all rights to assert that any claim or debt listed herein as liquidated or fixed is in fact a disputed claim or debt. The Debtor reserves all rights to challenge the priority, nature, amount or status of any claim or debt.

## <u>Shares of Stock, Debentures, or Other Securities</u>

In accordance with Local Rule 1007-4 (a) (viii), the The Debtor is a not-for-profit corporation. Accordingly, there are no shares of stock of the Debtor that are publicy held. Furthermore, there are no debentures or other securities of the Debtor that are publicy held.

## Debtor's Property in Possession of Third Parties

Pursuant to Local Rule 1007-4(a)(ix), to the best of the Debtor's knowledge, the Debtor does not have any property that is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor, or any agent for any such entity, other than, if any:

(i) bank accounts, including, without limitation, those escrow accounts with JP Morgan Chase, that may be subject to claims of setoff by the Debtor's lenders, or their agents (collectively, the "Lenders");

(ii) various security deposits held by certain lessors, utility companies, regulatory agencies and others; and

(iii) property transferred by the Debtor to third parties for purposes of storage, repair, and/or delivery, in their ordinary course of business.

The foregoing information contained shall not constitute an admission of liability by, nor is it binding on, the Debtor. The Debtor reserves all rights to challenge the priority, nature, amount or status of any claim or debt. The Debtor further reserves the right to supplement this schedule if additional property is identified as being held by a third party.

**Debtor's Premises**

Pursuant to Local Rule 1007-4(a)(x), the following chart lists the premises owned, leased, or held under other arrangement from which the Debtor operates its business:

| Owner | Address |
|-------|---------|
| FEGS-Owned | 162 West Kingsbridge Road, , Bronx, NY, 10463 |
| FEGS-Owned | 265 East Burnside Avenue,  Bronx, NY, 10457 |
| FEGS-Owned | 3735 White Plains Road, Bronx, NY, 10467 |
| FEGS-Owned | 108-112 West 124th Street, New York, NY, 10027 |
| FEGS-Owned | 85 Dover Street, Massapequa, NY, 11758 |
| FEGS-Owned | 4504-06 Avenue L, , Brooklyn, NY, 11234 |
| FEGS-Owned | N/A Duryea Place, , Brooklyn, NY, 11226 |
| FEGS-Owned | 2286 Bronx Park East, , Bronx, NY, 10467 |
| FEGS-Owned | 2782 Johnson Avenue, , Bronx, NY, 10463 |
| FEGS-Owned | 3277 Perry Avenue, , Bronx, NY, 10467 |
| FEGS-Owned | 3327 Steuben Avenue, , Bronx, NY, 10467 |
| FEGS-Owned | 424 Swinton Avenue, , Bronx, NY, 10465 |
| FEGS-Owned | 5606 Sylvan Avenue, , Bronx, NY, 10471 |
| FEGS-Owned | 1650 Empire Street, Elmont, NY, 11003 |
| FEGS-Owned | 272 Pearl Street, Lawrence, NY, 11559 |
| FEGS-Owned | 28 Carol Street, West Hempstead, NY, 11552 |
| FEGS-Owned | 29 Saddle Rock Road, Valley Stream, NY, 11581 |
| FEGS-Owned | 130-24 Inwood Street, Jamaica, NY, 11436 |

| | |
|---|---|
| FEGS-Owned | 1301 William Floyd Parkway, Shirley, NY, 11967 |
| FEGS-Owned | 24 Harrison Avenue, Coram, NY, 11727-3319 |
| FEGS-Owned | 332 Commack Road, Deer Park, NY, 11729-5509 |
| FEGS-Owned | 38 Tupper Avenue, Medford, NY, 11763 |
| FEGS-Owned | 60 West Fort Salonga Road, Northport, NY, 11768 |
| FEGS-Owned Co-op | 2075 Wallace Avenue, 244, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2075 Wallace Avenue, 343, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2075 Wallace Avenue, 642, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2077 Wallace Avenue, 355, Bronx, NY, 10462 |

| | |
|---|---|
| FEGS-Owned Co-op | 2077 Wallace Avenue, 454, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2077 Wallace Avenue, 655, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2077 Wallace Avenue, 657, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2077 Wallace Avenue, 754, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2079 Wallace Avenue, 375, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2079 Wallace Avenue, 377, Bronx, NY, 10462 |

| | |
|---|---|
| FEGS-Owned Co-op | 2079 Wallace Avenue, 576, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2079 Wallace Avenue, 577, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2081 Wallace Avenue, 265, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2081 Wallace Avenue, 364, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2081 Wallace Avenue, 465, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2081 Wallace Avenue, 565, Bronx, NY, 10462 |

| | |
|---|---|
| FEGS-Owned Co-op | 2081 Wallace Avenue, 664, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2081 Wallace Avenue, 669, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2081 Wallace Avenue, 762, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2081 Wallace Avenue, 764, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2081 Wallace Avenue, 767, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2081 Wallace Avenue, 768, Bronx, NY, 10462 |

| | |
|---|---|
| FEGS-Owned Co-op | 2191 Bolton Street, 1D, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2191 Bolton Street, 2C, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2191 Bolton Street, 2J, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2191 Bolton Street, 4D, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2191 Bolton Street, 6C, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 2191 Bolton Street, 6J, Bronx, NY, 10462 |
| FEGS-Owned Co-op | 3636 Greystone Avenue, 3J, Bronx, NY, 10463 |
| FEGS-Owned Co-op | 3636 Greystone Avenue, 4E, Bronx, NY, 10463 |
| FEGS-Owned Co-op | 125 West 96th Street, 1F, New York, NY, 10025 |

| | |
|---|---|
| FEGS-Owned Co-op | 125 West 96th Street, 1H, New York, NY, 10025 |
| FEGS-Owned Co-op | 125 West 96th Street, 2F, New York, NY, 10025 |
| FEGS-Owned Co-op | 125 West 96th Street, 3E, New York, NY, 10025 |
| FEGS-Owned Co-op | 125 West 96th Street, 4J, New York, NY, 10025 |
| FEGS - Owned Commercial | 3312-30 Surf Avenue, Brooklyn New York 11224 |
| FEGS-Owned Commercial | 3600 Jerome Avenue, Bronx, New York 10467 |

