UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
In Re:

Federation Employment and Guidance Service, Inc.,
d/b/a FEGS

Case no:   815-71074-reg
Chapter 11


Debtor(s).
--------------------------------------------------------------------X

## APPOINTMENT OF THE OFFICIAL COMMITTEE
## OF UNSECURED CREDITORS

Under 11 U.S.C. section 1102(a)(1), the following creditors of the above captioned debtor, being among the largest unsecured claimants and who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1. **InterAgency Council of Developmental Disabilities Agencies, Inc.**
   150 West 30th Street, 15th Fl
   New York, NY 10001

2. **Netsmart Technologies, Inc.,**
   4950 College Blvd.
   Overland Park, KS 66211

3. **Ultimate Psychological Consultation And Evaluation, P.C.**
   271 North Avenue, Suite 111
   New Rochelle, New York 10801


Dated: Central Islip, New York
March 31, 2015


*/s/ Christine H. Black*
Christine H. Black
Assistant United States Trustee