# EXHIBIT C

Assigned Agreements

**Summary of Program Assignments, Property Transfers and Cure Amounts[1]**

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| AHRC Nassau | Cedarhurst ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 59 Columbia Street/Apt C1 Cedarhurst, NY 11516 | Consumer-Lease | Fairfield Cedarhurst, LLC 538 Broadhollow Road, Third Floor East, Melville, NY, 11747 (631) 486-4000 | 3/1/15 - 2/28/17 | $0.00 |
| AHRC Nassau | Carol Street IRA | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | 6287534 | 28 Carol Street | FEGS-Owned | N/A | N/A | N/A |
| AHRC Nassau | Lawrence IRA | An Individualized Residential Alternative (IRA) is a type of community residence that | 8028430 | 272 Pearl Street | FEGS-Owned | N/A | N/A | N/A |

[1] The inclusion of a contract or lease herein shall not constitute an admission by the Debtor that any such contract is an executory contract, that the Debtor has any liability under any contract or lease, or, in the case of an equipment lease, whether the underlying transaction is a true lease or a financing, and the Debtor reserves all rights, claims, and defenses in connection therewith. Moreover, the Debtor reserves the right to withdraw or add any contract or lease from or to this exhibit at any time prior to entry of a final order of the Court on the relief requested in the Motion.

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| AHRC Nassau | | provides room, board and individualized service options for individuals with intellectual and developmental disabilities. Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | | | | | | |
| AHRC Nassau | Northport IRA | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | 6287518 | 60 West Fort Salonga Road | FEGS-Owned | N/A | N/A | N/A |
| AHRC Nassau | Valley Stream IRA | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | 6287526 | 29 Saddlerock Road | FEGS-Owned | N/A | N/A | N/A |
| AHRC Nassau | Cedarhurst IRA | An Individualized Residential Alternative | 6287449 | 361 West Broadway | FEGS-Lease | Arnold Bottalico 1860 Gardenia | 5/1/14 - 4/30/19 | $0.00 |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure If Any |
|---|---|---|---|---|---|---|---|---|
| | | (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | | | | Avenue., Merrick, NY, 11566 (516) 543-1329 Abortalico1@optonline.net | | |
| AHRC NYC | Hudson Square Art & Habilitation | Day Habilitation Services assist individuals with intellectual and developmental disabilities to acquire, retain or improve their self-help, socialization, and adaptive skills including communication, travel and other areas in adult education. Activities and environments are designed to foster the development of skills and appropriate behavior, greater independence, community inclusion, relationship building, self-advocacy and informed choice. | 6287654 | 80 Vandam Street | FEGS-Lease | 315 Hudson LLC, c/o Jack Resnick & Sons, Inc., 110 East 59th Street., New York, NY, 10022 | N/A | N/A |
| AHRC NYC | Manhattan Day Hab II | Day Habilitation Services assist individuals with intellectual and developmental disabilities to acquire, retain or improve their self-help, socialization, and adaptive skills including communication, travel and | 6287658 | 80 Vandam Street | FEGS-Lease | 315 Hudson LLC, c/o Jack Resnick & Sons, Inc., 110 East 59th Street, New York, NY, 10022 | N/A | N/A |

318634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| | | other areas in adult education. Activities and environments are designed to foster the development of skills and appropriate behavior, greater independence, community inclusion, relationship building, self-advocacy and informed choice. | | | | | | |
| AHRC NYC | Manhattan Day Hab IV | Day Habilitation Services assist individuals with intellectual and developmental disabilities to acquire, retain or improve their self-help, socialization, and adaptive skills including communication, travel and other areas in adult education. Activities and environments are designed to foster the development of skills and appropriate behavior, greater independence, community inclusion, relationship building, self-advocacy and informed choice. | 6287664 | 80 Vandam Street | FEGS-Lease | 315 Hudson LLC, c/o Jack Resnick & Sons, Inc., 110 East 59th Street, New York, NY, 10022 | N/A | N/A |
| AHRC NYC | Community-based Prevoc | Community-Based Prevocational Service assist individuals to acquire, retain, or improve the skills necessary to obtain and maintain employment. Services are provided in integrated community settings. | N/A | N/A | N/A | N/A | N/A | N/A |

