©

April 6, 2015
14-71074

From: Gilbert Rosenberg

To: Honorable Robert H. Grossman

    Please kindly read the first three independent reviews written by individuals who actually "experienced" FEGS. The external reviews are from a nonprofit website greatnonprofits.org. Please note that nearly all other reviews were written by FEGS employees and are 5 star reviews.

    FEGS never sought to carry out its mission statement which stated that it made people "independent"! The opposite- FEGS simply directed & refered people to become dependendant on gov't programs & billed medicaid/medicare. All they did was create programs the employeed FEGS workers so that they could bill medicaid and medicare. They did not care about what happened to the people they served. FEGS had a "high cost structure" →

② so that it payed its executives, managers & workers well while neglecting the people that they were supposed to serve.

Community Voices Heard a nonprofit actually came out with a study "Missing The Mark" which found that FEGS did not help anyone get training & work! It is availble on the internet at www.cvhaction.org.

Why should FEGS executives get there millions of dollars in salaries and benefits? They should be paying taxpayers back. Please do not let Gail magaliff & other executives off the hook.

FEGS was the Enron of Nonprofits.

Thank you
[signature]

Case 8-15-71074-reg Doc 140 Filed 04/10/15 Entered 04/10/15 15:40:18

4/7/2015 FEDERATION EMPLOYMENT AND GUIDANCE SERVICE INC - New York, NY - Overview of volunteer & donation opportunities, services, mission, cont...

- You've come to the leading place where real people share their reviews and stories about nonprofits. Write your own review (/write-a-review) of one or more of our 1.2 million organizations, or find reviews (/find/reviews) of highly-rated nonprofits in your community. Want to learn more? Watch our video: How to Find A Great Nonprofit (/about)

# FEDERATION EMPLOYMENT AND GUIDANCE SERVICE INC  TOP-RATED 2009

★★★★★ 95 reviews (/org/federation-employment-guidance-service)

👁 7,150

**Issues:** Job Training

315 Hudson St Fl 9
New York, NY 10013 USA

Photos



Review
(/reviews/write/federation-employment-guidance-service)



Login to Claim

Case 8-15-71074-reg   Doc 140   Filed 04/10/15   Entered 04/10/15 15:40:18

4/7/2015     FEDERATION EMPLOYMENT AND GUIDANCE SERVICE INC - New York, NY - Overview of volunteer & donation opportunities, services, mission, cont...

In the final days of August 2001, I met with a woman at the FEGS executive office who signed me up for something she called "benefits" and she said she would help me get them. Well I was fast tracked by FEGS into SSI/SSD, Foodstamps, Medicare and Medicaid... In less than two months I got all these "benefits". I got these things that I never asked for. I assumed that NYC has such a large Jewish population that there must be some organization that could provide training, guidance, and mentoring in order so I could get back into life itself. So why call me for a meeting in the first place when I never even wrote to FEGS ? I never even heard of FEGS before. At first I thought maybe this was a fluke but I soon learned from others that this was standard practice at FEGS. In retrospect I should have declined these "gifts" and "benefits" as the woman described them, and continued looking for some help in getting a foothold back in society. Instead these "benefits" did just the opposite- dependence, isolation, and marginalization from society and life.

But the real tragedy is that for secular Jews in America there is NO ONE and NO Organization that will really help another secular Jew and secular Jews know this very well. And this is a major reason why so many American Jews are abandoning their identity as Jews. Yes religious organizations and people were willing to help me ONLY if I returned to being Orthodox- which I was not willing to do. I was not willing to lie and claim that I was religious and do the opposite. It is so sad since over the years I have met many young secular American Jews who are in deep trouble and they are drowning from mental and physical ailments or from some unfortunate circumstances of life itself. In the "system" they have no where to go but down. There is NO future for secular non-affiliated Jews in NYC and America because they know that for all the talk there is NOTHING behind it. It is everyone for themselves; As long as my immediate family is doing fine who cares about other Jews. The leadership today has failed as they did in the past. What is worse is that now they have all the means and the where with all to really turn the tide. This is NOT the case for the Orthodox communities who tend to help one another advance in life. Look for yourself:
http://www.nytimes.com/2013/10/01/us/poll-shows-major-shift-in-identity-of-us-jews.html?_r=0

It is even more ironic since in NYC American Jews as an ethnic group have reached such levels of accomplishments in virtually all areas of society, business, science, and culture. Yet as in the Holocaust, leadership -both secular and clergy have failed Jews in desperate need. FEGS from my experience as with other Jewish organizations does little or nothing for American Jews except direct them to government programs. According to Federal statistics 98% of people on Disability are on it for life. Only 2% get off. FEGS made me (someone who was independent and just getting by) dependent for life. I recall a social worker years ago starting out a sentence saying "You Jews..." as if we are one of some cohesive group that is

Case 8-15-71074-reg    Doc 140    Filed 04/10/15    Entered 04/10/15 15:40:18

4/7/2015    FEDERATION EMPLOYMENT AND GUIDANCE SERVICE INC - New York, NY - Overview of volunteer & donation opportunities, services, mission, cont...

http://www.cvhaction.org/sites/default/files/Missing%20the%20Mark%20-%20Executive%20Summary.pdf

FEGS is very good at public relations -that is marketing, promoting and advertising itself with its sleek and flashy website but don't be fooled because FEGS employs at least two dozen employees to promote FEGS in every type of media possible. Ignore FEGS propaganda and just go to any FEGS office, stay outside and ask people coming in and out of their office buildings whether they help people to become INDEPENDENT. You will find that for clients of FEGS it is an bitter roller coaster of musical chairs.

