GARFUNKEL WILD, P.C.
111 Great Neck Road
Great Neck, New York 11021
Telephone: (516) 393-2200
Facsimile: (516) 466-5964
Burton S. Weston
Afsheen A. Shah
Adam T. Berkowitz

*Counsel for the Debtor
and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:

| | |
|---|---|
| FEDERATION EMPLOYMENT AND GUIDANCE, SERVICE, INC., d/b/a FEGS,[1]. | Chapter 11<br>Case No. 15-71074 (reg) |
| Debtor. | |

-----------------------------------------------------------x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that an Interim Order was entered on May 6, 2015 [Docket No. 203] (I) Extending the Debtor's Authorization to Utilize Cash Collateral Pursuant to 11 U.S.C. Section 363; (II) Granting Adequate Protection in Connection Therewith; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and 4001(C);

**PLEASE TAKE FURTHER NOTICE**, that a final hearing to consider entry of an order granting the relief requested in the Motion on a final basis shall be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge in Courtroom 860 of the United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York on May 19, 2015 at 10:00 a.m. or as soon as thereafter as counsel can be heard;

---

[1] The last four digits of the Debtor's federal tax identification number are 4000.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the Motion must be made in writing, stating in detail the reasons therefore, and must be filed with the Clerk of the Bankruptcy Court, with paper copies delivered to Bankruptcy Judge Grossman's Chambers, and served upon: (i) Garfunkel Wild, P.C., Counsel to the Debtor, 111 Great Neck Road, Great Neck, New York 11021, Attn: Burton S. Weston, Esq.; (ii) the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722; (iii) Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Stephen Karotkin, Esq., counsel to the Lender; (iv) Pachulski Stang Ziehl & Jones, LLP, 780 Third Avenue, 34th Floor, New York, New York 10017, Attn: Robert J. Feinstein, Esq. and Ilan D. Scharf, Esq., counsel to the Creditor's Committee; and (v) on each of the Notice Parties (as defined in the Interim Order), so that they are received by the aforementioned parties no later than 4:00 p.m. on May 12, 2015 (the "Objection Deadline"). Objections not timely served and filed may not be considered by the Court.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motion may be adjourned from time to time, without further written notice to any party.

Dated: Great Neck, New York
May 6, 2015

Respectfully submitted,

By: /s/ Afsheen A. Shah
Burton S. Weston
Afsheen A. Shah
Adam T. Berkowitz
GARFUNKEL WILD, P.C.
111 Great Neck Road
Great Neck, New York 11021
Telephone: (516) 393-2200
Facsimile: (516) 466-5964

*Counsel For Debtor
and Debtor in Possession*

3239150v.1