UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re
FEDERATION EMPLOYMENT AND,                              Chapter 11
GUIDANCE SERVICE, INC. d/b/a FEGS,                      Case No. 15-71074 (REG)

                                    Debtor.
-------------------------------------------------------x

## ORDER VACATING THE AUTOMATIC STAY WITH REGARD TO CERTAIN RESIDENTIAL REAL PROPERTY LOCATED AT 1795 RIVERSIDE DRIVE, APTS. 4D AND 5A, NEW YORK, NEW YORK 10034

This Court having entered an Order on May 29, 2015 (Docket Item 257) concerning the motion filed on April 8, 2015 (Docket Item 125) by Riverside 1795 Associates LLC (the "Landlord") seeking the entry of an Order, pursuant to §362(d) of Title 11 of the United States Code (the "Bankruptcy Code"), vacating the automatic stay so as to permit the Landlord to pursue and/or enforce its rights and remedies with regard to certain residential apartment units located at 1795 Riverside Drive, Apts. 4D and 5A, New York, New York 10034 (together, the "Premises"); and the interests of Federation Employment and Guidance Service, Inc. d/b/a FEGS, the debtor and debtor-in-possession herein (the "Debtor"), if any, in and to the most recent leases between the Debtor and the Landlord concerning the Premises (together, the "Leases") having subsequently been transferred to The New York Foundling Hospital ("NYF") pursuant to an Order of this Court entered on May 29, 2015 (the "Omnibus Motion Approval Order"; Docket Item 255) and effective June 1, 2015; and upon the record of the hearing held on May 19, 2015 and all pleadings and proceedings had herein; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED** that the automatic stay imposed in this case by §362(a) of the Bankruptcy Code shall be deemed to have been vacated with regard to the rights, remedies, interests, claims, counterclaims, defenses and the like of the Landlord and NYF concerning the Premises and the Leases as of June 1, 2015; and it is further

**ORDERED**, that to the extent, if any, that any post-petition rent/use and occupancy concerning the Premises was owed by the Debtor through May 31, 2015, the Debtor shall promptly pay such amounts to the Landlord; and it is further

**ORDERED**, that this Order shall be subject to the "Vested Rights" and "Status Quo Retention" provisions set forth in the Omnibus Motion Approval Order with regard to the Proposed Assignment.

**Dated: Central Islip, New York**
**June 22, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Robert E. Grossman**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**