# **EXHIBIT B**

**F•E•G•S**
**The Fleet Management Division of the Office Services Department**
VEHICLE INVENTORY
LAST DATE REVISED: April 30, 2015; PHH CLIENT #6522; PHH ACCT #0473-00-000434-1; PREFIX #690046; POOL 99999 #077-1; 88888 #0080-1; 77777 #0079-1; 66666 #0126-1
E-Z PASS BUSINESS ACCT. #7959954
PHH ACCIDENT TEL. #1(800)446-7052; MAINTENANCE #1(800)638-7900

| Plate # | Make | Veh# & Year | Type | Mileage/Date | Owned or Lease Co | Insurance & Lease | Lease Start, Term & End Dates | Reg Exp Date | VIN # | Mileage | Condition | Blue Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DGG8984 | Ford E-150 8-Pas. Van | 2005 | Pass | 29,012 5/7/2014 | Owned | $2,452.00 N/A | N/A | 6/30/2015 | 1FMRE11W35HA98107 | 31,696.50 | Fair | $8,284 |
| EFZ5499 | Ford Focus Sedan | 2008 | Pass | 93,851 9/21/2014 | Owned | $1,058.00 N/A | N/A | 2/28/2016 | 1FAHP35N58W182197 | 101,319 | Fair | $4,332 |
| EGX5224 | Ford Focus S/W | 2008 | Pass | 93,835 9/24/2014 | Owned | $1,058.00 N/A | N/A | 2/28/2016 | 1FAHP35N38W195482 | 103,348 (as of 05/05/15) | Fair | $4,262 |
| ERT7790 | Ford Focus Sedan | 2009 | Pass | 92,122 9/23/2014 | Owned | $1,058.00 N/A | N/A | 3/31/2015 | 1FAHP35N19W222728 | 99,852 (as of 04/29/15) | Fair | $4,758 |
| ERT7791 | Ford Focus Sedan | 2009 | Pass | 82,940 9/23/2014 | Owned | $1,058.00 N/A | N/A | 3/31/2015 | 1FAHP35N59W222893 | 90,748 | Fair | $5,098 |
| FFS4016 | Ford Flex | 2011 | Pass | 31,027 5/7/2014 | Owned | $1,343.00 N/A | N/A | 1/31/2015 | 2FMGK5BC8BBD15879 | 39,554 | Good | $15,620 |
| EAA4752 | Ford E-350 12-Pas. Van | #86 2007 | Pass | 36,201 9/28/2014 | Owned | $2,452.00 N/A | N/A | 6/30/2015 | 1FBNE31L87DA79278 | 39,192 | Good | $12,755 |
| CES1852 | Ford Focus S/W | 2003 | Pass | 93,290 9/10/2014 | Owned | $1,256.00 N/A | N/A | 1/31/2015 | 1FAFP36333W164584 | 95,904 | Good | $3,272 |
| EGN3791 | Ford Focus Sedan | 2008 | Pass | 45,658 9/24/2014 | Owned | $1,256.00 N/A | N/A | 3/31/2016 | 1FAHP35N58W195483 | 49,212 | Good | $6,469 |
| EGN3793 | Ford Focus Sedan | 2008 | Pass | 59,798 9/24/2014 | Owned | $1,256.00 N/A | N/A | 3/31/2016 | 1FAHP35N18W195481 | 64,003 | Good | $5,953 |
| EJK8827 | Ford Focus Sedan | 2008 | Pass | 50,375 9/26/2014 | Owned | $1,256.00 N/A | N/A | 5/31/2016 | 1FAHP35N38W246382 | 54,780 | Good | $6,283 |
| FHB2292 | Ford Focus Sedan | 2011 | Pass | 31,791 9/20/2014 | Owned | $1,256.00 N/A | N/A | 12/31/2016 | 1FAHP3FN4BW139590 | 37,734 | Good | $8,513 |
| FHB2293 | Ford Focus Sedan | 2011 | Pass | 55,559 9/26/2014 | Owned | $1,256.00 N/A | N/A | 12/31/2016 | 1FAHP3FN9BW132019 | 61,971 | Good | $7,487 |
| FHB2295 | Ford Focus Sedan | 2011 | Pass | 32,868 9/24/2014 | Owned | $1,256.00 N/A | N/A | 12/31/2016 | 1FAHP3FN6BW123620 | 37,325 | Good | $8,573 |
| FHB2296 | Ford Focus Sedan | 2011 | Pass | 41,798 9/23/2014 | Owned | $1,058.00 N/A | N/A | 12/31/2016 | 1FAHP3FN9BW156997 | 46,407 | Good | $8,163 |
| FHB2297 | Ford Focus Sedan | 2011 | Pass | 85,341 9/19/2014 | Owned | $1,256.00 N/A | N/A | 12/31/2016 | 1FAHP3FN9BW192432 | 93,755 | Good | $6,048 |
| FHB2298 | Ford Escape | 2011 | Pass | 33,950 9/13/2014 | Owned | $2,006.00 N/A | N/A | 12/31/2016 | 1FMCU9DG0BKA18658 | 37,556 | Good | $12,138 |
| FJL2838 | Ford Windstar 7-Pas Mini-Van | #6 2003 | Pass | 77,016 9/24/2014 | Owned | $2,266.00 N/A | N/A | 1/31/2015 | 2FMZA50453BA47575 | 80,747 | Good | $2,987 |
| GAM8602 | Ford Focus Sedan | 2008 | Pass | 46,520 9/24/2014 | Owned | $1,256.00 N/A | N/A | 3/31/2016 | 1FAHP35N28W200414 | 48,427 | Good | $6,503 |
| DWJ6836 | Ford E-350 12-Pas. Van | 2007 | Pass | 73,732 9/20/2014 | Owned | $2,281.00 N/A | N/A | 1/31/2015 | 1FBNE31X7DA41650 | 93,000 | Good | $8,765 |
| DWJ6848 | Ford E-350 12-Pas. Van | 2007 | Pass | 67,162 9/28/2014 | Owned | $2,971.00 N/A | N/A | 1/31/2015 | 1FDNE31L87DA43680 | 71,141 | Good | $10,379 |
| DVG2757 | Ford E-350 12-Pas. Van | 2006 | Pass | 21,933 9/14/2014 | Owned | $2,908.00 N/A | N/A | 10/31/2016 | 1FBNE31L56DB40150 | 23,675 | Good | $12,152 |
| BMU7479 | Ford Focus S/W | 2000 | Pass | 120,793 8/27/14 | Owned | $1,058.00 N/A | N/A | 8/31/2016 | 1FAFP36PXYW248945 | 125,680 | Poor | $1,667 |
| FHB2349 | Ford Focus Sedan | 2011 | Pass | 81,019 9/28/2014 | Owned | $1,058.00 N/A | N/A | 2/28/2015 | 1FAHP3FN0BW186518 | 97,711 | Good | $5,869 |
| FHW7200 | Ford Focus Sedan | 2011 | Pass | 48,178 9/29/2014 | Owned | $1,058.00 N/A | N/A | 2/28/2015 | 1FAHP3FN9BW186517 | 57,000 | Excellent | $8,289 |
| DUJ8374 | Ford Explorer | 2006 | Pass | 74,711 9/16/2014 | Owned | $2,176.00 N/A | N/A | 8/31/2016 | 1FMEU73E76UA66343 | 92,000 | Good | $5,264 |

GWTDOCS-#3256222-v5-FEGS_-_Inventory_of_JBFCS_Purchased_Vehicles