GARFUNKEL WILD, P.C.
111 Great Neck Road
Great Neck, New York 11021
Telephone:  (516) 393-2588
Facsimile:   (516) 466-5964
Burton S. Weston
Afsheen A. Shah
Adam T. Berkowitz

*Counsel for the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                                            Chapter 11

FEDERATION EMPLOYMENT AND GUIDANCE       Case No. 15-71074 (REG)
SERVICE, INC., d/b/a FEGS,

              Debtor.[1]
------------------------------------------------------------x

## HEARING AGENDA OF MATTERS

| | |
|---|---|
| Time and Date of Hearing: | July 16, 2015 at 10:00 a.m. (Eastern Time) |
| Location of Hearing: | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York |
| Copies of Motions: | A copy of each of the pleadings may be viewed on the Court's website at www.ecf.nyeb.uscourts.gov or (without charge) at the Debtor's Information Website: at www.omnimgt.com/FEGS. |

**I.**      **Status and Case Management Conference**

**II.**     **Motion to Extend Exclusivity Period**

      A.     **Extending Exclusivity Period for filing Chapter 11 Plan and Disclosure Statement** – Debtor's Motion for an Order Extending the Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement [Docket No. 303]

---

[1] The last four digits of the Debtor's federal tax identification number are 4000.

3398265v.1

- Objection Deadline: July 9, 2015 at 4:00 p.m.

- Objections: None

- Related Documents:

  a)    Certificate of No Objection [Docket No. 319]

- Status: This matter is moving forward.

## III.    Sale Motions

A.    **Debtor's Motion Approving Sale of Residential Property Located at 1650 Empire Street, Elmont, New York** – Debtor's Motion, Pursuant, Inter Alia, to Sections 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006, for an Order (A) Approving the Debtor's Sale of Residential Real Property located at 1650 Empire Street, Elmont, New York Free and Clear of all Liens, Claims, Encumbrances and Other Interests and (B) Authorizing the Assumption of Related Executory Contract with Real Estate Broker [Docket No. 290]

- Objection Deadline: July 9, 2015 at 4:00 p.m.

- Objections: None

- Related Documents:

  a)    Certificate of No Objection [Docket No. 321]

- Status: This matter is moving forward.

B.    **Debtor's Motion to Sell Property** – Debtor's Motion to Sell Property of the Estate Free and Clear of Liens under 11 U.S.C. 363(f) (Sale of Certain Vehicles) [Docket No. 294]

- Objection Deadline: July 9, 2015 at 4:00 p.m.

- Objections: None

- Related Documents:

  a)    Certificate of No Objection [Docket No. 318]

- Status: This matter is moving forward.

## IV.    Relief from Stay

3398265v.1

A.   **Motion seeking relief from Automatic Stay** – Application of Movant, Gina Ruisi and Joseph Ruisi seeking relief from Automatic Stay Pursuant to Bankruptcy Code Section 362(d) [Docket No. 280]

- Status: This matter is moving forward.

## V.   **Motions Regarding Administrative and Procedural Matters**

A.   **Pachulski Stang Ziehl & Jones LLP** - Application for Order Authorizing and Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors of Federation Employment and Guidance Service, Inc. *Nunc Pro Tunc* to April 6, 2015 [Docket No. 191]

- Objection Deadline:  May 12, 2015

- Related Documents:

  a)   Second Declaration in Support of Application for Entry of an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones, LLP as Counsel to the Official

  b)   Verified Statement in Support of Application for Entry of an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors of Federation Employment and Guidance Service, Inc. *NUNC PRO TUNC* to April 6, 2015 [Docket No. 302]

- Status: This matter is moving forward.

Dated: Great Neck, New York
July 14, 2015

GARFUNKEL WILD, P.C.

By:/s/ Afsheen A. Shah
   Burton S. Weston
   Afsheen A. Shah
   Adam T. Berkowitz
   111 Great Neck Road
   Great Neck, New York 11021
   Telephone: (516) 393-2200
   Facsimile: (516) 466-5964
   *Counsel for Debtor
   and Debtor-in-Possession*

3398265v.1