UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

```
----------------------------------------------------------- x
In re                                                       :
                                                            : Chapter 11
FEDERATION EMPLOYMENT AND GUIDANCE                          :
SERVICE INC. d/b/a FEGS,¹                                   : Case No. 15-71074 (REG)
                                                            :
                        Debtor.                             :
                                                            :
----------------------------------------------------------- x
```

## AFFIDAVIT OF SERVICE

State of California     )
                        ) ss
County of Los Angeles   )

I, Darleen Sahagun, being duly sworn, depose and says:

I am employed by Rust Consulting/Omni Bankruptcy, located at 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. I am over 18 years of age and am not a party to this above-captioned adversary proceeding.

I hereby certify that on January 20, 2016, I caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A**, (ii) via first class mail to the parties listed in **Exhibit B**, and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit C** attached hereto:

- Order Modifying Automatic Stay, to the Extent Applicable, to Authorize Advancement and Payment of Costs and Fees Under Directors and Officers Insurance Policies and Limiting Advancements and Payments to $10,000 per Insured Person [Docket No. 596]

Dated: January 20, 2016

_____
Darleen Sahagun

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this _20_ day of _Jan._, 20_16_, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

[Notary Seal: JENNIFER MARLENE CASTILLO, Commission # 2085977, Notary Public - California, Los Angeles County, My Comm. Expires Oct 14, 2018]

---

¹ The last four digits of the Debtor's federal tax identification number are 4000.

**EXHIBIT A**

**Federation Employment and Guidance Service , Inc. dba F.E.G.S. -  Service List to e-mail Recipients**　　　　　Served 1/20/2016

