**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:

FEDERATION EMPLOYMENT AND                    Chapter 11
GUIDANCE SERVICE, INC. d/b/a FEGS[1],        Case No. 15-71074 (REG)

                         Debtor.
-------------------------------------------------------------x

**ORDER GRANTING THE FIRST AND FINAL APPLICATION OF**
**CUSHMAN & WAKEFIELD REALTY OF THE BRONX, LLC, REAL**
**ESTATE BROKER FOR THE DEBTOR AND DEBTOR IN POSSESSION, FOR**
**COMPENSATION DUE FROM SALE FROM THE SALE OF 3312-20 SURF AVENUE**

Upon consideration of the *First and Final Application of Cushman & Wakefield Realty of the Bronx, LLC, Real Estate Broker for Debtor for Compensation Due From Sale of 3312-20 Surf Avenue* [Docket No. 751] (the "**Application**") seeking an Order granting payment of all compensation due to Cushman & Wakefield of the Bronx, LLC ("**Cushman**") in connection with the sale of the Debtor's real property located at 3312-20 Surf Avenue, Brooklyn New York (the "**Property**") pursuant to 11 U.S.C. § 327, and the Court having reviewed the Application; and a hearing having been held before the Court on December 12, 2016 (the "**Hearing**"); and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Application and the Hearing was sufficient under the circumstances, (iv) the compensation requested in the Application is reasonable and for actual and necessary services rendered by the Cushman, (v) the Applications fully comply with the Bankruptcy Code, the Bankruptcy Rules and the Guidelines; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.        The Application is granted to the extent set forth herein.

---
[1]The last four digits of the Debtor's federal tax identification number are 4000.

2.      The Debtor is authorized to pay Cushman $342,900 in full and final satisfaction of all amounts due and owing to Cushman in connection with the sale of the Property.

3.      The Debtor is authorized to take any and all actions necessary to effectuate the relief granted pursuant to this Order.

4.      Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

5.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.



**Dated: Central Islip, New York**
   **December 19, 2016**

             **Robert E. Grossman**
            **United States Bankruptcy Judge**