**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:

FEDERATION EMPLOYMENT AND              Chapter 11
GUIDANCE SERVICE, INC. d/b/a FEGS[1],   Case No. 15-71074 (REG)

                       Debtor.
---------------------------------------------------------------x

### ORDER, PURSUANT TO FED. R. BANKR. P. 9019, APPROVING A SETTLEMENT AGREEMENT BY AND BETWEEN THE DEBTOR AND THE NEW YORK STATE DEPARTMENT OF LABOR, ON BEHALF OF ITSELF AND CERTAIN FORMER NON-UNION EMPLOYEES

Upon the motion dated June 29, 2017 (the "**Motion**")[2] of Federation Employment and Guidance Service, Inc. d/b/a FEGS, as debtor and debtor-in-possession (the "**Debtor**" or "**FEGS**") in this chapter 11 case, for an order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), approving that certain settlement agreement (the "**Settlement Agreement**"), a copy of which is annexed to the Motion as **Exhibit 1**, by and among the Debtor and the New York State Department of Labor (the "**DOL**"), on behalf of itself and certain former non-union employees of the Debtor (the "**Non-Union Employees**"), settling and resolving the following claims: (a) DOL's proof of claim filed in the Chapter 11 Case, designated as claim number 1779, (b) unpaid severance pay, (c) the general unsecured portion of unpaid vacation pay (the "**GUC Vacation Pay Claims**"), (d) damages under the WARN Acts, and (e) any such claim for the preceding set forth in proofs of claim filed individually by Non-Union Employees; and due and proper notice having been provided under the circumstances; and no objections to the Motion having been filed; and it appearing that no other or further notice need be provided; and the Court having held a hearing with respect to the Motion on August 1, 2017; and an Amended Exhibit A having been filed with the Court on August 1, 2017 [Doc. No. 924]; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor.

---

[1] The last four digits of the Debtor's federal tax identification number are 4000.
[2] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

4432041v.2

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Settlement Agreement, as modified by the filing of Amended Exhibit A, is approved and the Parties are fully authorized and directed to consummate and implement the terms thereof.

2. The Settlement Agreement shall be binding on all Non-Union Employees who did not opt out pursuant to the opt out procedure set forth in the DOL Notice.

3. The Debtor's claims and noticing agent, Rust Omni, and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order, including, without limitation, amending the official claims register maintained in this Chapter 11 Case to reflect the terms of the Settlement Agreement.

4. This Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order and the Agreement.



**Dated: Central Islip, New York**
**August 4, 2017**

_____
**Robert E. Grossman**
**United States Bankruptcy Judge**

4432041v.2                              2