UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FEDERATION EMPLOYMENT AND GUIDANCE SERVICE, INC. d/b/a FEGS,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 15-71074(REG) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FEGS,<br><br>                    Plaintiff,<br><br>vs. | DATE:     November 7, 2017<br>TIME:     10:00 A.M.<br>PLACE:    Courtroom 860 |
| TEACHERS INSURANCE & ANNUITY ASSOCIATION | Adv. Case No. 17-08034 |
| 195 MONTAGUE HOLDINGS LLC | Adv. Case No. 17-08035 |
| 3RD AVENUE FURNITURE | Adv. Case No. 17-08037 |
| CIT FINANCE, LLC | Adv. Case No. 17-08040 |
| CABLEVISION LIGHTPATH, INC | Adv. Case No. 17-08041 |
| 561 LENOX AVENUE, LLC | Adv. Case No. 17-08045 |
| 5641 REALTY, INC. | Adv. Case No. 17-08047 |
| DISTINCTIVE WORKFORCES SOLUTIONS | Adv. Case No. 17-08054 |
| FALAK LTC | Adv. Case No. 17-08056 |
| GLATT WORLD INC. | Adv. Case No. 17-08058 |
| HIAS, INC. | Adv. Case No. 17-08059 |
| FOJP SERVICE CORP. | Adv. Case No. 17-08060 |
| THERAPEUTIC ASSOCIATES, INC | Adv. Case No. 17-08061 |
| METROPOLITAN FOODS NYC, INC | Adv. Case No. 17-08063 |

2

| | |
|---|---|
| KITTAY HOUSE, JEWISH HOME LIFECARE INC. | Adv. Case No. 17-08064 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | Adv. Case No. 17-08066 |
| MED WORLD ACQUISITION CORPORATION | Adv. Case No. 17-08067 |
| IMA SYSTEMS, LLC | Adv. Case No. 17-08070 |
| SHOREGROUP, INC. | Adv. Case No. 17-08072 |
| ROSMILL ASSOCIATES, LP | Adv. Case No. 17-08074 |
| MITCHELL / MARTIN INC. | Adv. Case No. 17-08075 |
| MONTEFIORE MEDICAL CENTER | Adv. Case No. 17-08076 |
| NEW VISIONS FOR PUBLIC SCHOOLS | Adv. Case No. 17-08077 |
| NEW YORK UNIVERSITY | Adv. Case No. 17-08079 |
| OXFORD HEALTH PLANS, INC. | Adv. Case No. 17-08081 |
| RIVERSIDE PARK COMMUNITY LLC | Adv. Case No. 17-08082 |
| RPAI US MANAGEMENT, LLC | Adv. Case No. 17-08084 |
| INSTITUTE FOR FAMILY HEALTH | Adv. Case No. 17-08091 |
| SAFE AND SOUND ARMED COURIER INC. | Adv. Case No. 17-08092 |
| THE BANK OF NEW YORK MELLON | Adv. Case No. 17-08093 |
| WORLD CLASS BUSINESS PRODUCTS | Adv. Case No. 17-08096 |
| NEW YORK CITY HUMAN RESOURCES ADMINISTRATION | Adv. Case No. 17-08099 |

**AGENDA WITH RESPECT TO HEARING
SCHEDULED ON NOVEMBER 7, 2017 AT 10:00 A.M. BEFORE
<u>THE HONORABLE ROBERT E. GROSSMAN</u>**

Counsel to the Official Committee of Unsecured Creditors of FEGS respectfully submits the following Agenda for the oversight and coordination of matters scheduled to be heard at the upcoming Status Conference on November 7, 2017. There are 32 adversaries on calendar for hearing. With the exception of one adversary, the remainder is avoidance actions that seek to recover transfers in the 90 days before the Petition Date. Procedurally, the matters can be categorized as follows:

A. **INITIAL PRETRIAL ORDERS TO BE FILED/ENTERED** (1)

   1. Shoregroup, Inc. (17-08072)

B. **CONTINUANCE** (11)

   1. Teachers Insurance & Annuity Association (17-08034)
   2. HIAS, Inc. (17-08059)
   3. FOJP Service Corp (17-08060)
   4. Metropolitan Foods NYC, Inc (17-08063)
   5. Lincoln National Life Insurance Group (17-08066)
   6. Rosmill Associates, LP (17-08074)
   7. Mitchell / Martin Inc. (17-08075)
   8. New York University (17-08079)
   9. Oxford Health Plans (17-08081)
   10. World Class Business (17-08096)
   11. New York Human Resources (17-08099)

C. **SETTLED Matters (Plaintiff filed or will file a Motion to Compromise being heard 12/11/17) (9)**

   1. 195 Montague Holdings LLC (17-08035)
   2. CIT Finance (17-8040)
   3. Cablevision Lightpath, Inc. (170-08041)
   4. 561 Lennox (17-08045)
   5. Med World Acquisition (17-08067)
   6. Montefiore (17-08076)

      7. Riverside Park Community, LLC (17-08082)

      8. Institute for Family Health (17-08091)

      9. Safe And Sound Armed Courier Inc. (17-08092)

D. **STIPULATIONS TO EXTEND Matters (Extension to Answer Complaint) (1)**

      1. IMA Systems (17-08070)

E. **DEFAULT JUDGMENT MATTERS (No Answer Filed and no contact from the party; Default to be taken or an alias summons will be requested) (6)**

      1. 3RD Avenue Furniture (17-08037)

      2. 5641 Realty LLC (17-08047)

      3. Distinctive Workforces Solutions (17-080-54)

      4. Falak LTC (17-08056)

      5. Glatt World Inc. (17-08058)

      6. Therapeutic Associates, Inc. (17-08061)

F. **MATTERS TO BE DISMISSED (Motion to Dismiss filed for hearing on 12/11/17 at 1:30 p.m.) (3):**

      1. Kittay House, Jewish Home Lifecare, Inc. (17-08064)

      2. New Visions For Public Schools (17-08077)

      3. The Bank of New York Mellon (17-08093)

G. **WITHDRAWN (March 23, 2017) (1)**

      1. RPAI US MANAGEMENT, LLC (17-08084)

Dated: New York, New York     PACHULSKI STANG ZIEHL & JONES LLP
       November 6, 2017

                                   */s/ Jeffrey P. Nolan*
                                   Robert J. Feinstein, Esq.
                                   Ilan D. Scharf, Esq.
                                   Jeffrey P. Nolan, Esq. *(admitted pro hac vice)*
                                   780 Third Avenue, 36th Floor
                                   New York, New York 10017
                                   Telephone: (212) 561-7700
                                   Facsimile: (212) 561-7777