UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FEDERATION EMPLOYMENT AND<br>GUIDANCE SERVICE, INC. d/b/a FEGS,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 15-71074 (REG) |
| ROBERT N. MICHAELSON, solely in his capacity<br>AS CREDITOR TRUSTEE OF THE FEGS<br>CREDITOR TRUST,<br><br>                      Plaintiff,<br><br>vs. | DATE:     November 26, 2018<br>TIME:     1:30 P.M.<br>PLACE:   Courtroom 860 |
| ANDREWS INTERNATIONAL, INC. | Adv. Case No.  17-08043 |
| DISTINCTIVE WORKFORCES SOLUTIONS | Adv. Case No.  17-08054 |
| RPAI US MANAGEMENT, LLC | Adv. Case No.  17-08062 |
| WORLD CLASS BUSINESS PRODUCTS INC. | Adv. Case No.  17-08096 |
| NEW YORK CITY HUMAN RESOURCES<br>ADMINISTRATION | Adv. Case No.  17-08099 |

### AGENDA WITH RESPECT TO HEARING SCHEDULED ON NOVEMBER 26, 2018 AT 1:30 P.M. BEFORE THE HONORABLE ROBERT E. GROSSMAN

Counsel to Robert N. Michaelson, Creditor Trustee of the FEGS Creditor Trust respectfully submits the following Agenda for the oversight and coordination of matters scheduled to be heard at the upcoming Status Conference on November 26, 2018.  There are 5 adversaries on calendar for hearing.  Procedurally, the matters can be categorized as follows:

A. **MOTIONS BEING HEARD (2)**

    1. **Distinctive Workforces Solutions (17-08054)**

  (a) Motion of the Trustee of the FEGS Creditor Trust, Pursuant To Fed. R. Bankr. P. 9019, For Entry of an Order Approving Settlement [Docket No. 28]

    2. **RPAI US Management, LLC (17-08062)**

  (a) Motion of the Trustee of the FEGS Creditor Trust For Order Approving Stipulation and Order of Dismissal With Prejudice [Docket No. 47]

B. **PRETRIAL CONFERENCE (5)**

    1. **Andrews International, Inc. (17-08043)**
       The Court entered the order denying Defendant's Motion for Summary Judgment in its entirety on October 25, 2018 [Docket No. 35].

    2. **Distinctive Workforces Solutions (17-08054)**
       See Section A above. Motion to Compromise being heard.

    3. **RPAI US Management, LLC (17-08062)**
       See Section A above. Motion to Compromise being heard.

    4. **World Class Business Products Inc. (17-08096)**
       Defendant no longer in business and subject to wind-down. Bank holding senior secured loan for WCB is liquidating receivables of 1.7 MM and as of this date, outstanding secured debt of approximately $800,000.

    5. **New York City Human Resources Administration (17-08099)**

3

| Dated: | New York, New York<br>November 22, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|---|
| | | */s/ Jeffrey P. Nolan* |
| | | Ilan D. Scharf, Esq.<br>Jeffrey P. Nolan, Esq. *(admitted pro hac vice)*<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777 |