| Debtor/Lessee | Property Address |
|---|---|
| FEGS-Lease | 1360 East 14th Street, A7, Brooklyn, NY, 11230 |
| FEGS-Lease | 1360 East 14th Street, B8, Brooklyn, NY, 11230 |
| FEGS-Lease | 1036 Winthrop Street, Apt. 1, Brooklyn, NY, 11212 |
| FEGS-Lease | 1036 Winthrop Street, Apt. 2, Brooklyn, NY, 11212- |
| FEGS-Lease | 1250 Ocean Avenue, 5P, Brooklyn, NY, 11230 |
| FEGS-Lease | 131 East 21st Street, 2A, Brooklyn, NY, 11226 |
| FEGS-Lease | 131 East 21st Street, 3A, Brooklyn, NY, 11226 |
| FEGS-Lease | 1315 Eastern Parkway, 2A, Brooklyn, NY, 11233 |

| | |
|---|---|
| FEGS-Lease | 1460 Carroll Street, 1C, Brooklyn, NY, 11213 |
| FEGS-Lease | 1520 Carroll Street, 3F, Brooklyn, NY, 11213 |
| FEGS-Lease | 1622 President Street, 1F, Brooklyn, NY, 11213 |
| FEGS-Lease | 181 Rockaway Parkway, 4D, Brooklyn, NY, 11212 |
| FEGS-Lease | 185 Erasmus Street, C2, Brooklyn, NY, 11226 |

| | |
|---|---|
| FEGS-Lease | 20 East 18th Street, C7, Brooklyn, NY, 11226 |
| FEGS-Lease | 2102 Beverly Road, 5A, Brooklyn, NY, 11226 |
| FEGS-Lease | 2400 Nostrand Avenue, 210, Brooklyn, NY, 11210 |

| | |
|---|---|
| FEGS-Lease | 2400 Nostrand Avenue, 712, Brooklyn, NY, 11210 |
| FEGS-Lease | 2401 Newkirk Avenue, 3B, Brooklyn, NY, 11226 |
| FEGS-Lease | 2401 Newkirk Avenue, 5C, Brooklyn, NY, 11226 |
| FEGS-Lease | 333 East 92nd Street, 2W, Brooklyn, NY, 11212 |

| | |
|---|---|
| FEGS-Lease | 333 East 92nd Street, 3T, Brooklyn, NY, 11212 |
| FEGS-Lease | 333 East 92nd Street, 7L, Brooklyn, NY, 11212 |
| FEGS-Lease | 333 East 92nd Street, 7P, Brooklyn, NY, 11212 |
| FEGS-Lease | 350 East 19th Street, 1J, Brooklyn, NY, 11226 |
| FEGS-Lease | 36 Crooke Avenue, D7, Brooklyn, NY, 11226 |
| FEGS-Lease | 3613 Avenue D, B8, Brooklyn, NY, 11203 |

| | |
|---|---|
| FEGS-Lease | 414 East 34th Street, 1B, Brooklyn, NY, 11203 |
| FEGS-Lease | 451 Kingston Avenue, 22D, Brooklyn, NY, 11225 |
| FEGS-Lease | 451 Kingston Avenue, 3A, Brooklyn, NY, 11225 |
| FEGS-Lease | 456 Schenectady Avenue, 1E, Brooklyn, NY, 11224 |
| FEGS-Lease | 456 Schenectady Avenue, 3H, Brooklyn, NY, 11224 |
| FEGS-Lease | 456 Schenectady Avenue, 3O, Brooklyn, NY, 11224 |

| | |
|---|---|
| FEGS-Lease | 467 East 23rd Street, 2C, Brooklyn, NY, 11226 |
| FEGS-Lease | 50 East 18th Street, A5, Brooklyn, NY, 11226 |
| FEGS-Lease | 50 East 18th Street, C6, Brooklyn, NY, 11226 |
| FEGS-Lease | 5417 Kings Highway, A8, Brooklyn, NY, 11203 |

| | |
|---|---|
| FEGS-Lease | 55 Lenox Road, 2E, Brooklyn, NY, 11226 |
| FEGS-Lease | 576 Eastern Parkway, 3H, Brooklyn, NY, 11225 |
| FEGS-Lease | 58 Linden Boulevard, 1C, Brooklyn, NY, 11226 |
| FEGS-Lease | 580 Empire Boulevard, 2B, Brooklyn, NY, 11225 |
| FEGS-Lease | 636 East 21st Street, 21, Brooklyn, NY, 11226 |
| FEGS-Lease | 638 East 96th Street, Apt. 3, Brooklyn, NY, 11236 |
| FEGS-Lease | 641 Crown Street, 11A, Brooklyn, NY, 11213 |

| | |
|---|---|
| FEGS-Lease | 641 Crown Street, 16A, Brooklyn, NY, 11213 |
| FEGS-Lease | 641 Crown Street, 1A, Brooklyn, NY, 11213 |
| FEGS-Lease | 641 Crown Street, 2A, Brooklyn, NY, 11225 |
| FEGS-Lease | 641 Crown Street, 5A, Brooklyn, NY, 11213 |
| FEGS-Lease | 641 Crown Street, 6A, Brooklyn, NY, 11213 |
| FEGS-Lease | 641 Crown Street, A3, Brooklyn, NY, 11213 |
| FEGS-Lease | 646 East 96th Street, 1F, Brooklyn, NY, 11236 |
| FEGS-Lease | 646 East 96th Street, 1R, Brooklyn, NY, 11236 |
| FEGS-Lease | 7-29 Hegeman Avenue, 11F, Brooklyn, NY, 11212 |

| | |
|---|---|
| FEGS-Lease | 7-29 Hegeman Avenue, 12A, Brooklyn, NY, 11212 |
| FEGS-Lease | 7-29 Hegeman Avenue, 15F, Brooklyn, NY, 11212 |
| FEGS-Lease | 7-29 Hegeman Avenue, 21D, Brooklyn, NY, 11212 |
| FEGS-Lease | 7-29 Hegeman Avenue, 8F, Brooklyn, NY, 11212 |
| FEGS-Lease | 7-29 Hegeman Avenue, 9D, Brooklyn, NY, 11212 |
| FEGS-Lease | 789 St. Marks Avenue, 17C, Brooklyn, NY, 11213 |
| FEGS-Lease | 87 East 96th Street, B7, Brooklyn, NY, 11212 |