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| AHRC NYC | Manhattan Prevoc | Prevocational Services assist individuals with intellectual and developmental disabilities to acquire, retain, or improve the skills necessary to obtain and maintain employment. Services are intended to develop and teach general skills that lead to employment. | 287421 | 80 Vandam Street | FEGS-Lease | 315 Hudson LLC, c/o Jack Resnick & Sons, Inc., 110 East 59th Street, New York, NY, 10022 | N/A | N/A |
| AHRC NYC | Bronx Prevoc | Prevocational Services assist individuals with intellectual and developmental disabilities to acquire, retain, or improve the skills necessary to obtain and maintain employment. Services are intended to develop and teach general skills that lead to employment. | 6287422 | 3600 Jerome Ave | FEGS-Owned | N/A | N/A | N/A |
| AHRC Suffolk | Coram IRA | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | 6287528 | 24 Harrison Avenue | FEGS-Owned | N/A | N/A | N/A |
| AHRC Suffolk | Medford IRA | An Individualized Residential Alternative | 6287521 | 238 Waverly Avenue | Waverly Residence, | N/A | N/A | N/A |

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| AHRC Suffolk | Tupper IRA | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | 6287535 | 38 Tupper Avenue | FEGS-Owned | N/A | N/A | N/A |
| AHRC Suffolk | Shirley IRA | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | 6287523 | 1301 William Floyd Parkway | FEGS-Owned | N/A | N/A | N/A |
| | | (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | | | Inc.-Owned (FEGS Affiliated/HUD) | | | |