FEGS's target is the mentally ill (MI), developmentally challenged, and elderly and infirm. These people need government programs, effective treatment and supervision. As far as the mentally ill is concerned I wonder how many FEGS MI patients are able to achieve independence by remission or improvement in their condition? FEGS's is model is no different than other non-profits that serve the MI which is complex poly-pharmacy of psychotropic medications with an assigned case manager with a less than 2% chance on getting of disability and entering the world. 98% of people on disability stay on it for a lifetime which means becoming a life long client of FEGS so they bill bill and bill without regard to outcome. Poor outcomes in a way is good for FEGS since once a client always a client of FEGS. So who cares if FEGS's MI "consumers" of services get better just bill bill and bill.

Considering that FEGS does so poorly at achieving its mission statement of making people self-sufficient and independent, it executives make great money: the CEO makes a cool $650K, and the other big shots make between $200K and $400k a year. Shocking since almost all their clients have ZERO income. FEGS forgot its mission and its core values and has for profit companies like HR dynamics and All Sector Technology Group which brings in millions of dollars a year. FEGS has OFF SHORE Bank accounts in Europe and the Caribbean. And All Sector's market is a multi-billion dollar one for cloud computing and cyber security with 5% of its shares owned by FEGS insiders. So are all those profits from the FEGS's for profit companies being funneledess



**accuratereview (/users/profile/50608)**    08/08/2010
Client Served


FEGS is a giant bureaucracy that is a giant JOBS program that takes advantage of the opportunies available to "serve" the mentally ill, jobless, homeless, aged by their unique "Health and Human Services System". According to their latest 990 they recieve $112,018,230 a year nearly entirely from the U.S. government (US taxpayers). FEGS's Salary and Pension plans amount to almost $121,000,000 a year! One "employee" named Alfred P. Miller recieved $2,170,301 that year. The only people that FEGS really helps is

Case 8-15-71074-reg   Doc 140   Filed 04/10/15   Entered 04/10/15 15:40:18

4/7/2015   FEDERATION EMPLOYMENT AND GUIDANCE SERVICE INC - New York, NY - Overview of volunteer & donation opportunities, services, mission, cont...

I came to FEGS earlier this year to meet with a job developer about finding employment. I was referred to a job as a waiter. I enjoy my job and am very grateful to the job developer for helping me find a steady job. *review written* ... more



**1 previous review**

★★★★★                                                                                           *11/11/2009*

I was unemployed and needed help finding a job. I was referred to FEG for employment counseling. The job developer sent me on an interview with a home health aid agency. I was offered the job of a home health aid, and I am very happy to be working. *review written from job developer's email* ... more

**1 previous review**

★★★★★                                                                                           *11/11/2009*

In early 2009 I came to FEGS's Brooklyn Resource Center to see a job developer about finding a job. She found me a job as a home health aid with a great agency. *review written from job developer's email*      ... more



**1 previous review**

★★★★★                                                                                           *11/10/2009*

I came to FEGS because I needed a job. I was referred to one of their job developers, who found me a sales person position. After some time of working as a sales person, I wanted to change my career. I came back to the job developer and she found me a home health aid job that provided me with ... more

**1 previous review**

★★★★★                                                                                           *11/10/2009*

I was unemployed and needed help finding a job where I was able to make a decent living. I was referred to FEG's job developer, who refereed me to a home health aid agency. I have been working there since 2008. *review* ... more

**1 previous review**

★★★★★                                                                                           *11/10/2009*

I came to FEGS in 2008 because I wanted to become a home health aid. I met with a job developer who referred me to a home health aid agency that was hiring. After working there for some time I wanted to find a job in the same field that offered more benefits. I came back to the job developer who helped

**azeldina@fegs.org (/users/profile/23101)**                                                    *11/10/2009*
Client Served

Case 8-15-71074-reg    Doc 140    Filed 04/10/15    Entered 04/10/15 15:40:18

4/7/2015 FEDERATION EMPLOYMENT AND GUIDANCE SERVICE INC - New York, NY - Overview of volunteer & donation opportunities, services, mission, cont…

1 previous review

 11/09/2009

I came to FEGS in 2006 for assistance with finding employment. I met with an Employment Counselor who was very caring and wanted to help me with my job search. She found me a job that suited my experience and skills. Unfortunately, due to the economic situation i found myself unemployed.*more*



**dkanbarova@fegs.org (/users/profile/23093)** *11/09/2009*
Client Served


I came to FEGS with my husband for the Healthy Marriage Program. After one of the sessions we confided in our case manager about our difficult financial situation. I was looking for a job to support myself and my husband, because he was sick and unable to work. I was referred to a job developer.*more*



**albinaa58@yahoo.com (/users/profile/23088)** *11/09/2009*
Client Served


I came to FEGS in 2003 for employment services. I have been on unemployment for a few months at that time and really needed to find a job. I attended DCIC School and several students recommended that I visit the FEGS location in Brooklyn. Here I met a wonderful Employment Counselor*more*



**annalikver@gmail.com (/users/profile/22721)** *11/05/2009*
Client Served


Seeking employment for several months I was referred to FEGS by a family friend. This friend forwarded my Resume to an FEGS staff member. On the same day my Resume was forwarded the staff member called me, explained about an open position and asked if I was interested. Within the hour the*more*



**pg (/users/profile/22453)** *11/03/2009*
General Member of the Public


I have worked for FâˆšE⢙GâˆšS for over 12 years, and have been fortunate to work in different offices and different programs. For 7 years I worked for a wonderful woman, Gladys Siff, Senior Vice President, and one of the many things she was responsible for was being the Inspector General*more*



**tappyracer (/users/profile/22450)** *11/03/2009*
General Member of the Public