| | | |
|---|---|---|
| 175 HEMPSTEAD, LLC<br>PETER KOSTEAS<br>PKOSTEAS@ALMAREALTY.COM | AMERICAN EXPRESS TRAVEL RELATED SERVICES C<br>GILBERT B WEISMAN<br>NOTICES@BECKET-LEE.COM | BELKIN BURDEN WENIG & GOLDMAN LLP<br>S. STEWART SMITH<br>SSMITH@BBWG.COM |
| BOND, SCHOENECK & KING, PLLC<br>GRAYSON T. WALTER<br>GWALTER@BSK.COM | BOND, SCHOENECK & KING, PLLC<br>STEPHEN DONATO<br>SDONATO@BSK.COM | BRONX LEBANON HOSPITAL CENTER<br>VICTOR G. DEMARCO<br>VDEMARCO@BRONXLEB.ORG |
| BRYAN CAVE LLP<br>AARON E. DAVIS<br>AARON.DAVIS@BRYANCAVE.COM | BRYAN CAVE LLP<br>THOMAS J. SCHELL<br>TJSCHELL@BRYANCAVE.COM | CARY KANE LLP<br>CHRISTOPHER BALUZY<br>CBALUZY@CARYKANE.COM |
| CARY KANE LLP<br>LARRY CARY<br>LCARY@CARYKANE.COM | CARY KANE LLP<br>LIZ VLADECK<br>LVLADECK@CARYKANE.COM | DLA PIPER LLP (US)<br>C. KEVIN KOBBE<br>KEVIN.KOBBE@DLAPIPER.COM |
| DLA PIPER LLP (US)<br>JAMILA JUSTINE WILLIS<br>JAMILA.WILLIS@DLAPIPER.COM | DORMITORY AUTHORITY OF THE STATE OF NEW YO<br>LARRY N. VOLK<br>LVOLK@DASNY.ORG | GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>DANIEL ZINMAN<br>DZINMAN@GOLENBOCK.COM |
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>JONATHAN FLAXER<br>JFLAXER@GOLENBOCK.COM | HAMBURGER, MAXSON,YAFFE & MCNALLY, LLP<br>LANE MAXSON<br>LMAXSON@HMYLAW.COM | HAMBURGER, MAXSON,YAFFE & MCNALLY, LLP<br>WILLIAM CAFFREY,JR.<br>WCAFFREY@HMYLAW.COM |
| HARRIS BEACH PLLC<br>LEE WOODARD/WENDY KINSELLA<br>BKEMAIL@HARRISBEACH.COM | HINSHAW & CULBERTSON LLP<br>MICHAEL J. LEVIN<br>MLEVIN@MAIL.HINSHAWLAW.COM | KIELY LLP<br>DENIS J. KIELY<br>DKIELY@KIELYLLP.COM |
| KRAUSS PLLC<br>GERIS S. KRAUSS<br>GSK@KRAUSSNY.COM | LEVY RATNER, P.C.<br>LAUREVE BLACKSTONE<br>LBLACKSTONE@LEVYRATNER.COM | LEVY RATNER, P.C.<br>RYAN J. BARBUR<br>RBARBUR@LEVYRATNER.COM |
| LEVY RATNER, P.C.<br>SUZANNE HEPNER<br>SHEPNER@LEVYRATNER.COM | LEWIS W. SIEGEL<br>LEWIS W. SIEGEL<br>LSIEGEL@CHNNB.COM | MAYER BROWN LLP<br>FREDERICK HYMAN<br>FHYMAN@MAYERBROWN.COM |
| MAYER BROWN LLP<br>JOAQUIN M. C DE BACA<br>JCDEBACA@MAYERBROWN.COM | MCCARTER & ENGLISH<br>LISA BONSALL<br>LBONSALL@MCCARTER.COM | MCCARTER & ENGLISH<br>MATTHEW HEIMANN<br>MHEIMANN@MCCARTER.COM |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>EDWARD LOBELLO<br>ELOBELLO@MSEK.COM | MONTEFIORE MEDICAL CENTER<br>CHRISTOPHER S. PANCZNER<br>CPANCZNE@MONTEFIORE.ORG | MORITT HOCK & HAMROFF LLP<br>LESLIE A. BERKOFF<br>LBERKOFF@MORITTHOCK.COM |
| NEW YORK STATE DEPARTMENT OF HEALTH<br>LEGAL DEPT<br>OPCHSM@HEALTH.NY.GOV | NYS OFFICE FOR PEOPLE W/DEVELOPMENTAL DISA<br>ROGER BEARDEN<br>ROGER.A.BEARDEN@OPWDD.NY.GOV | OFFICE OF THE ATTORNEY GENERAL<br>LAURA A. SPRAGUE<br>LAURA.SPRAGUE@AG.NY.GOV |
| OFFICE OF THE CORPORATION COUNSEL<br>DAVIN J. HALL<br>DHALL@LAW.NYC.GOV | OFFICE OF THE CORPORATION COUNSEL<br>ZACHARY KASS<br>ZKASS@LAW.NYC.GOV | PACHULSKI STANG ZIEHL & JONES LLP<br>ILAN SCHARF<br>ISCHARF@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J. FEINSTEIN<br>RFEINSTEIN@PSZJLAW.COM | PAYMENTTECH, LLC<br>LAZONIA CLARK<br>LAZONIA.CLARK@CHASEPAYMENTTECH.COM | PHILLIP KHEZRI, ESQ.<br>PKHEZRI@GARFUNKELWILD.COM |
| PICK & ZABICKI LLP<br>DOUGLAS J. PICK<br>DPICK@PICKLAW.NET | ROBINSON BROG LEINWAND GREENE GENOVESE<br>A. MITCHELL GREENE<br>AMG@ROBINSONBROG.COM | ROSE AND ROSE<br>DEAN DREIBLATT<br>DDREIBLATT@ROSEANDROSELAW.COM |