| | |
|---|---|
| FEGS-Lease | 899 Montgomery Street, 2E, Brooklyn, NY, 11213 |
| FEGS-Lease | 919 Eastern Parkway, 3H, Brooklyn, NY, 11213 |
| FEGS-Lease | 15-19 Duryea Place, Entire Building Basement, 1st & 2nd Floors, Brooklyn, NY, 11226-5426 |
| FEGS-Lease | 1104 Manor Avenue, 3H, Bronx, NY, 10472 |
| FEGS-Lease | 1104 Manor Avenue, 4G, Bronx, NY, 10472 |

| | |
|---|---|
| FEGS-Lease | 1160 Cromwell Avenue, 2J, Bronx, NY, 10452 |
| FEGS-Lease | 1218 Boynton Avenue, 3L, Bronx, NY, 10472 |
| FEGS-Lease | 131 West Kingsbridge Road, B5, Bronx, NY, 10468 |
| FEGS-Lease | 160 West Kingsbridge Road, 2C, Bronx, NY, 10463 |
| FEGS-Lease | 160 West Kingsbridge Road, 6D, Bronx, NY, 10463 |
| FEGS-Lease | 2015 University Avenue, 3DS, Bronx, NY, 10453 |

| | |
|---|---|
| FEGS-Lease | 2024 Benedict Avenue, 3B, Bronx, NY, 10462 |
| FEGS-Lease | 2077 Wallace Avenue, 345, Bronx, NY, 10462 |
| FEGS-Lease | 2077 Wallace Avenue, 746, Bronx, NY, 10462 |
| FEGS-Lease | 2079 Wallace Avenue, 176, Bronx, NY, 10462 |
| FEGS-Lease | 2186 Grand Concourse, 5G, Bronx, NY, 10457 |

| | |
|---|---|
| FEGS-Lease | 2487 Grand Avenue, B1, Bronx, NY, 10468 |
| FEGS-Lease | 2487 Grand Avenue, D1, Bronx, NY, 10468 |
| FEGS-Lease | 25 East 213th Street, 2D, Bronx, NY, 10467 |
| FEGS-Lease | 25 East 213th Street, 4C, Bronx, NY, 10467 |

| | |
|---|---|
| FEGS-Lease | 2537 Grand Concourse, D5N, Bronx, NY, 10458 |
| FEGS-Lease | 2608 Creston Avenue, 1D, Bronx, NY, 10468 |
| FEGS-Lease | 2608 Creston Avenue, 1H, Bronx, NY, 10468 |

| FEGS-Lease | 2608 Creston Avenue, 2A, Bronx, NY, 10468 |
| FEGS-Lease | 2608 Creston Avenue, 6I, Bronx, NY, 10468 |
| FEGS-Lease | 2960 Decatur Avenue, 2A, Bronx, NY, 10458 |
| FEGS-Lease | 2960 Decatur Avenue, 4C, Bronx, NY, 10458 |
| FEGS-Lease | 2960 Decatur Avenue, 7A, Bronx, NY, 10458 |

| | |
|---|---|
| FEGS-Lease | 2968 Perry Avenue, 3E, Bronx, NY, 10458 |
| FEGS-Lease | 2971 Marion Avenue, 3D, Bronx, NY, 10458 |
| FEGS-Lease | 3029 Briggs Avenue, 2A-, Bronx, NY, 10458 |
| FEGS-Lease | 3030 Heath Avenue, 2F, Bronx, NY, 10463 |
| FEGS-Lease | 323 East Mosholu Parkway North, 3J, Bronx, NY, 10467 |
| FEGS-Lease | 3504 Rochambeau Avenue, 3G, Bronx, NY, 10467 |

| | |
|---|---|
| FEGS-Lease | 3572 Dekalb Avenue, 1B, Bronx, NY, 10467 |
| FEGS-Lease | 3574 Dekalb Avenue, 3K, Bronx, NY, 10467 |
| FEGS-Lease | 361 East 163rd Street, 1K, Bronx, NY, 10451 |
| FEGS-Lease | 3940 Bronx Boulevard, 1L, Bronx, NY, 10466 |
| FEGS-Lease | 396 East 199th Street, #21, Bronx, NY, 10458 |
| FEGS-Lease | 4254 Carpenter Avenue, A3, Bronx, NY, 10466 |

| | |
|---|---|
| FEGS-Lease | 4254 Carpenter Avenue, C3, Bronx, NY, 10466 |
| FEGS-Lease | 480 East 188th Street, 4M, Bronx, NY, 10458 |
| FEGS-Lease | 50 East 212th Street, 6E, Bronx, NY, 10467 |
| FEGS-Lease | 506 Tinton Avenue, 7S, Bronx, NY, 10455 |

| | |
|---|---|
| FEGS-Lease | 5715 Mosholu Avenue, 3C, Bronx, NY, 10471 |
| FEGS-Lease | 5715 Mosholu Avenue, 4B, Bronx, NY, 10471 |
| FEGS-Lease | 667 East 232nd Street, 1E, Bronx, NY, 10466 |
| FEGS-Lease | 750 Pelham Parkway, 4F, Bronx, NY, 10462-1030 |
| FEGS-Lease | 91 East 208th Street, FS2, Bronx, NY, 10467 |

| | |
|---|---|
| FEGS-Lease | 91 East 208th Street, M, Bronx, NY, 10467 |
| FEGS-Lease | 932 East 217th Street, Ground Floor, Bronx, NY, 10469 |
| State-Owned Revocable Permit | Bldg. 108, Wards Island, Pt. 1, 2, 3, 4, Wards Island, NY, 10035 |
| Consumer-Lease | 149 East 103rd Street, 2, New York, NY, 10029 |
| Consumer-Lease | 539 West 155th Street, 23, New York, NY, 10032 |
| FEGS-Lease | 100 West 139th Street, 39, New York, NY, 10030 |
| FEGS-Lease | 118 West 137th Street, 2A, New York, NY, 10030 |

| | |
|---|---|
| FEGS-Lease | 118 West 137th Street, 2B, New York, NY, 10030 |
| FEGS-Lease | 15 Wadsworth Avenue, 1C, New York, NY, 10033 |
| FEGS-Lease | 16 Broadway Terrace, 1B-, New York, NY, 10040 |
| FEGS-Lease | 16 Broadway Terrace, 1D, New York, NY, 10040 |