318634v.1

318634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure If Any |
|---|---|---|---|---|---|---|---|---|
| FREE | Deer Park ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 185 West 4th Street | Consumer-Lease | Michael Ditaranto 71 Le Brun Street, , Port Jefferson, NY 11776 (631) 487-3210 | 03/01/15 - 02/28/17 | $1,425.81 |
| FREE | Farmingdale ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 400 Fulton Street/Apt 10B | Consumer-Lease | N/A | N/A | N/A |
| FREE | Marano ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 27 Golden Avenue | Consumer-Lease, FEGS signs as Guarantor | Fairfield Golden Avenue, LLC 538 Broadhollow Rd., Third Floor East, Melville, NY 11747 (631) 499-6660 | 09/01/13 - 08/31/15 | $0.00 |
| FREE | Massapequa ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities | N/A | 361 Ocean Avenue | Consumer-Lease | Therese Dunne (resident's mother) White Hollow Road, Lakeville, CT | 09/01/13 - 08/31/15 | $0.00 |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure If Any |
|---|---|---|---|---|---|---|---|---|
| | | that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | | | | | | |
| | | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | | | | 06039(860) 248-1799 | N/A | N/A |
| FREE | Deer Park IRA | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supervised IRA is for individuals with I/DD who require less than 24-hour staff supervision. | 6287519 | 332 Commack Road | FEGS-Owned | N/A | N/A | N/A |
| FREE | Diamond IRA | | N/A | 400 Fulton Street/Apt 6B | Consumer-Lease | Debra L. Aglio 48 Fox Place, Hicksville, NY 11801 (917) 288-7934 | 09/01/14 - 08/31/15 | $0.00 |
| FREE | Farmingdale IRA - 1F | An Individualized Residential Alternative (IRA) is a type of community residence that | 6287516 | 920 Fulton Street/1st floor | FEGS-Lease | Anthony Sciuto 56 Jasmine Drive, Palm Coast, FL 32137 (845) 687-0049 | 01/01/13 - 12/31/17 | $1,288.71 |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| | | provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | | | | Email: palmtrees56@aol.com | | |
| FREE | Farmingdale IRA- 2F | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | 8028432 | 920 Fulton Street/2nd floor | FEGS-Lease | Anthony Sciuto Jasmine Drive, Palm Coast, FL 32137(845)-687-0049Email: palmtrees56@aol.com | 01/01/13 - 12/31/17 | $1,011.77 |
| Goodwill | Bronx DD RESPITE | Day Habilitation Services assist individuals with intellectual and developmental disabilities to acquire, retain or improve their self-help, socialization, and adaptive skills including communication, travel and other areas in adult education. Activities and environments are designed to foster the development of skills and appropriate behavior, greater independence, community | N/A | 2432 Grand Concourse | FEGS-Lease | N/A | N/A | N/A |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| Goodwill | | inclusion, relationship building, self-advocacy and informed choice. Day Habilitation Services assist individuals with intellectual and developmental disabilities to acquire, retain or improve their self-help, socialization, communication, travel and other areas in adult education. Activities and environments are designed to foster the development of skills and appropriate behavior, greater independence, community inclusion, relationship building, self-advocacy and informed choice. | | | | N/A | N/A | N/A |
| Goodwill | FSS-Family Reimbursement | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | N/A | 2432 Grand Concourse | FEGS-Lease | N/A | N/A | N/A |
| Goodwill | Manhattan DD RESPITE | | N/A | 80 Vandam Street | FEGS-Lease | | | |
| Hearthshare | Avenue L Day Hab | An Individualized Residential Alternative (IRA) is a type of | 6287652 L | 4504/4506 Avenue L | FEGS-Owned | N/A | N/A | N/A |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| | | community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | | | | | | |
| Heartshare | Brooklyn WOW | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 4504/4506 Avenue L | FEGS-Owned | N/A | N/A | N/A |
| Heartshare | Avenue L IRA | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | 6287514 | 4504 Avenue L | FEGS-Owned | N/A | N/A | N/A |
| Heartshare | Avenue L IRA | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an | 6287517 | 4506 Avenue L | FEGS-Owned | N/A | N/A | N/A |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| Heartshare | Brooklyn ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 1902 Beverly Road/1A | Consumer-Lease | Jackson Surrey Co., 152 W. 57th Street, 12th Floor, New York, NY, 10019 (212) 315-3390 | 7/1/14 - 6/30/16 | $147.31 |
| Heartshare | Brooklyn ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 2939 Avenue Y/3D | Consumer-Lease | Mei Yuen Ng, 2939 Avenue Y, 3D, Brooklyn, NY, 11235 | 1/1/15 - 12/31/15 | $466.13 |
| Heartshare | Brooklyn ISS | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. | N/A | 509 Saratoga Avenue/A3 | FEGS-Lease; AS OF THE DATE HEREOF THIS LEASE IS NOT BEING | NOTE: RENT SHARE PAID TO CONSUMER Saratoga 509 LLC, 5014 16th Avenue, Suite 257, Brooklyn, NY, 11204 | 11/1/13 - 10/31/15 | $776.31 |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| | | Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | | | ASSIGNED | | | |
| Heartshare | Brooklyn ISS | Day Habilitation Services assist individuals with intellectual and developmental disabilities to acquire, retain or improve their self-help, socialization, and adaptive skills including communication, travel and other areas in adult education. Activities and environments are designed to foster the development of skills and appropriate behavior, greater independence, community inclusion, relationship building, self-advocacy and informed choice. | N/A | 921 Montgomery Street/5E | Consumer-Lease | 9215 Realty LLC, 438 Kingston Avenue, Brooklyn, NY, 11225 | 02/01/15 - 01/31/17 | $0.00 |
| Heartshare | Brooklyn ISS | Day Habilitation Services assist individuals with intellectual and developmental disabilities to acquire, retain or improve their self-help, socialization, and adaptive skills including communication, travel and other areas in adult education. Activities and environments are designed to foster the development of skills and appropriate behavior, greater independence, community | N/A | 363 East 34th Street, 2B | Consumer-Lease | Joseph Teleforte, 105 Barbara Street, , Elmon, NY, 11003 | 01/01/14 - 12/31/15 | $603.23 |