**Federation Employment and Guidance Service , Inc. dba F.E.G.S. -  Service List to e-mail Recipients**  **Served 1/20/2016**

| | | |
|---|---|---|
| SCHUR MANAGEMENT CO., LTD.<br>BILL SCHUR<br>BOBG@SCHURMGMT.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM | SHIPMAN & GOODWIN LLP<br>LEGAL DEPT<br>BANKRUPTCY@GOODWIN.COM |
| SHIPMAN & GOODWIN LLP<br>LEGAL DEPT<br>BANKRUPTCYPARALEGAL@GOODWIN.COM | SILVERMANACAMPORA LLP<br>GERARD R. LUCKMAN<br>GLUCKMAN@SILVERMANACAMPORA.COM | SINNREICH KOSAKOFF & MESSINA LLP<br>JARRETT M. BEHAR<br>JBEHAR@SKMLAW.NET |
| SMITH, BUSS, & JACOBS, LLP<br>DOMENICK J. TAMMARO<br>DTAMMARO@SBJLAW.COM | SQUIRE PATTON BOGGS (US) LLP<br>KAREN GRAVES<br>KAREN.GRAVES@SQUIREPB.COM | SQUIRE PATTON BOGGS (US) LLP<br>KAROL K. DENNISTON<br>KAROL.DENNISTON@SQUIREPB.COM |
| SQUIRE PATTON BOGGS (US) LLP<br>KRISTIN E. RICHNER<br>KRISTIN.RICHNER@SQUIREPB.COM | SQUIRE PATTON BOGGS (US) LLP<br>MARK A. SALZBERG<br>MARK.SALZBERG@SQUIREPB.COM | SQUIRE PATTON BOGGS (US) LLP<br>STEPHEN D. LERNER<br>STEPHEN.LERNER@SQUIREPB.COM |
| STEVENS & LEE, P.C.<br>JOHN D. DEMMY<br>JDD@STEVENSLEE.COM | TOGUT, SEGAL & SEGAL LLP<br>BRIAN F. MOORE<br>BMOORE@TEAMTOGUT.COM | TOGUT, SEGAL & SEGAL LLP<br>FRANK OSWALD<br>FRANKOSWALD@TEAMTOGUT.COM |
| TOGUT, SEGAL & SEGAL LLP<br>SAMANTHA J. ROTHMAN<br>SROTHMAN@TEAMTOGUT.COM | VOGEL BACH, PC<br>ERIC H. HORN<br>EHORN@VOGELBACHPC.COM | WEIL, GOTSHAL & MANGES, LLP<br>STEPHEN KAROTKIN<br>STEPHEN.KAROTKIN@WEIL.COM |
| WILLKIE FARR & GALLAGHER LLP<br>ROBIN SPIGEL<br>RSPIGEL@WILLKIE.COM | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LL<br>DANIEL F. FLORES<br>DANIEL.FLORES@WILSONELSER.COM | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LL<br>MARIE POLITO HOFSDAL<br>MARIE.HOFSDAL@WILSONELSER.COM |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LL<br>THOMAS R. MANISERO<br>THOMAS.MANISERO@WILSONELSER.COM | WINSTON & STRAWN, LLP<br>CAREY D. SCHREIBER<br>CSCHREIBER@WINSTON.COM | WINSTON & STRAWN, LLP<br>CARRIE V. HARDMAN<br>CHARDMAN@WINSTON.COM |
| WINSTON & STRAWN, LLP<br>DAVID NEIER<br>DNEIER@WINSTON.COM | | |

Parties Served:  70

**EXHIBIT B**

Federation Employment and Guidance Service , Inc. dba F.E.G.S. - U.S. Mail                                                            Served 1/20/2016