| | |
|---|---|
| FEGS-Lease | 16 Broadway Terrace, C, New York, NY, 10040 |
| FEGS-Lease | 160 Vermilyea Avenue, 4B, New York, NY, 10034 |
| FEGS-Lease | 170 Vermilyea Avenue, 2B, New York, NY, 10034 |

| | |
|---|---|
| FEGS-Lease | 170 Vermilyea Avenue, 4G, New York, NY, 10034 |
| FEGS-Lease | 20 Broadway Terrace, 1A, New York, NY, 10040 |
| FEGS-Lease | 20 Broadway Terrace, 1B,, New York, NY, 10040 |

| | |
|---|---|
| FEGS-Lease | 20 Broadway Terrace, 1C, New York, NY, 10040 |
| FEGS-Lease | 20 Broadway Terrace, 1D-, New York, NY, 10040 |
| FEGS-Lease | 20 Broadway Terrace, 2A, New York, NY, 10040 |

| | |
|---|---|
| FEGS-Lease | 20 Broadway Terrace, 2D, New York, NY, 10040 |
| FEGS-Lease | 20 Broadway Terrace, 3A, New York, NY, 10040 |
| FEGS-Lease | 20 Broadway Terrace, A, New York, NY, 10040 |

| | |
|---|---|
| FEGS-Lease | 20 Broadway Terrace, B-, New York, NY, 10040 |
| FEGS-Lease | 20 Broadway Terrace, D, New York, NY, 10040 |
| FEGS-Lease | 210 West 133rd Street, 1B, New York, NY, 10030 |
| FEGS-Lease | 210 West 133rd Street, 2B, New York, NY, 10030 |

| | |
|---|---|
| FEGS-Lease | 211 West 149th Street, 1G, New York, NY, 10039 |
| FEGS-Lease | 211 West 149th Street, 2J, New York, NY, 10039 |
| FEGS-Lease | 211 West 149th Street, 3A, New York, NY, 10039 |

| | |
|---|---|
| FEGS-Lease | 22 Broadway Terrace, A-, New York, NY, 10040 |
| FEGS-Lease | 22 Broadway Terrace, D-, New York, NY, 10040 |
| FEGS-Lease | 226 West 150th Street, 2E, New York, NY, 10039 |

| FEGS-Lease | 226 West 150th Street, 3A-, New York, NY, 10039 |
| --- | --- |
| FEGS-Lease | 226 West 150th Street, 4A, New York, NY, 10039 |
| FEGS-Lease | 230 West 150th Street, 3A., New York, NY, 10039 |

| | |
|---|---|
| FEGS-Lease | 235 East 14th Street, 3A, 3C, 4A, 4C, 5C, 7A, New York, NY, 10003 |
| FEGS-Lease | 2363 Adam Clayton Powell Blvd., 5F, New York, NY, 10030 |
| FEGS-Lease | 241 West 132nd Street, 1, New York, NY, 10027 |
| FEGS-Lease | 243 West 135th Street, 3A, New York, NY, 10030 |

| FEGS-Lease | 246 West 150th Street, 3J, New York, NY, 10039 |
|---|---|
| FEGS-Lease | 250 Ft. Washington Avenue, 3C, New York, NY, 10032 |
| FEGS-Lease | 255 Ft. Washington Avenue, 23, New York, NY, 10032 |

| | |
|---|---|
| FEGS-Lease | 255 Ft. Washington Avenue, 63, New York, NY, 10032 |
| FEGS-Lease | 2588 7th Avenue, 1R, New York, NY, 10039 |
| FEGS-Lease | 26 Broadway Terrace, A., New York, NY, 10040 |

| | |
|---|---|
| FEGS-Lease | 26 Broadway Terrace, B., New York, NY, 10040 |
| FEGS-Lease | 26 Broadway Terrace, D., New York, NY, 10040 |
| FEGS-Lease | 270 Ft. Washington Avenue, 34, New York, NY, 10032 |
| FEGS-Lease | 32 Macombs Place, 12, New York, NY, 10039 |

| | |
|---|---|
| FEGS-Lease | 32 Macombs Place, 3, New York, NY, 10039 |
| FEGS-Lease | 32 Macombs Place, 7, New York, NY, 10039 |
| FEGS-Lease | 320 Manhattan Avenue, 38, New York, NY, 10026 |
| FEGS-Lease | 3607-3617 Broadway, 6N, New York, NY, 10031 |

| | |
|---|---|
| FEGS-Lease | 37-49 Payson Avenue, 1H, New York, NY, 10034 |
| FEGS-Lease | 37-49 Payson Avenue, 4C, New York, NY, 10034 |
| FEGS-Lease | 37-49 Payson Avenue, 4F, New York, NY, 10034 |

| | |
|---|---|
| FEGS-Lease | 37-49 Payson Avenue, 4L, New York, NY, 10034 |
| FEGS-Lease | 37-49 Payson Avenue, 5C, New York, NY, 10034-2746 |
| FEGS-Lease | 408 West 129th Street, 5, New York, NY, 10027 |

| | |
|---|---|
| FEGS-Lease | 408 West 130th Street, 10, New York, NY, 10027 |
| FEGS-Lease | 408 West 130th Street, 31A, New York, NY, 10027 |
| FEGS-Lease | 412 West 129th Street, 17, New York, NY, 10027 |
| FEGS-Lease | 412 West 129th Street, 5-, New York, NY, 10027 |

| | |
|---|---|
| FEGS-Lease | 427 West 154th Street, 6, New York, NY, 10032 |
| FEGS-Lease | 450 West 162nd Street, 52W, New York, NY, 10032 |
| FEGS-Lease | 466 West 149th Street, 2C, New York, NY, 10031 |

| | |
|---|---|
| FEGS-Lease | 466 West 149th Street, 3C, New York, NY, 10031 |
| FEGS-Lease | 477 West 144th Street, 24, New York, NY, 10031 |
| FEGS-Lease | 477 West 144th Street, 43, New York, NY, 10031 |

| | |
|---|---|
| FEGS-Lease | 478 West 145th Street, 42, New York, NY, 10031 |
| FEGS-Lease | 508 West 140th Street, 41, New York, NY, 10031 |
| FEGS-Lease | 508 West 158th Street, #1, New York, NY, 10032 |
| FEGS-Lease | 530 West 186th Street, 1E, New York, NY, 10033 |
| FEGS-Lease | 540 West 143rd Street, 27A, New York, NY, 10031 |