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure If Any |
|---|---|---|---|---|---|---|---|---|
| | | inclusion, relationship building, self-advocacy and informed choice. | | | | | | |
| | | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | | | | | | |
| Heartshare | Ralph Avenue | | 6287418 | 2246 Ralph Avenue/2nd floor | FEGS-Lease | Annie Hill, 2246 Ralph Avenue, Basement, Brooklyn, NY, 11234 (718) 253-1065 | 09/01/14 -MTM | $0.00 |
| Human First | Inwood IRA/1st floor | | 6287438 | 130-24 Inwood Street | FEGS-Owned | N/A | N/A | N/A |
| Human First | Inwood IRA/2nd floor | | 6287439 | 130-24 Inwood Street | FEGS-Owned | N/A | N/A | N/A |
| Human First | Queens Day Hab 1 | | 6287650 | 58-20 Little Neck Pkwy | Lease not to be Assigned - HF to negotiate a direct lease with the Samfield Y | Samuel Field YM-YWHA 58-20 Little Neck Pkwy., 1st Fl Little Neck, NY 11362 (718) 225-6750 Aaron Rosenfeld x245, Executive VP. arosenfield@sfy.org | 05/01/12 - | |
| Human First | Queens Day Hab II | SEMP provides extended supported employment (ongoing) services to individuals with developmental disabilities. | 6287662 | 58-20 Little Neck Pkwy | Samfield Y | N/A | 04/30/15 | $4,715.95 |
| Job Path | SEMP Manhattan | N/A | N/A | 315 Hudson Street | N/A | N/A | N/A | N/A |
| Job Path | IRA (96th | An Individualized Residential Alternative | 6287510 | 125 West 96th Street/Apt 1F | FEGS-Owned | N/A | N/A | N/A |