| | | |
|---|---|---|
| 175 HEMPSTEAD, LLC<br>C/O ALMA REALTY CORP.<br>ATTN: PETER KOSTEAS, COMM PROP MGR<br>31-10 37TH AVE., SUITE 500<br>LONG ISLAND CITY, NY 11101 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO<br>C/O BECKET AND LEE LLP<br>ATTN: GILBERT B WEISMAN, ESQUIRE<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | ANGELA FALCONE<br>C/O JUSTINE A. HARRIS, ESQ.<br>COLSON & HARRIS LLP<br>80 BROAD STREET, 19TH FLOOR<br>NEW YORK, NY 10004 |
| BANK OF AMERICA<br>2059 NORTHLAKE PARKWAY<br>3 NORTH<br>TUCKER, GA 30084 | BELKIN BURDEN WENIG & GOLDMAN LLP<br>ATTN: S. STEWART SMITH<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 | BOND, SCHOENECK & KING, PLLC<br>ATTN: STEPHEN DONATO/GRAYSON WALTER<br>ONE LINCOLN CENTER, 18TH FLOOR<br>SYRACUSE, NY 13202 |
| BRONX LEBANON HOSPITAL CENTER<br>ATTN: VICTOR G. DEMARCO, CPA<br>1276 FULTON AVENUE<br>BRONX, NY 10456 | BRYAN CAVE LLP<br>ATTN: AARON E. DAVIS<br>161 N. CLARK ST., STE. 4300<br>CHICAGO, IL 60601-3315 | BRYAN CAVE LLP<br>ATTN: THOMAS J. SCHELL<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 |
| CARY KANE LLP<br>ATTN: LARRY CARY/LIZ VLADECK<br>ATTN: CHRISTOPHER BALUZY<br>1350 BROADWAY, SUITE 1400<br>NEW YORK, NY 10018 | CENTERS FOR MEDICARE & MEDICAID SERVICES<br>7500 SECURITY BLVD<br>BALTIMORE, MD 21244 | CENTERS FOR MEDICARE & MEDICAID SERVICES<br>ATTN: CAROL MALOFF, ACTING REGIONAL ADMIN<br>JACOB K. JAVITS FEDERAL BUILDING<br>2 FEDERAL PLAZA, ROOM 3811<br>NEW YORK, NY 10278 |
| CITY OF NEW YORK<br>ATTN: CORPORATION COUNSEL<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | COMMUNITY AND SOCIAL AGENCY EMPLOYEES UNIO<br>DISTRICT COUNSEL 1707<br>AFSCME, AFL-CIO, LOCAL 215<br>75 VARICK STREET<br>NEW YORK, NY 10013 | DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>OFFICE OF INSURED HEALTH CARE FACILITIES<br>451 7TH STREET<br>S.W. ROOM 2247<br>WASHINGTON, DC 20410 |
| DLA PIPER LLP (US)<br>ATTN: C. KEVIN KOBBE<br>THE MARBURY BUILDING<br>6225 SMITH AVENUE<br>BALTIMORE, MD 21209 | DLA PIPER LLP (US)<br>ATTN: JAMILA JUSTINE WILLIS<br>1251 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK, NY 10020-1104 | DORMITORY AUTHORITY OF THE STATE OF NEW Y<br>ATTN: S. STEVENS COUNSELS OFFICE<br>ATTN: LARRY N. VOLK<br>515 BROADWAY<br>ALBANY, NY 12207 |
| EMMET, MARVIN & MARTIN, LLP<br>ATTN: THOMAS PITTA/EDWARD ZUJKOWSKI<br>120 BROADWAY, 32ND FLOOR<br>NEW YORK, NY 10271 | FEDERATION EMPLOYMENT GUIDANCE SERVICE, INC.<br>D/B/A FEGS<br>445 OAK STREET<br>COPIAGUE, NY 11726 | GAIL MAGALIFF<br>C/O RICHARD ALBERT<br>MORVILLO ABRAMOWITZ GRAND IASON & ANELLO<br>565 5TH AVENUE<br>NEW YORK, NY 10017 |
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>ATTN: JONATHAN FLAXER/DANIEL ZINMAN<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | HAMBURGER, MAXSON,YAFFE & MCNALLY, LLP<br>ATTN: LANE MAXSON/WILLIAM CAFFREY,JR.<br>225 BROADHOLLOW ROAD, SUITE 301E<br>MELVILLE, NY 11747 | HARRIS BEACH PLLC<br>ATTN: LEE WOODARD/WENDY KINSELLA<br>333 WEST WASHINGTON STREET<br>SUITE 200<br>SYRACUSE, NY 13202 |
| HINSHAW & CULBERTSON LLP<br>ATTN: MICHAEL J. LEVIN<br>800 THIRD AVENUE, 13TH FLOOR<br>NEW YORK, NY 10022 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | IRA MACHOWSKY<br>33 SOUTH PORTLAND AVENUE<br>BROOKLYN, NY 11217 |
| IRA MACHOWSKY<br>C/O SHAWN NAUNTON<br>ZUCKERMAN SPAEDER LLP<br>399 PARK AVENUE, 14TH FLOOR<br>NEW YORK, NY 10022 | KIELY LLP<br>ATTN: DENIS J. KIELY<br>17 TURKEY LANE<br>COLD SPRING HARBOR, NY 11724 | KRAUSS PLLC<br>ATTN: GERIS S. KRAUSS<br>ONE NORTH BROADWAY - SUITE 1001<br>WHITE PLAINS, NY 10601 |
| LEONARD SILVER<br>70 EAST 10TH STREET, APT. 15V<br>NEW YORK, NY 10003 | LEONARD SILVER<br>C/O ROLAND RIOPELLE, ESQ.<br>SERCARZ & RIOPELLE, LLP<br>810 SEVENTH AVENUE, SUITE 620<br>NEW YORK, NY  10019 | LEVY RATNER, P.C.<br>ATTN: SUZANNE HEPNER/LAUREVE BLACKSTONE<br>ATTN: RYAN BARBUR<br>80 EIGHTH AVENUE, 8TH FLOOR<br>NEW YORK, NY 10011 |