| | |
|---|---|
| FEGS-Lease | 544 West 160th Street, B-1, 1, 2, 3, 4, 5, 6, New York, NY, 10032 |
| FEGS-Lease | 551 West 149th Street, 10, New York, NY, 10031 |
| FEGS-Lease | 584 West 152nd Street, 5D, New York, NY, 10031 |
| FEGS-Lease | 590 West 204th Street, B3, New York, NY, 10034 |
| FEGS-Lease | 619 West 144th Street, G, New York, NY, 10031 |
| FEGS-Lease | 674 Academy Street, B1, New York, NY, 10034 |
| FEGS-Lease | 686 Academy Street, 5, New York, NY, 10034 |

| | |
|---|---|
| FEGS-Lease | 785 St. Nicholas Avenue, 2, New York, NY, 10031 |
| FEGS-Lease | 270 Ft. Washington Avenue, 21, New York, NY, 10032 |
| FEGS-Lease | 567 West 149th Street, 1, New York, NY, 10031 |
| FEGS-Lease | 174 Forsyth Street, 3A, New York, NY, 10002 |
| FEGS-Lease | 174 Forsyth Street, 3B, New York, NY, 10002 |

| | |
|---|---|
| FEGS-Lease | 174 Forsyth Street, 4A, New York, NY, 10002 |
| FEGS-Lease | 174 Forsyth Street, 4B, New York, NY, 10002 |
| FEGS-Lease | 612-30 East 13th Street, 10C, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 10F, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 10G, New York, NY, 10009 |

| | |
|---|---|
| FEGS-Lease | 612-30 East 13th Street, 10H, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 10K, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 2K, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 2M, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 4A, New York, NY, 10009 |

| | |
|---|---|
| FEGS-Lease | 612-30 East 13th Street, 4B, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 4D, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 4K, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 4O, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 5F, New York, NY, 10009 |

| | |
|---|---|
| FEGS-Lease | 612-30 East 13th Street, 5H, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 5N, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 6B, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 6C, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 6D, New York, NY, 10009 |

| | |
|---|---|
| FEGS-Lease | 612-30 East 13th Street, 6E, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 6N, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 7C, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 7E, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 7K, New York, NY, 10009 |

| | |
|---|---|
| FEGS-Lease | 612-30 East 13th Street, 7O, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 8B, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 8K, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 8M, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 8N, New York, NY, 10009 |

| | |
|---|---|
| FEGS-Lease | 612-30 East 13th Street, 8O, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 9A, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 9C, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 9D, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 9E, New York, NY, 10009 |

| | |
|---|---|
| FEGS-Lease | 612-30 East 13th Street, 9F, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 9L, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, 9P, New York, NY, 10009 |
| FEGS-Lease | 612-30 East 13th Street, C001, New York, NY, 10009 |
| Consumer-Lease | 28 Vanderbilt Lane, 2E, Glen Cove, NY, 11542 |

| | |
|---|---|
| FEGS-Lease | 1240 Burton Avenue, , Elmont, NY, 11003 |
| FEGS-Lease | 180 Atlantic Avenue, 1, Lynbrook, NY, 11563 |
| FEGS-Lease | 2 Allen Street, 2nd Floor, Lynbrook, NY, 11563 |
| FEGS-Lease | 21 Titus Road, 2, Glen Cove, NY, 11542 |
| FEGS-Lease | 2551 N. Jerusalem Road, 1st Floor, East Meadow, NY, 11554 |
| FEGS-Lease | 38 Carpenter Avenue, 1st Floor, Lynbrook, NY, 11563 |
| FEGS-Lease | 470 Atlantic Avenue, 1st Floor, Oceanside, NY, 11572 |
| FEGS-Lease | 470 Atlantic Avenue, 2nd Floor, Oceanside, NY, 11572 |

| | |
|---|---|
| FEGS-Lease | 572 Greenwich Street, Apt. 2, Hempstead, NY, 11550 |
| Consumer-Lease | 131 Beach 119th Street, 6E, Rockaway Park, NY, 11694 |
| Consumer-Lease | 4-21 27th Avenue, 10D, Astoria, NY, 11102 |
| Consumer-Lease | 4-21 27th Avenue, 11A, Astoria, NY, 11102 |
| Consumer-Lease | 4-21 27th Avenue, 11C, Astoria, NY, 11102 |
| Consumer-Lease | 4-21 27th Avenue, 11I, Astoria, NY, 11102 |
| Consumer-Lease | 4-21 27th Avenue, 4H, Astoria, NY, 11102 |
| Consumer-Lease | 4-21 27th Avenue, 4I, Astoria, NY, 11102 |
| Consumer-Lease | 4-21 27th Avenue, 8J, Astoria, NY, 11102 |

| | |
|---|---|
| Consumer-Lease | 62-60 99th Street, 101, Rego Park, NY, 11374 |
| Consumer-Owned Co-op | 112-30 Northern Blvd., 1D, Corona, NY, 11368 |
| Consumer-Owned Co-op | 64-34 102nd Street, 3M, Rego Park, NY, 11374 |
| FEGS-Lease | 108-35 44th Avenue, 2nd Floor, Corona, NY, 11368 |
| FEGS-Lease | 108-35 44th Avenue, Apt. 3, Corona, NY, 11368 |
| FEGS-Lease | 108-37 44th Avenue, 1st Floor, Corona, NY, 11368 |
| FEGS-Lease | 108-37 44th Avenue, 3rd Floor, Corona, NY, 11368 |

| | |
|---|---|
| FEGS-Lease | 108-39 44th Avenue, 2nd Floor, Corona, NY, 11368 |
| FEGS-Lease | 109-25 Merrick Blvd., 6L, Jamaica, NY, 11433 |
| FEGS-Lease | 1256 Central Avenue, C5, Far Rockaway, NY, 11691 |
| FEGS-Lease | 1256 Central Avenue, D4, Far Rockaway, NY, 11691 |
| FEGS-Lease | 131 Beach 121st Street, Apt. 2, Rockaway Park, NY, 11694 |
| FEGS-Lease | 147-08 72nd Road, 2H, Flushing, NY, 11367 |
| FEGS-Lease | 147-49 72nd Drive, 1A, Flushing, NY, 11367 |
| FEGS-Lease | 147-53 72nd Drive, 3G, Flushing, NY, 11367 |