3188634v.1

| DD Acquiring Agency | Program Residence and Name (Street) | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| | | (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | | | Co-op; Sale of Co-op to the resident's family is in process; JobPath will continue to provide services | | | |
| NY Founding | Bronx ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 1950 Home Avenue | Consumer-Lease | Peter Lilkendey, 1950 Home Avenue, , Bronx, NY, 10461 (718) 813-0054 | 07/01/14 - 06/30/16 | $287.90 |
| NY Founding | BWAY ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 3333 Broadway/B7J | FEGS-Lease | Riverside Park Community LLC, C/o Urban American, P.O. Box 600, West New York, NJ, 07093 (201) 553-9800 | 12/01/14 - 11/30/16 | $0.00 |
| NY Founding | BWAY ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities | N/A | 3333 Broadway/C2B | FEGS-Lease | Riverside Park Community LLC, C/o Urban American, P.O. Box 600, West New | 12/01/14 - 11/30/16 | $0.00 |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure If Any |
|---|---|---|---|---|---|---|---|---|
| NY Foundling | BWAY ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 3333 Broadway/C6J | FEGS-Lease | Riverside Park Community LLC, C/o Urban American, P.O. Box 600, , West New York, NJ, 07093 (201) 553-9800 | 12/01/14 - 11/30/16 | $0.00 |
| NY Foundling | BWAY ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 3333 Broadway/D10I | FEGS-Lease | Riverside Park Community LLC, C/o Urban American, P.O. Box 600, , West New York, NJ, 07093 (201) 553-9800 | 12/01/14 - 11/30/16 | $0.00 |
|  |  | Housing and Community Renewal (HCR) payment that is calculated based on an individual's income and standards. OPWDD funds and approves the housing subsidy. |  |  |  | York, NJ, 07093 (201) 553-9800 |  |  |
| NY Foundling | BWAY ISS | that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment | N/A | 3333 Broadway/D4B | FEGS-Lease | Riverside Park Community LLC, C/o Urban American, P.O. Box 600, , West New York, NJ, 07093(201) 553-9800 | 12/01/14 - 11/30/16 | $0.00 |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| NY Foundling | Lenox IRA | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for | 6287531 | 100 West 139th Street/10B | FEGS-Lease | 561 Lenox Ave., LLC, P.O. Box 1703., New York, NY, 10037 (917) 806-2915 | 01/01/14 - 12/31/17 | $0.00 |
| NY Foundling | Kittay IRA | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | 6287444 | 2550 Webb Avenue | FEGS-Lease | Kittay House, Jewish Home Lifecare, Inc., 2550 Webb Avenue, , Bronx, NY, 10468 (718) 410-1445 | 04/22/13 - MTM | $23,107.02 |
| NY Foundling | BWAY ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 3333 Broadway/E2J | FEGS-Lease | Riverside Park Community LLC, C/o Urban American, P.O. Box 600, , West New York, NJ, 07093 (201) 553-9800 | 12/01/14 - 11/30/16 | $0.00 |
| | | standards. OPWDD funds and approves the housing subsidy. | | | | | | |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| | | individuals with I/DD who require less than 24-hour staff supervision. | | | | | | |
| NY Foundling | Lenox IRA | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | 6287530 | 100 West 139th Street/27B | FEGS-Lease | 561 Lenox Ave., LLC, P.O. Box 1703,, New York, NY, 10037 (917) 806-2915 | 01/01/14 - 12/31/17 | $0.00 |
| NY Foundling | Lenox IRA | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | 6287529 | 100 West 139th Street/Apt 7 (separate lease, combined with Apt 8) | FEGS-Lease | 561 Lenox Ave., LLC, P.O. Box 1703,, New York, NY, 10037(917) 806-2915 | 08/01/13 - 07/31/17 | $0.00 |
| NY Foundling | Lenox IRA | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and | 6287529 | 100 West 139th Street/Apt 8 (separate lease, combined with Apt 7) | FEGS-Lease | 561 Lenox Ave., LLC, P.O. Box 1703,, New York, NY, 10037 (917) 806-2915 | 08/01/13 - 07/31/17 | $0.00 |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| | | developmental disabilities. Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | | | | | | |
| NY Foundling | Manhattan Avenue IRA | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | 6287425 | 437 Manhattan Avenue/Apt. 6H | FEGS-Lease | 437 Manhattan LLC, 95 Delancey Street, , New York, NY, 10002 (212) 254-4374 | 12/01/14 - MTM | $0.00 |
| NY Foundling | Manhattan IRA (96th Street) | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | 6287509 | 125 West 96th Street/Apt 1H | FEGS-Owned Co-op | 125 West 96th St. Owners Corp, C/o Century Management Services, Inc., P.O. Box 27984, Newark, NJ, 07101-7984; A.J. Rexhepi, Director of Operations & Development AI@centuryny.com Ext. 407; 212-560-6407 (direct) | | $948.35 |
| NY Foundling | Manhattan IRA (96th Street) | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service | 6287511 | 125 West 96th Street/Apt 2F | FEGS-Owned Co-op | 125 West 96th St. Owners Corp, C/o Century Management Services, Inc., P.O. Box 27984, Newark, NJ, 07101-7984 | | $354.05 |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure If Any |
|---|---|---|---|---|---|---|---|---|
| | | options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | | | | A.J. Rexhepi, Director of Operations & Development AJ@centuryny.com Ext. 407; 212-560-6407 (direct) | | |
| NY Foundling | Manhattan IRA (96th Street) | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | 6287512 | 125 West 96th Street/Apt 3E | FEGS-Owned Co-op | 125 West 96th St. Owners Corp, C/o Century Management Services, Inc., P.O. Box 27984, Newark, NJ, 07101-7984 A.J. Rexhepi, Director of Operations & DevelopmentAJ@cent uryny.comExt. 407; 212-560-6407 (direct) | | $356.86 |
| NY Foundling | | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | 6287513 | 125 West 96th Street/Apt 4J | FEGS-Owned Co-op; sale to independent buyer is currently in process | 125 West 96th St. Owners Corp, C/o Century Management Services, Inc. P.O. Box 27984,, Newark, NJ, 07101-7984 A.J. Rexhepi, Director of Operations & Development AJ@centuryny.com Ext. 407; 212-560-6407 (direct) | | $359.67 |
| NY Foundling | Manhattan IRA (96th Street) | An Individualized Residential Alternative (IRA) is a type of | 6287507 | 3333 Broadway/A7B | FEGS-Lease | Riverside Park Community LLC, C/o Urban American, P.O. Box 600, , West New | 03/01/15 - 02/28/17 | $0.00 |
| NY Foundling | Manhattan IRA (Broadway) | An Individualized Residential Alternative (IRA) is a type of community residence that | | | | | | |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| NY Foundling | Manhattan IRA (Broadway) | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | 6287503 | 3333 Broadway/B9H | FEGS-Lease | Riverside Park Community LLC, C/o Urban American, P.O. Box 600, , West New York, NJ, 07093 (201) 553-9800 | 06/01/14 - 05/31/15 | $0.00 |
| NY Foundling | Manhattan IRA (Broadway) | community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | 6287505 | 3333 Broadway/C5A | FEGS-Lease | Urban American, P.O. Box 600, , West New York, NJ, 07093 (201) 553-9800 | 06/01/14 - 05/31/15 | $0.00 |
| NY Foundling | Manhattan IRA | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | 6287504 | 3333 Broadway/D13B | FEGS-Lease | Riverside Park Community LLC, C/o | 03/01/15 - | $0.00 |
| | | provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | | | | York, NJ, 07093 (201) 553-9800 | | |