| | | |
|---|---|---|
| LEWIS W. SIEGEL<br>630 THIRD AVENUE, 7TH FLOOR<br>NEW YORK, NY 10017 | MAYER BROWN LLP<br>ATTN: FREDERICK HYMAN/JOAQUIN C DE BACA<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 | MCCARTER & ENGLISH<br>ATTN: LISA BONSALL/MATTHEW HEIMANN<br>FOUR GATEWAY CENTER<br>100 MULBERRY STREET<br>NEWARK, NJ 07102 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>ATTN: EDWARD LOBELLO/ABRAHAM KRIEGER<br>990 STEWART AVENUE, SUITE 300<br>P.O. BOX 9194<br>GARDEN CITY, NY 11530-9194 | MICHAEL L. KOENIG<br>HINCKLEY ALLEN<br>30 SOUTH PEARL STREET, SUITE 901<br>ALBANY, NY  12207-3492 | MONTEFIORE MEDICAL CENTER<br>ATTN: CHRISTOPHER S. PANCZNER<br>3328 ROCHAMBEAU AVENUE, 1ST FLOOR<br>BRONX, NY 10467 |
| MORITT HOCK & HAMROFF LLP<br>ATTN: LESLIE A. BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY, NY 11530 | NEW YORK CITY HUMAN RESOURCES ADMIN.<br>ATTN: LEGAL DEPARTMENT<br>180 WATER STREET, FLOOR 1<br>NEW YORK, NY 10038 | NEW YORK CITY INDUSTRIAL AGENCY<br>ATTN: EXECUTIVE DIRECTOR<br>110 WILLIAM STREET<br>NEW YORK, NY 10038 |
| NEW YORK CITY INDUSTRIAL AGENCY<br>ATTN: GENERAL COUNSEL<br>110 WILLIAM STREET<br>NEW YORK, NY 10038 | NEW YORK STATE DEPARTMENT OF HEALTH<br>OFFICE OF THE COMMISSIONER<br>CORNING TOWER<br>EMPIRE STATE PLAZA, ROOM 1043<br>ALBANY, NY 12237 | NEW YORK STATE DEPARTMENT OF LABOR<br>BUILDING 12<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240 |
| NEW YORK STATE OFFICE OF MENTAL HEALTH<br>ATTN: JOSHUA PEPPER, DEPT COMMISH/COUNSEL<br>44 HOLLAND AVENUE<br>ALBANY, NY 12229 | NYS DEPARTMENT OF TAXATION AND FINANCE<br>ATTN: OFFICE OF COUNSEL<br>BLDG 9, WA HARRIMAN CAMPUS<br>ALBANY, NY 12227 | NYS DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205 |