| FEGS-Lease | 150-18 72nd Drive, 3H-, Flushing, NY, 11367 |
|---|---|
| FEGS-Lease | 150-19 73rd Avenue, 1B-, Flushing, NY, 11367 |
| FEGS-Lease | 153-27 73rd Avenue, 3A-, Flushing, NY, 11367 |
| FEGS-Lease | 167 Beach 113th Street, 3B, Rockaway Park, NY, 11694 |
| FEGS-Lease | 182 Beach 113th Street, 1A, Rockaway Park, NY, 11694 |

| | |
|---|---|
| FEGS-Lease | 182 Beach 113th Street, 1B, Rockaway Park, NY, 11694 |
| FEGS-Lease | 182 Beach 113th Street, 2A, Rockaway Park, NY, 11694 |
| FEGS-Lease | 182 Beach 113th Street, 2C, Rockaway Park, NY, 11694 |

| | |
|---|---|
| FEGS-Lease | 182 Beach 113th Street, 3A, Rockaway Park, NY, 11694 |
| FEGS-Lease | 184-04 104th Avenue, 2nd Floor, St. Albans, NY, 11412 |
| FEGS-Lease | 34-19 90th Street, C13, Jackson Heights, NY, 11372 |
| FEGS-Lease | 35-05 94th Street, 1D, Jackson Heights, NY, 11372 |
| FEGS-Lease | 35-05 94th Street, 2J, Jackson Heights, NY, 11372 |
| FEGS-Lease | 35-05 94th Street, 6B, Jackson Heights, NY, 11372 |
| FEGS-Lease | 35-08 95th Street, 6J, Jackson Heights, NY, 11372 |

| | |
|---|---|
| FEGS-Lease | 39-30 59th Street, F3, Woodside, NY, 11377 |
| FEGS-Lease | 455 Beach 68th Street, Apt. 1, Arverne, NY, 11692 |
| FEGS-Lease | 57-47 Xenia Street, 2, Corona, NY, 11368 |
| FEGS-Lease | 57-47 Xenia Street, 3, Corona, NY, 11368 |
| FEGS-Lease | 57-47A Xenia Street, 2, Corona, NY, 11368 |
| FEGS-Lease | 57-47A Xenia Street, 3, Corona, NY, 11368 |

| | |
|---|---|
| FEGS-Lease | 711 Seagirt Avenue, A 5F, Far Rockaway, NY, 11691 |
| FEGS-Lease | 711 Seagirt Avenue, C 3E, Far Rockaway, NY, 11691 |
| FEGS-Lease | 711 Seagirt Avenue, C 5K, Far Rockaway, NY, 11691 |
| FEGS-Lease | 711 Seagirt Avenue, C 7B, Far Rockaway, NY, 11691 |

| | |
|---|---|
| FEGS-Lease | 711 Seagirt Avenue, D 8J, Far Rockaway, NY, 11691 |
| FEGS-Lease | 75-10 150th Street, 2B, Flushing, NY, 11367 |
| FEGS-Lease | 75-10 153rd Street, 3A, Flushing, NY, 11367 |
| FEGS-Lease | 87-40 165th Street, 2F, Jamaica, NY, 11432 |
| FEGS-Lease | 87-40 165th Street, 3E, Jamaica, NY, 11432 |

| | |
|---|---|
| FEGS-Lease | 87-40 165th Street, 4A, Jamaica, NY, 11432 |
| FEGS-Lease | 87-40 165th Street, 5U, Jamaica, NY, 11432 |
| FEGS-Lease | 87-40 165th Street, 6O, Jamaica, NY, 11432 |
| FEGS-Lease | 91-21 195th Street, C2, Hollis, NY, 11423 |
| FEGS-Lease | 140 Jervis Avenue, Apt. 1 (2nd Fl.), Copiague, NY, 11726 |
| FEGS-Lease | 1645 Feuereisen Avenue, Apt. 1, Bohemia, NY, 11716 |
| FEGS-Lease | 1645 Feuereisen Avenue, Apt. 2, Bohemia, NY, 11716 |

| | |
|---|---|
| FEGS-Lease | 261 Sagamore Hills Drive, 1st Floor, Port Jefferson Station, NY, 11776 |
| FEGS-Lease | 379 Sunrise Highway, 1st Floor, West Islip, NY, 11795 |
| FEGS-Lease | 41 Spruce Street, 2nd Floor, Amityville, NY, 11701 |
| FEGS-Lease | 511 Tudor Lane, Ground Level, Middle Island, NY, 11953 |
| FEGS-Lease | 81 Main Avenue, 1st Floor, Centereach, NY, 11720 |
| FEGS-Lease | 915 Deer Park Avenue, Apt. 2, North Babylon, NY, 11704 |
| FEGS-Lease | 96 Rose Drive, Private House, Lake Ronkonkoma, NY, 11779 |
| Consumer-Lease | 1902 Beverly Road, 1A, Brooklyn, NY, 11226 |
| Consumer-Lease | 2939 Avenue Y, 3D, Brooklyn, NY, 11235 |

| | |
|---|---|
| Consumer-Lease | 363 East 34th Street, 1B, Brooklyn, NY, 11203 |
| FEGS-Lease | 2246 Ralph Avenue, 1st Floor, Brooklyn, NY, 11234 |
| FEGS-Lease | 509 Saratoga Avenue, A3, Brooklyn, NY, 11212 |
| FEGS-Lease | 921 Montgomery Street, 5E, Brooklyn, NY, 11213 |
| Consumer-Lease | 1950 Hone Avenue, #2, Bronx, NY, 10462 |
| Consumer-Lease | 597 East 138th Street, 4F, Bronx, NY, 10454 |
| FEGS-Lease | 2077 Wallace Avenue, 557, Bronx, NY, 10462 |
| FEGS-Lease | 2077 Wallace Avenue, 656, Bronx, NY, 10462 |
| FEGS-Lease | 2077 Wallace Avenue, 755, Bronx, NY, 10462 |

| | |
|---|---|
| FEGS-Lease | 2079 Wallace Avenue, 575, Bronx, NY, 10462 |
| FEGS-Lease | 2102 Bronx Park East, 3B, Bronx, NY, 10462 |
| FEGS-Lease | 2106 Bronx Park East, 3B-, Bronx, NY, 10462 |