318634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure If Any |
|---|---|---|---|---|---|---|---|---|
| | (Broadway) | (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. A Supported IRA is for individuals with I/DD who require less than 24-hour staff supervision. | | | | Urban American, P.O. Box 600,, West New York, NJ, 07093 (201) 553-9800 | 02/28/17 | |
| NY Foundling Manhattan ISS | | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 10-12 East 108th Street/B1J | FEGS-Lease | Villa Hermosa Apartments, 60 Cuttermill Road, 200, Great Neck, NY, 11021 (212) 835-9040 | 12/01/14 - MTM | $0.00 |
| NY Foundling Manhattan ISS | | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 560 Main Street | Consumer-Lease | North Town Roosevelt, LLC, P.O. Box 600,, West New York, NJ, 07093 (212) 838-4747 | 12/01/14 - 11/30/15 | $109.68 |
| NY Foundling Manhattan ISS | | Individual Supports and Services is a housing subsidy for adults with developmental disabilities | N/A | 597 East 138th Street/4F | Consumer-Lease | Diego Beekman Mutual Housing Association HDFC, - 694 East 141st Street, | 07/01/13 - 06/30/15 | $7.68 |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| | | that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | | | | | | |
| NY Foundling | Rau IRA | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | 6287443 | 2286 Bronx Park East | FEGS-Owned | N/A | N/A | N/A |
| NY Foundling | Riverside IRA | An Individualized Residential Alternative (IRA) is a type of community residence that provides room, board and individualized service options for individuals with intellectual and developmental disabilities. Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | 6287453 | 1795 Riverside Drive/Apt 4D | FEGS-Lease | Riverside 1795 Associates, c/o Stellar Management Co., Inc.156 William Street, 10th Floor, New York, NY, 10038(212) 406-0030 | 04/01/15 - MTM | $1,042.39 |
| NY Foundling | Riverside IRA | An Individualized Residential Alternative (IRA) is a type of community residence that | 6287452 | 1795 Riverside Drive/Apt 5A | FEGS-Lease | Riverside 1795 Associates, c/o Stellar Management Co., Inc.156 William Street, | 04/01/15 - MTM | $952.97 |

Bronx, NY, 10454 (718) 292-2626

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| | | provides room, board and individualized service options for individuals with intellectual and developmental disabilities. Supervised IRAs provide 24-hour staff support and supervision for up to 14 residents. | | | | 10th Floor, New York, NY, 10038 (212) 406-0030 | N/A | |
| UCP NYC | Bronx ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 2077 Wallace Avenue/355 | FEGS-Owned Co-op | 2075-2081 Wallace Avenue Owners Corp., c/o Metro Management Development, Inc., 42-25 21st Street, Long Island City, NY, 11101 (718) 706-7755 | N/A | $0.00 |
| UCP NYC | Bronx ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 2079 Wallace Avenue/Apt. 375 | FEGS-Owned Co-op | 2075-2081 Wallace Avenue Owners Corp., c/o Metro Management Development, Inc., 42-25 21st Street, Long Island City, NY, 11101 (718) 706-7755 | N/A | $0.00 |
| UCP NYC | Bronx ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and | N/A | 2079 Wallace Avenue/Apt. 576 | FEGS-Owned Co-op | 2075-2081 Wallace Avenue Owners Corp., c/o Metro Management Development, Inc., 42-25 21st Street, Long Island City, NY, 11101 | | $0.00 |