| NYS OFFICE FOR PEOPLE W/DEVELOPMENTAL DISABI<br>ATTN: ROGER BEARDEN<br>44 HOLLAND AVENUE<br>ALBANY, NY 12229 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: LAURA A. SPRAGUE, AAG CHARITIES BUREAU<br>THE CAPITOL<br>ALBANY, NY 12224 | OFFICE OF THE UNITED STATES TRUSTEE<br>EASTERN DISTRICT OF NEW YORK<br>ATTN: CHRISTINE H. BLACK<br>LONG ISLAND FEDERAL COURTHOUSE<br>560 FEDERAL PLAZA<br>CENTRAL ISLIP, NY 11722 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: ROBERT FEINSTEIN/ILAN SCHARF<br>780 THIRD AVENUE, 34TH FLOOR<br>NEW YORK, NY 10017-2024 | PAYMENTTECH, LLC<br>ATTN: LAZONIA CLARK, BUSINESS ANALYST<br>14221 DALLAS PKWY, BLDG II<br>DALLAS, TX 75254 | PEABODY & ARNOLD LLP<br>CATHERINE KELLEHER<br>FEDERAL RESERVE PLAZA<br>600 ATLANTIC AVENUE<br>BOSTON, MA 02210-2261 |
| PHILLIP KHEZRI, ESQ.<br>GARFUNKEL WILD, P.C.<br>111 GREAT NECK ROAD<br>GREAT NECK, NY 11021 | PICK & ZABICKI LLP<br>ATTN: DOUGLAS J. PICK<br>369 LEXINGTON AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017 | ROBINSON BROG LEINWAND GREENE GENOVESE<br>ATTN: A. MITCHELL GREENE<br>875 THIRD AVE, 9TH FLOOR<br>NEW YORK, NY 10022-0123 |
| ROSE AND ROSE<br>ATTN: DEAN DREIBLATT<br>291 BROADWAY, 13TH FLOOR<br>NEW YORK, NY 10007 | ROSSMIL ASSOCIATES<br>C/O ROSSROCK, LLC<br>ATTN: ROD ALBERTS, BUILDING MGR.<br>150 EAST 52ND STREET<br>27TH FLOOR<br>NEW YORK, NY 10022 | SCHUR MANAGEMENT CO., LTD.<br>ATTN: BILL SCHUR<br>2432 GRAND CONCOURSE<br>BRONX, NY 10458 |
| SECURITIES & EXCHANGE COMMISSION<br>NORTHEAST REGIONAL OFFICE<br>ATTN: JOHN MURRAY<br>WOOLWORTH BUILDING, 233 BROADWAY<br>NEW YORK, NY 10279 | SENIOR COMPLEX CLAIM DIRECTOR, DIRECTOR & OFF<br>AIG PROPERTY CASUALTY<br>ALEX FOOKSMAN<br>FINANCIAL LINES CLAIMS<br>32 OLD SLIP, 21ST FLOOR<br>NEW YORK, NY 10005 | SHIPMAN & GOODWIN LLP<br>ATTN: ERIC S. GOLDSTEIN<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 |
| SILVERMANACAMPORA LLP<br>ATTN: GERARD R. LUCKMAN<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY 11753 | SINNREICH KOSAKOFF & MESSINA LLP<br>ATTN: JARRETT M. BEHAR<br>267 CARLETON AVENUE, SUITE 301<br>CENTRAL ISLIP, NY 11722 | SMITH, BUSS, & JACOBS, LLP<br>ATTN: DOMENICK J. TAMMARO<br>733 YONKERS AVENUE<br>YONKERS, NY 10704 |