| | |
|---|---|
| FEGS-Lease | 2140 Cruger Avenue, 5P, Bronx, NY, 10462 |
| FEGS-Lease | 2151 Cruger Avenue, 1C, Bronx, NY, 10462 |
| FEGS-Lease | 2167 Cruger Avenue, 2M, Bronx, NY, 10462 |
| FEGS-Lease | 2167 Cruger Avenue, 3G, Bronx, NY, 10462 |
| FEGS-Lease | 2167 Cruger Avenue, 3H, Bronx, NY, 10462 |

| | |
|---|---|
| FEGS-Lease | 2167 Cruger Avenue, 3M, Bronx, NY, 10462 |
| FEGS-Lease | 2167 Cruger Avenue, 4H, Bronx, NY, 10462 |
| FEGS-Lease | 2167 Cruger Avenue, 5G, Bronx, NY, 10462 |
| FEGS-Lease | 2167 Cruger Avenue, 6A, Bronx, NY, 10462 |
| FEGS-Lease | 2167 Cruger Avenue, 6F, Bronx, NY, 10462 |

| | |
|---|---|
| FEGS-Lease | 2187 Cruger Avenue, 3E, Bronx, NY, 10462 |
| FEGS-Lease | 2187 Cruger Avenue, 3J, Bronx, NY, 10462 |
| FEGS-Lease | 2187 Cruger Avenue, 4G, Bronx, NY, 10462 |
| FEGS-Lease | 2187 Cruger Avenue, 4M, Bronx, NY, 10462 |
| FEGS-Lease | 2187 Cruger Avenue, 5C, Bronx, NY, 10462 |

| | |
|---|---|
| FEGS-Lease | 2187 Cruger Avenue, 5F, Bronx, NY, 10462 |
| FEGS-Lease | 225 East Mosholu Parkway, 4C, Bronx, NY, 10467 |
| FEGS-Lease | 3070 Hull Avenue, 4A, Bronx, NY, 10467 |
| FEGS-Lease | 3120 Buhre Avenue, 4M, Bronx, NY, 10461 |
| FEGS-Lease | 640 East 236th Street, 3C, Bronx, NY, 10466- |
| FEGS-Lease | 640 East 236th Street, 4E, Bronx, NY, 10466- |

| | |
|---|---|
| FEGS-Lease | 642 East 236th Street, STW, Bronx, NY, 10466- |
| FEGS-Lease | 667 East 232nd Street, 2G, Bronx, NY, 10466 |
| FEGS-Lease | 2102 Bronx Park East, 2D, Bronx, NY, 10462 |
| FEGS-Lease | 2187 Cruger Avenue, 3G, Bronx, NY, 10462 |

| | |
|---|---|
| FEGS-Lease | 2550 Webb Avenue, 11th Floor, Bronx, NY, 10468 |
| Consumer-Lease | 10-12 East 108th Street, 1J, New York, NY, 10029 |
| Consumer-Lease | 174 Forsyth Street, 2F, New York, NY, 10002 |
| Consumer-Lease | 174 Forsyth Street, 2G, New York, NY, 10002 |
| Consumer-Lease | 174 Forsyth Street, 4E, New York, NY, 10002 |
| Consumer-Lease | 174 Forsyth Street, 4F, New York, NY, 10002 |

| | |
|---|---|
| Consumer-Lease | 174 Forsyth Street, 4G, New York, NY, 10002 |
| Consumer-Lease | 174 Forsyth Street, 5A, New York, NY, 10002 |
| Consumer-Lease | 174 Forsyth Street, 5F, New York, NY, 10002 |
| Consumer-Lease | 174 Forsyth Street, 6A, New York, NY, 10002 |
| Consumer-Lease | 174 Forsyth Street, 6F, New York, NY, 10002 |

| Consumer-Lease | 560 Main Street, #724U, Roosevelt Island, NY, 10044 |
| FEGS-Lease | 100 West 139th Street, 10B, New York, NY, 10030 |
| FEGS-Lease | 100 West 139th Street, 27B, New York, NY, 10030 |
| FEGS-Lease | 100 West 139th Street, 7, New York, NY, 10030 |

| | |
|---|---|
| FEGS-Lease | 100 West 139th Street, 8, New York, NY, 10030 |
| FEGS-Lease | 1795 Riverside Drive, 4D, New York, NY, 10034 |
| FEGS-Lease | 3333 Broadway, A7B, New York, NY, 10031 |

| | |
|---|---|
| FEGS-Lease | 3333 Broadway, B7J, New York, NY, 10031 |
| FEGS-Lease | 3333 Broadway, B9H, New York, NY, 10031 |
| FEGS-Lease | 3333 Broadway, C2B, New York, NY, 10031 |
| FEGS-Lease | 3333 Broadway, C5A, New York, NY, 10031 |

| | |
|---|---|
| FEGS-Lease | 3333 Broadway, C6J, New York, NY, 10031 |
| FEGS-Lease | 3333 Broadway, D10J, New York, NY, 10031 |
| FEGS-Lease | 3333 Broadway, D13B, New York, NY, 10031 |
| FEGS-Lease | 3333 Broadway, D4B, New York, NY, 10031 |

| | |
|---|---|
| FEGS-Lease | 3333 Broadway, E2J, New York, NY, 10031 |
| FEGS-Lease | 437 Manhattan Avenue, 6H, New York, NY, 10026 |
| FEGS-Lease | 1795 Riverside Drive, 5A, New York, NY, 10034 |
| FEGS-Lease | 174 Forsyth Street, 2B, 2C, 2D, 2E, New York, NY, 10002 |

| | |
|---|---|
| FEGS-Lease | 174 Forsyth Street, 3D, New York, NY, 10002 |
| Consumer-Lease | 400 Fulton Street, 6B, Farmingdale, NY, 11735 |
| Consumer-Lease | 59 Columbia Avenue, C1, Cedarhurst, NY, 11516 |
| FEGS-Lease | 361 West Broadway, , Cedarhurst, NY, 11516-1401 |
| FEGS-Lease | 920 Fulton Street, 1st Floor, Farmingdale, NY, 11735 |
| FEGS-Lease | 920 Fulton Street, 2nd Floor, Farmingdale, NY, 11735 |
| Consumer-Lease | 185 West 4th Street, , Deer Park, NY, 11729 |