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| | | Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | | | | (718) 706-7755 | | |
| | | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 2081 Wallace Avenue/Apt. 767 | FEGS-Owned Co-op | 2075-2081 Wallace Avenue Owners Corp., c/o Metro Management Development, Inc., 42-25 21st Street, Long Island City, NY, 11101 (718) 706-7755 | N/A | $0.00 |
| UCP NYC | Bronx ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 2151 Cnger Avenue/Apt. 1C | FEGS-Lease | GIONZIEF REALTY CORP., PO BOX 496, , Hartsdale, NY, 10530 Maria Gojcaj email: marahotg@hotmail.com (914) 729-4329 | 12/01/13 - 11/30/15 | $0.00 |
| UCP NYC | Bronx ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 2191 Bolton Avenue/Apt 6f | FEGS-Owned Co-op | 2191 Bolton Owners, C/o Prestige Management Inc., 1200 Zerega Avenue, , Bronx, NY, 10462 Clayton Johnson, Building Manager Cjohnson@prestigemg t.com, 212-694-0855 | | $0.00 |

318634v.1

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure If Any |
|---|---|---|---|---|---|---|---|---|
| UCP NYC | Manhattan ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 174 Forsyth Street Apt 2F | Consumer-Lease | NYSD HDFC Inc., C/o T.U.C. Management Company, Inc.200 West 57th Street, 702, New York, NY, 10019(212) 765-7900 | 03/01/14 - 02/28/15 | $0.00 |
| UCP NYC | Manhattan ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 174 Forsyth Street Apt 2G | Consumer-Lease | NYSD HDFC Inc., C/o T.U.C. Management Company, Inc.200 West 57th Street, 702, New York, NY, 10019 (212) 765-7900 | 03/01/14 - 02/28/15 | $0.00 |
| UCP NYC | Manhattan ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 174 Forsyth Street Apt 4E | Consumer-Lease | NYSD HDFC Inc., C/o T.U.C. Management Company, Inc.200 West 57th Street, 702, New York, NY, 10019 (212) 765-7900 | 06/01/14 - 05/31/15 | $0.00 |
| UCP NYC | Manhattan ISS | Individual Supports and Services is a housing subsidy for adults with | N/A | 174 Forsyth Street Apt 4F | Consumer-Lease | NYSD HDFC Inc., C/o T.U.C. Management Company, Inc.200 | 03/01/15 - 02/28/15 | $0.00 |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure If Any |
|---|---|---|---|---|---|---|---|---|
| | | developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | | | | West 57th Street, 702, New York, NY, 10019 (212) 765-7900 | | |
| UCP NYC | Manhattan ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 174 Forsyth Street Apt 4G | Consumer-Lease | NYSD HDFC Inc., C/o T.U.C. Management Company, Inc.200 West 57th Street, 702, New York, NY, 10019 (212) 765-7900 | 03/01/14 - 02/28/15 | $0.00 |
| UCP NYC | Manhattan ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 174 Forsyth Street Apt 5A | Consumer-Lease | NYSD HDFC Inc., C/o T.U.C. Management Company, Inc.200 West 57th Street, 702, New York, NY, 10019(212) 765-7900 | 06/01/14 - 05/31/15 | $0.00 |
| UCP NYC | Manhattan ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community | N/A | 174 Forsyth Street Apt 5F | Consumer-Lease | NYSD HDFC Inc., C/o T.U.C. Management Company, Inc.200 West 57th Street, 702, New York, NY, 10019 (212) 765-7900 | 03/01/14 - 02/28/15 | $0.00 |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure If Any |
|---|---|---|---|---|---|---|---|---|
| UCP NYC | Manhattan ISS | Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | | | | | | |
| UCP NYC | Manhattan ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 174 Forsyth Street Apt 6A | Consumer-Lease | NYSD HDFC Inc., C/o T.U.C. Management Company, Inc.200 West 57th Street, 702, New York, NY, 10019 (212) 765-7900 | 03/01/14 - 02/28/15 | $0.00 |
| UCP NYC | Manhattan ISS | Individual Supports and Services is a housing subsidy for adults with developmental disabilities that is calculated based on an individual's income and Housing and Community Renewal (HCR) payment standards. OPWDD funds and approves the housing subsidy. | N/A | 174 Forsyth Street Apt 6F | Consumer-Lease | NYSD HDFC Inc., C/o T.U.C. Management Company, Inc.200 West 57th Street, 702, New York, NY, 10019 (212) 765-7900 | 04/01/14 - 03/31/15 | $0.00 |
| UCP NYS | Manhattan Article 16 | provides both on and off site clinical services including, but not limited to, psychotherapy, psychological counseling, rehabilitation, counseling, nutrition, speech, physical and occupational therapy. | 6287120 01 | 315 Hudson Street | Leased; Will sub-lease from AHRC NYC | N/A | N/A | N/A |
| UCP NYS | Bronx Article 16 | The Article 16 Clinic provides both on and off site | 6287120 01 | 2432 Grand Concourse | Leased; Will sub- | N/A | N/A | N/A |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| ACLD | | clinical services including, but not limited to, psychotherapy, psychological counseling, rehabilitation, counseling, nutrition, speech, physical and occupational therapy; | | | lease from UCP NYC | | | |
| | MSC - LI caseload | Medicaid Service Coordination (MSC) is a Medicaid State Plan service provided by New York State Office for People with Developmental Disabilities (NYS OPWDD) which assists persons with developmental disabilities gain access to necessary services and supports appropriate to his/her needs. MSC is provided by qualified service coordinators who use a person-centered planning process to develop, implement, and maintain the person's Individualized Service Plan (ISP), which promotes the concepts of choice, individualized services and supports, and consumer satisfaction. | N/A | N/A | N/A | N/A | N/A | N/A |
| ILA | MSC - Willowbrook caseload | Medicaid Service Coordination (MSC) is a Medicaid State Plan service provided by New York State Office for People with Developmental Disabilities | N/A | N/A | N/A | N/A | N/A | N/A |