**Federation Employment and Guidance Service , Inc. dba F.E.G.S. - U.S. Mail**  **Served 1/20/2016**

| | | |
|---|---|---|
| SQUIRE PATTON BOGGS (US) LLP<br>ATTN: KAROL DENNISTON/STEPHEN LERNER<br>ATTN: MARK SALZBERG/KRISTIN RICHNER<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | STEVENS & LEE, P.C.<br>ATTN: JOHN D. DEMMY<br>1105 NORTH MARKET STREET<br>SEVENTH FLOOR<br>WILMINGTON, DE 19801 | STUART P. GELBERG, ESQ.<br>600 OLD COUNTRY ROAD, SUITE 410<br>GARDEN CITY, NY 11530 |
| SUFFOLK COUNTY INDUSTRIAL DEVELOPMENT AGEN<br>ATTN: EXECUTIVE DIRECTOR<br>H. LEE DENNISON BUILDING, 3RD FLOOR<br>100 VETERANS MEMORIAL HIGHWAY<br>PO BOX 6100<br>HAUPPAUGE, NY 11788 | THE BANK OF NEW YORK (TRUSTEE)<br>ATTN: CORPORATE TAX ADMINISTRATION<br>RE: SUFFOLK COUNTY INDUSTRIAL DEVELOPMENT A<br>101 BARCLAY STREET -7W<br>NEW YORK, NY 10286 | THE BANK OF NEW YORK (TRUSTEE)<br>ATTN: CORPORATE TRUST ADMINISTRATION<br>RE: NEW YORK CITY INDUSTRIAL AGENCY<br>101 BARCLAY STREET-7W<br>NEW YORK, NY 10286 |
| TOGUT, SEGAL & SEGAL LLP<br>ATTN: FRANK OSWALD/BRIAN MOORE<br>ATTN: SAMANTHA J. ROTHMAN<br>ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. ATTORNEY GENERAL<br>ATTN: ERIC H. HOLDER, JR.<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | UNITED STATES ATTORNEY'S OFFICE<br>EASTERN DISTRICT OF NEW YORK<br>ATTN: LONG ISLAND BANKRUPTCY PROCESSING<br>610 FEDERAL PLAZA, 5TH FLOOR<br>CENTRAL ISLIP, NY 11722 |
| VOGEL BACH, PC<br>ATTN: ERIC H. HORN<br>1745 BROADWAY, 17TH FLOOR<br>NEW YORK, NY 10019 | WEIL, GOTSHAL & MANGES, LLP<br>ATTN: STEPHEN KAROTKIN, ESQ.<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 | WILLKIE FARR & GALLAGHER LLP<br>ATTN: ROBIN SPIGEL<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>ATTN: DANIEL FLORES/MARIE POLITO HOFSDAL<br>150 EAST 42ND STREET<br>NEW YORK, NY 10017-5639 | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>ATTN: THOMAS R. MANISERO<br>1133 WESTCHESTER AVENUE<br>WHITE PLAINS, NY 10604 | WINSTON & STRAWN, LLP<br>ATTN: DAVID NEIER/CAREY SCHREIBER<br>ATTN: CARRIE V. HARDMAN<br>200 PARK AVENUE<br>NEW YORK, NY 10166-4194 |

Parties Served: 81

**EXHIBIT C**

**Federation Employment and Guidance Service , Inc. dba F.E.G.S. - Overnight Mail**  **Served 1/20/2016**

OFFICE OF THE U.S. TRUSTEE
CHRISTINE H. BLACK ESQ.
560 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722-4456

Parties Served: 1