| | |
|---|---|
| Consumer-Lease | 27 Golden Avenue, F1, Deer Park, NY, 11729 |
| Consumer-Lease | 361 Ocean Avenue, Massapequa, NY, 11758 |

| Leased or Owned | Property Address |
|---|---|
| FEGS-Lease | 195 Montague Street, Entire 8th Floor (Condo Unit K), Brooklyn, NY, 11201 |
| FEGS-Lease | 25 Chapel Street, Part 9th Floor, Brooklyn, NY, 11201 |
| FEGS-Lease | 938 Kings Highway, 2nd & 3rd Floors, Brooklyn, NY, 11223-2338 |
| FEGS-Lease | 15-19 Duryea Place, Entire Building Basement, 1st & 2nd Floors, Brooklyn, NY, 11226-5426 |
| FEGS-Lease | 2190-2194 Barnes Avenue, A6 & A7, Bronx, NY, 10462 |
| FEGS-Lease | 2432 Grand Concourse, 5th Floor (Suite 507), Bronx, NY, 10458 |

| | |
|---|---|
| FEGS-Lease | 2432 Grand Concourse, Part 2nd & Entire 3rd Floors, Bronx, NY, 10458 |
| FEGS-Lease | 2432 Grand Concourse, Part 4th & Part 5th Floors, and Add'l 5th Floor Premises, Bronx, NY, 10458 |
| FEGS-Lease | 2432 Grand Concourse, Part 5th Floor (Suite 522), Bronx, NY, 10458 |
| FEGS-Lease | 400 East Fordham Road, 7th, 8th & 9th Floors, Bronx, NY, 10458 |
| FEGS-Lease | 424 East 147th Street, 2nd, 3rd, 4th & 5th Floors, Bronx, NY, 10455 |
| FEGS-Lease | 315 Hudson Street, Part 1, Entire 2, 4, 6, 7 & Part 9 Floors, New York, NY, 10013-1009 |
| FEGS-Lease | 350 West 51st Street, Ground Floor, New York, NY, 10019-6419 |

| | |
|---|---|
| FEGS-Lease | 175 Fulton Avenue, 3rd & 5th Floors, Hempstead, NY, 11550 |
| FEGS-Lease | 6900 Jericho Tpke., Suites 306, 309 and lower level storage cage, Syosset, NY, 11791 |
| FEGS-Lease | 58-20 Little Neck Pkwy., 1st Floor & Lower Level, Little Neck, NY, 11362 |
| FEGS-Lease | 97-29 64th Road, Part Ground Floor, Rego Park, NY, 11374 |
| FEGS-Lease | 97-77 Queens Boulevard, Part of Penthouse, Rego Park, NY, 11374 |
| FEGS-Lease | 320 Carleton Avenue, 8th Floor, Central Islip, NY, 11722 |

| | |
|---|---|
| FEGS-Lease | 425 Oak Street, Storage Facility, Copiague, NY, 11726 |
| FEGS-Lease | 445 Oak Street, 1st & 2nd Floors, Copiague, NY, 11726-3111 |
| AllSector-Lease | 205 West 39th Street, 16th Floor, New York, NY, 10018 |

## <u>Location of Debtor's Substantial Assets and Books and Records</u>

Pursuant to Local Rule 1007-4(a)(xi), the location of the Debtor's substantial assets, the location of their books and records, and the nature, location, and value of any assets held by the Debtor outside of the territorial limits of the United States is as follows:

*Location of Debtor's Substantial Assets*

445 Oak Street
Copiague, New York 11726

*Location of Debtor's Books and Records*

445 Oak Street
Copiague, New York 11726

*Nature, Location and Value of Assets Held Outside of the United States*

None.

**Summary of Actions or Proceedings Pending Against the Debtor Where a Judgment or Seizure May Be Imminent**

In accordance with Local Rule 1007-4(a) (xii), there are no known actions or Proceedings Pending Against the Debtor Where a Judgment or Seizure May be Imminent.

3163056v.1

### Senior Management of the Debtor

Pursuant to Local Rule 1007-4(a) (xiii), the following chart lists the names of the Debtor's existing senior management.

| Name | Tenure in Position | Position | Responsibilities |
|------|------|------|------|
| Gayle Horowitz | 10/14 | Chief Financial Officer | Oversees and directs the Debtor's financial planning and accounting practices including the development of financial and operational strategic business plans. |
| Kristin Woodlock | 12/14 | Chief Executive Officer | Responsible for directing, coordinating and supervising the business affairs, administration, management and properties of FEGS.  Directing and implementing the organization's vision, not-for-profit mission, and overall direction. Leading the development and implementation of the organization's overall strategy. |
| Jill Moscowitz | 2/25/08 | Chief Legal Officer | Responsible for the management of all legal affairs of FEGS. Her duties include the preparation of required legal and corporate documents, review of corporate policies and procedures and providing advice on all such corporate policies and procedure, as well as leasehold arrangements, risk management and compliance matters. |

## Payroll

Pursuant to Local Rule 1007-4(a) (xiv)-(xv), the following provides the estimated amount of payroll to the Debtor's employees (not including officers and directors) and the estimated amount to be paid to officers, stockholders and financial and business consultants for the thirty (30) day period following the filing of the Chapter 11 Petition.

| | |
|---|---|
| **Payments to Employees (Not Including Officers and Directors)** | $7.2 million |
| **Payments to Officers and Directors** | $0 |
| **Payments to Financial and Business Consultants** | $500,000 |

**Debtor's Estimated Cash Receipts and Disbursements for the Thirty (30) Day Period
Following the Filing of the Chapter 11 Petition**

Pursuant to Local Rule 1007-4(a)(xvi), the following provides, for the 30-day period
following the filing of the Debtor's Chapter 11 Petition, the estimated cash receipts and
disbursements, estimated cash gain or loss, and estimated obligations and receivables expected to
accrue that remain unpaid, other than professional fees.

| | |
|---|---|
| **Cash Receipts** | $10,665,000 |
| **Cash Disbursements** | $12,739,645 |
| **Net Cash Gain/Loss** | $2,075,645 |
| **Obligations expected to accrue but unpaid** | $0 |
| **Receivables expected to accrue but unpaid** | $0 |