318634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| LifeSpire | | Medicaid Service Coordination (MSC) is a Medicaid State Plan service provided by New York State Office for People with Developmental Disabilities (NYS OPWDD) which assists persons with developmental disabilities gain access to necessary services and supports appropriate to his/her needs. MSC is provided by qualified service coordinators who use a person-centered planning process to develop, implement, and maintain the person's Individualized Service Plan (ISP), which promotes the concepts of choice, individualized services and supports, and consumer satisfaction. | N/A | N/A | N/A | N/A | N/A | N/A |
| | MSC – Bronx caseload | (NYS OPWDD) which assists persons with developmental disabilities gain access to necessary services and supports appropriate to his/her needs. MSC is provided by qualified service coordinators who use a person-centered planning process to develop, implement, and maintain the person's Individualized | N/A | N/A | N/A | N/A | N/A | N/A |

3188634v.1

| DD Acquiring Agency | Program Residence and Name | Program Description | Op. Cert. # | Address | Property Type | LL Contact | Lease Term | Lease Cure if Any |
|---|---|---|---|---|---|---|---|---|
| Heaven's Hand | MSC – Brooklyn, Queens, Manhattan and Bronx caseloads | Service Plan (ISP), which promotes the concepts of choice, individualized services and supports, and consumer satisfaction. Medicaid Service Coordination (MSC) is a Medicaid State Plan service provided by New York State Office for People with Developmental Disabilities (NYS OPWDD) which assists persons with developmental disabilities gain access to necessary services and supports appropriate to his/her needs. MSC is provided by qualified service coordinators who use a person-centered planning process to develop, implement, and maintain the person's Individualized Service Plan (ISP), which promotes the concepts of choice, individualized services and supports, and consumer satisfaction. | N/A | N/A | N/A | N/A | N/A | N/A |