# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | FEDERATION EMPLOYMENT AND GUIDANCE SERVICE, INC., d/b/a FEGS } } } } } | CASE NUMBER: 15-71074 (REG) |
| | | JUDGE HON. ROBERT E. GROSSMAN |
| | DEBTOR. } | CHAPTER 11 |

## DEBTOR'S POST-CONFIRMATION
## QUARTERLY OPERATING REPORT
### FOR THE PERIOD

FROM    4/1/2019    **TO**    6/30/2019

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 7|23|19

_(signature)_
Attorney for Debtor

Debtor:
Federation Employment and Guidance Service, Inc. dba FEGS
c/o Judith Pincus
2 Park Avenue
20th Floor
New York, NY 10016
Tel. (212) 366-0036

Attorney:
Garfunkel Wild, P.C.
Burton Weston
111 Great Neck Road
6th Floor
Great Neck, NY 11021
Tel. (516) 393-2200

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website: http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | X | |
| 4. Is the Debtor current on all post-confirmation plan payments? | | X |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Not-for-Profit D&O - Allianz | 3/30/18 - 3/30/24 | 238,086.00   prepaid | 0.00 |
| Commercial Crime - National Union Fire (AIG) | 7/30/18 - 7/30/19 | 15,188.00   annual | 0.00 |
| Cyber - Liberty Mutual Insurance Co. | 8/5/18 - 8/5/19 | 35,997.81   annual | 0.00 |
| Fiduciary Liability - Allianz | 11/30/18 - 11/30/19 | 7,360.00   annual | 0.00 |
| Commercial General Liability - Philadelphia Insurance Co. | 1/1/19 - 1/1/20 | 118,524.00   annual | 0.00 |
| Equipment Breakdown Protection Coverage - Continental Casualty Insurance Company | 1/31/19 - 1/31/20 | 1,228.00   annual | 0.00 |
| Commercial Property - Landmark American Insurance Company | 1/31/19 - 1/31/20 | 95,661.70   annual | 0.00 |
| Workers' Compensation - NYS Insurance Fund | 3/15/19 - 3/15/20 | 3,713.24   annual | 0.00 |
| Plan Administrator Bond - Hartford Fire Insurance Company | 3/1/19 - 3/1/20 | 36,380.00   annual | 0.00 |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

The Debtor did not have pertinent developments, events, and matters during this reporting period.

**Estimated Date of Filing the Application for Final Decree:** _____

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Case Name: Federation Employment and Guidance Service, Inc.

Case Number: 15-71074 (REG)

Date of Plan Confirmation: 2/6/2018

| | Post-Confirmation Date Period | | | Cumulative |
|---|---|---|---|---|
| | April 2019 | May 2019 | June 2019 | April - June 2019 |
| 1. **CASH (Beginning of Period)** | $ 888,036.64 | $ 735,823.35 | $ 712,909.71 | $ 888,036.64 |
| 2. **INCOME or RECEIPTS during the Period** | $ 273,674.88 | $ 282,222.18 | $ 43,644.67 | $ 599,541.73 |
| 3. **DISBURSEMENTS** | | | | |
| a. **Operating Expenses (Fees/Taxes):** | | | | |
| (i) U.S. Trustee Quarterly Fees | $ (42,235.68) | $ (10.30) | $ - | $ (42,245.98) |
| (ii) Federal Taxes | $ (21,909.16) | $ (28,444.63) | $ (21,973.43) | $ (72,327.22) |
| (iii) State Taxes | $ (5,698.70) | $ (13,118.93) | $ (5,705.86) | $ (24,523.49) |
| (iv) Other Taxes - MTA | $ (1,714.81) | $ (2,574.00) | $ (1,714.81) | $ (6,003.62) |
| b. **All Other Operating Expenses:** | $ (325,837.93) | $ (260,987.96) | $ (338,670.19) | $ (925,496.08) |
| c. **Plan Payments:** | | | | |
| (i) Administrative Claim | $ (28,491.89) | $ - | $ - | $ (28,491.89) |
| (ii) Class One | $ - | $ - | $ - | $ - |
| (iii) Class Two | $ - | $ - | $ - | $ - |
| (iv) Class Three | $ - | $ - | $ - | $ - |
| (v) Class Four | $ - | $ - | $ - | $ - |
| (Attach additional pages as needed) | | | | |
| **Total Disbursements (Operating & Plan)** | $ (425,888.17) | $ (305,135.82) | $ (368,064.29) | $ (1,099,088.28) |
| 4. **CASH (End of Period)** | $735,823.35 | $712,909.71 | $388,490.09 | $ 388,490.09 |

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Prepare Reconciliation for each Month in the Quarter

| Bank Account Information - April 2019 | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 | Account #6 |
|---|---|---|---|---|---|---|
| Name of Bank: | JP Morgan | JP Morgan | JP Morgan | Signature | Signature | Signature |
| Account Number: | x 5465 | x 7036 | x 5466 | x 6520 | x 3758 | x 3731 |
| Purpose of Account (Operating/Payroll/Tax) | Operating | AP | Money Market | Representative Payee | Restricted Account | Asset Sale Proceeds |
| Type of Account (e.g. checking) | Checking | Checking | Money Market | Checking | Checking | Checking |
| | | | | | | |
| 1. Balance per Bank Statement | $ 764,649.56 | $ 21,308.49 | $ 769,704.09 | $ 22,276.18 | $ 9,572,881.57 | $ 5,356,049.04 |
| 2. ADD: Deposits not credited | | | | | | |
| 3. SUBTRACT: Outstanding Checks | $ (28,826.21) | | | $ (1,598.23) | | |
| 4. Other Reconciling Items | | | | | | |
| 5. Month End Balance (Must Agree with Books) | $ 735,823.35 | $ 21,308.49 | $ 769,704.09 | $ 20,677.95 | $ 9,572,881.57 | $ 5,356,049.04 |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information [1] Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| Vanguard / 500 Index Fund Adm / x 2057 | | Mutual Funds | | $ 1,220,309.71 |
| Vanguard / 500 Index Fund Adm / x 2701 | | Mutual Funds | | $ 511,548.38 |
| Vanguard / Bond Mkt Fund Adm / x 3519 | | Mutual Funds | | $ 532,494.57 |
| Vanguard / Bond Mkt Fund Adm / x 4152 | | Mutual Funds | | $ 216,585.29 |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

[1] The Vanguard investment accounts have various dates of purchase at various purchase prices. Debtor made monthly contributions through December 2014.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
Prepare Reconciliation for each Month in the Quarter

| Bank Account Information - May 2019 | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 | Account #6 |
|---|---|---|---|---|---|---|
| Name of Bank: | JP Morgan | JP Morgan | JP Morgan | Signature | Signature | Signature |
| Account Number: | x 5465 | x 7036 | x 5466 | x 6520 | x 3758 | x 3731 |
| Purpose of Account (Operating/Payroll/Tax) | Operating | AP | Money Market | Representative Payee | Restricted Account | Asset Sale Proceeds |
| Type of Account (e.g. checking) | Checking | Checking | Money Market | Checking | Checking | Checking |
| | | | | | | |
| 1. Balance per Bank Statement | $ 715,034.46 | $ 21,308.49 | $ 770,240.00 | $ 22,276.18 | $ 9,576,540.92 | $ 5,358,096.46 |
| 2. ADD: Deposits not credited | | | | | | |
| 3. SUBTRACT: Outstanding Checks | $ (2,124.75) | | | $ (1,598.23) | | |
| 4. Other Reconciling Items | | | | | | |
| 5. Month End Balance (Must Agree with Books) | $ 712,909.71 | $ 21,308.49 | $ 770,240.00 | $ 20,677.95 | $ 9,576,540.92 | $ 5,358,096.46 |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information [1] Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| Vanguard / 500 Index Fund Adm / x 2057 | | Mutual Funds | | $ 1,142,737.21 |
| Vanguard / 500 Index Fund Adm / x 2701 | | Mutual Funds | | $ 479,030.33 |
| Vanguard / Bond Mkt Fund Adm / x 3519 | | Mutual Funds | | $ 542,283.55 |
| Vanguard / Bond Mkt Fund Adm / x 4152 | | Mutual Funds | | $ 220,566.83 |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

[1] The Vanguard investment accounts have various dates of purchase at various purchase prices. Debtor made monthly contributions through December 2014.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
Prepare Reconciliation for each Month in the Quarter

| Bank Account Information - June 2019 | Account #1 | Account #2 [1] | Account #3 | Account #4 [2] | Account #5 | Account #6 |
|---|---|---|---|---|---|---|
| Name of Bank: | JP Morgan | JP Morgan | JP Morgan | Signature | Signature | Signature |
| Account Number: | x 5465 | x 7036 | x 5466 | x 6520 | x 3758 | x 3731 |
| Purpose of Account (Operating/Payroll/Tax) | Operating | AP | Money Market | Representative Payee | Restricted Account | Asset Sale Proceeds |
| Type of Account (e.g. checking) | Checking | Checking | Money Market | Checking | Checking | Checking |
| 1.  Balance per Bank Statement | $  403,386.22 | $           - | $  770,758.99 | $           - | $ 9,580,083.56 | $ 5,360,078.58 |
| 2.  ADD:  Deposits not credited | | | | | | |
| 3.  SUBTRACT:  Outstanding Checks | $   (14,896.13) | | | | | |
| 4.  Other Reconciling Items | | | | | | |
| 5.  Month End Balance (Must Agree with Books) | $  388,490.09 | $           - | $  770,758.99 | $           - | $ 9,580,083.56 | $ 5,360,078.58 |

Note: Attach copy of each bank statement and bank reconciliation.

[1]  The JP Morgan AP account was closed on June 11, 2019, and the balance of $21,308.49 was transferred to the Main Cash account.

[2]  The Signature Representative Payee account was closed on June 11, 2019, and the balance of $22,276.18 was transferred to the Main Cash account.

| Investment Account Information [1]  Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| Vanguard / 500 Index Fund Adm / x 2057 | | Mutual Funds | | $ 1,223,237.52 |
| Vanguard / 500 Index Fund Adm / x 2701 | | Mutual Funds | | $  512,775.83 |
| Vanguard / Bond Mkt Fund Adm / x 3519 | | Mutual Funds | | $  548,582.37 |
| Vanguard / Bond Mkt Fund Adm / x 4152 | | Mutual Funds | | $  223,128.80 |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

[1]  The Vanguard investment accounts have various dates of purchase at various purchase prices.  The Debtor made monthly contributions through December 2014.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 4

CHAPTER 11 POST-CONFIRMATION
CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | JP Morgan |
|---|---|
| Account Number | x 5465 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee [1] | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire | 4/1/2019 | CORPORATE SUITES TWO PARK, LLC | Rent | 21,933.42 |
| Wire | 4/1/2019 | STATE OF NEW YORK BUREAU OF ABANDONED | Miscellaneous | 1,572.33 |
| 71411 | 4/1/2019 | GUARDIAN | Insurance, Medical | 724.32 |
| 71412 | 4/1/2019 | LEONARD, TODD | Miscellaneous | 173.94 |
| 71413 | 4/1/2019 | LINCOLN FINANCIAL | Other Fringe | 230.56 |
| 71414 | 4/1/2019 | SCOTT, SHAQUANA M | Miscellaneous | 109.29 |
| 71417 | 4/2/2019 | KLIM, JULIA | Consultants | 1,657.50 |
| 71418 | 4/2/2019 | NEW YORK AMERICAN WATER | Utilities | 6.30 |
| Wire | 4/3/2019 | METALQUEST, INC | Information Technology | 7,500.00 |
| Wire | 4/3/2019 | DISTINCTIVE PERSONNEL | Consultants | 875.00 |
| Wire | 4/3/2019 | TRANSFER TO PAYROLL | Transfer To Payroll | 24,221.60 |
| Wire | 4/3/2019 | FEDERAL TAX PAYMENT | Payroll Taxes - Federal | 10,834.32 |
| Wire | 4/3/2019 | STATE TAX PAYMENT | Payroll Taxes - New York State | 2,827.87 |
| Wire | 4/3/2019 | MTA PAYMENT | Payroll taxes - mta | 855.62 |
| 71420 | 4/4/2019 | HEARTSHARE HUMAN SERVICES OF NY | Administrative Claim | 206.81 |
| 71421 | 4/4/2019 | MAIMONIDES MEDICAL CENTER | Administrative Claim | 13,410.00 |
| 71423 | 4/4/2019 | SIGNIUS COMMUNICATIONS | Administrative Claim | 1,397.98 |
| 71424 | 4/4/2019 | TUFANO, LOUIS J. | Administrative Claim | 500.00 |
| 71425 | 4/4/2019 | WYNKOOP, DANIELLE | Administrative Claim | 300.00 |
| 71427 | 4/9/2019 | BISCOM, INC. | Information Technology | 68.66 |
| 71428 | 4/9/2019 | CITYSIDE ARCHIVES, LLC | Record Storage | 8,770.25 |
| 71429 | 4/9/2019 | KLIM, JULIA | Consultants | 1,007.50 |
| 71430 | 4/9/2019 | NATIONAL GRID | Administrative Claim | 291.75 |
| 71431 | 4/9/2019 | PSEG LONG ISLAND | Utilities | 11.87 |
| 71432 | 4/9/2019 | VERIZON WIRELESS | Information Technology | 335.26 |
| Wire | 4/10/2019 | DISTINCTIVE PERSONNEL | Consultants | 875.00 |
| 71435 | 4/11/2019 | COORDINATED BEHAVIORAL CAREINC | Administrative Claim | 11,429.68 |
| 71436 | 4/11/2019 | LONG ISLAND EXTERMINATING | Administrative Claim | 955.67 |
| Wire | 4/15/2019 | SERVICE FEE - BANK FEES | Bank Charges | 1,263.71 |
| 71437 | 4/16/2019 | KLIM, JULIA | Consultants | 910.00 |
| 71438 | 4/16/2019 | MUNICIPAL CAPITAL MARKETS GROUP, INC | Miscellaneous | 1,000.00 |
| 71439 | 4/16/2019 | PAYCHEX, INC | Miscellaneous | 280.55 |
| Wire | 4/17/2019 | GARFUNKEL WILD, PC | Professional Fees - Bankruptcy | 120,154.85 |
| Wire | 4/17/2019 | DISTINCTIVE PERSONNEL | Consultants | 875.00 |
| Wire | 4/17/2019 | TIAA CREF | Payroll Deduction - TIAA CREF | 100.00 |
| Wire | 4/17/2019 | TRANSFER TO PAYROLL | Transfer To Payroll | 24,332.87 |
| Wire | 4/17/2019 | FEDERAL TAX PAYMENT | Payroll Taxes - Federal | 11,074.84 |
| Wire | 4/17/2019 | STATE TAX PAYMENT | Payroll Taxes - New York State | 2,870.83 |
| Wire | 4/17/2019 | MTA PAYMENT | Payroll taxes - mta | 859.19 |
| 71440 | 4/17/2019 | NEW YORK STATE DEPARTMENT OF LABOR | Unemployment Insurance | 5,400.00 |
| Wire | 4/24/2019 | DISTINCTIVE PERSONNEL | Consultants | 875.00 |
| 71441 | 4/24/2019 | INTUIT, INC | Miscellaneous | 184.98 |
| 71442 | 4/24/2019 | KLIM, JULIA | Consultants | 910.00 |
| 71443 | 4/24/2019 | OXFORD HEALTH PLANS | Insurance, Medical | 5,601.79 |
| 71444 | 4/24/2019 | US TRUSTEE | U.S. Trustee Fees | 42,235.68 |
| 71445 | 4/24/2019 | OXFORD HEALTH PLANS | Insurance, Medical | 7,296.11 |
| 71446 | 4/24/2019 | LINCOLN FINANCIAL GROUP. | Other Fringe | 497.53 |
| Wire | 4/26/2019 | CROWE HORWATH, LLP | Professional Fees - Bankruptcy | 34,049.50 |
| Wire | 4/26/2019 | CROWE HORWATH, LLP | Professional Fees - Debtors Accountants | 34,049.50 |
| Wire | 4/26/2019 | TIAA CREF | Payroll Deduction - TIAA CREF | 100.00 |
| Wire | 4/29/2019 | CORPORATE SUITES TWO PARK, LLC | Rent | 16,018.86 |
| 71447 | 4/30/2019 | KLIM, JULIA | Consultants | 910.00 |
| 71448 | 4/30/2019 | GUARDIAN | Insurance, Medical | 724.32 |
| 71449 | 4/30/2019 | LINCOLN FINANCIAL | Insurance, Medical | 230.56 |
| Wire | 5/1/2019 | DISTINCTIVE PERSONNEL | Consultants | 875.00 |
| Wire | 5/1/2019 | CORPORATE SUITES TWO PARK, LLC | Rent | 16,018.86 |
| Wire | 5/1/2019 | TRANSFER TO PAYROLL | Transfer To Payroll | 24,176.90 |
| Wire | 5/1/2019 | FEDERAL TAX PAYMENT | Payroll Taxes - Federal | 10,898.56 |
| Wire | 5/1/2019 | STATE TAX PAYMENT | Payroll Taxes - New York State | 2,835.04 |
| Wire | 5/1/2019 | MTA PAYMENT | Payroll taxes - mta | 855.62 |

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

| Check Number | Date of Transaction | Payee [1] | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire | 5/8/2019 | METALQUEST, INC | Record Storage and Retrieval | 9,070.00 |
| Wire | 5/8/2019 | METALQUEST, INC | Information Technology | 7,500.00 |
| Wire | 5/8/2019 | DISTINCTIVE PERSONNEL | Consultants | 875.00 |
| 71450 | 5/8/2019 | CITYSIDE ARCHIVES, LLC | Record Storage | 8,770.25 |
| 71451 | 5/8/2019 | FedEx | Postage & Delivery | 44.24 |
| 71452 | 5/8/2019 | PAYCHEX, INC | Miscellaneous | 291.55 |
| 71453 | 5/8/2019 | VERIZON WIRELESS | Information Technology | 334.61 |
| 71454 | 5/8/2019 | KLIM, JULIA | Consultants | 975.00 |
| Wire | 5/9/2019 | TIAA CREF | Payroll Deduction - TIAA CREF | 100.00 |
| 71455 | 5/9/2019 | BISCOM, INC. | Information Technology | 68.66 |
| 71456 | 5/9/2019 | SEYFARTH SHAW LLP | Labor Counsel | 588.50 |
| Wire | 5/15/2019 | SERVICE FEE - BANK FEES | Bank Charges | 1,473.46 |
| Wire | 5/15/2019 | DISTINCTIVE PERSONNEL | Consultants | 912.50 |
| Wire | 5/15/2019 | TRANSFER TO PAYROLL | Transfer To Payroll | 24,354.38 |
| Wire | 5/15/2019 | FEDERAL TAX PAYMENT | Payroll Taxes - Federal | 8,788.38 |
| Wire | 5/15/2019 | STATE TAX PAYMENT | Payroll Taxes - New York State | 5,157.30 |
| Wire | 5/15/2019 | MTA PAYMENT | Payroll taxes - mta | 859.19 |
| 71457 | 5/15/2019 | DEPARTMENT OF LAW | Miscellaneous | 50.00 |
| 71458 | 5/15/2019 | KLIM, JULIA | Consultants | 1,007.50 |
| 71459 | 5/15/2019 | DEPARTMENT OF LAW | Miscellaneous | 50.00 |
| 71460 | 5/16/2019 | OMNI MANAGEMENT GROUP, INC | Professional Fees - Bankruptcy | 308.68 |
| 71461 | 5/23/2019 | LINCOLN FINANCIAL GROUP. | Other Fringe | 497.53 |
| 71462 | 5/23/2019 | OMNI MANAGEMENT GROUP, INC | Professional Fees - Bankruptcy | 436.48 |
| 71463 | 5/23/2019 | OXFORD HEALTH PLANS | Insurance, Medical | 7,296.11 |
| 71464 | 5/23/2019 | US TRUSTEE | U.S. Trustee Fees | 10.30 |
| 71465 | 5/23/2019 | OXFORD HEALTH PLANS | Insurance, Medical | 5,601.79 |
| Wire | 5/23/2019 | GARFUNKEL WILD, PC | Professional Fees - Bankruptcy | 80,015.80 |
| Wire | 5/23/2019 | DISTINCTIVE PERSONNEL | Consultants | 875.00 |
| Wire | 5/23/2019 | TIAA CREF | Payroll Deduction - TIAA CREF | 100.00 |
| 71402 | 5/28/2019 | BAXTER, LISA | Miscellaneous | -24.71 |
| 71466 | 5/28/2019 | BAXTER, LISA | Miscellaneous | 24.71 |
| 71467 | 5/28/2019 | KLIM, JULIA | Consultants | 2,567.50 |
| Wire | 5/29/2019 | METALQUEST, INC | Information Technology | 7,500.00 |
| Wire | 5/29/2019 | DISTINCTIVE PERSONNEL | Consultants | 875.00 |
| Wire | 5/29/2019 | CORPORATE SUITES TWO PARK, LLC | Rent | 16,018.86 |
| Wire | 5/29/2019 | TRANSFER TO PAYROLL | Transfer To Payroll | 24,385.06 |
| Wire | 5/29/2019 | FEDERAL TAX PAYMENT | Payroll Taxes - Federal | 8,757.69 |
| Wire | 5/29/2019 | STATE TAX PAYMENT | Payroll Taxes - New York State | 5,126.59 |
| Wire | 5/29/2019 | MTA PAYMENT | Payroll taxes - mta | 859.19 |
| 71468 | 5/30/2019 | GUARDIAN | Insurance, Medical | 724.32 |
| 71469 | 5/30/2019 | LINCOLN FINANCIAL | Other Fringe | 230.56 |
| Wire | 5/31/2019 | CORPORATE SUITES TWO PARK, LLC | Rent | 16,018.86 |
| Wire | 6/3/2019 | METALQUEST, INC | Record Storage and Retrieval | 1,629.75 |
| 71470 | 6/4/2019 | KLIM, JULIA | Consultants | 975.00 |
| 71471 | 6/4/2019 | PRECISION DISCOVERY, INC | Information Technology | 3,265.96 |
| 71472 | 6/4/2019 | VERIZON WIRELESS | Information Technology | 404.73 |
| Wire | 6/5/2019 | TIAA CREF | Payroll Deduction - TIAA CREF | 100.00 |
| Wire | 6/10/2019 | CROWE HORWATH, LLP | Professional Fees - Bankruptcy | 36,011.02 |
| Wire | 6/10/2019 | CROWE HORWATH, LLP | Professional Fees - Debtors Accountants | 36,011.02 |
| Wire | 6/10/2019 | DISTINCTIVE PERSONNEL | Consultants | 875.00 |
| 71473 | 6/11/2019 | BISCOM, INC. | Information Technology | 68.72 |
| 71474 | 6/11/2019 | FedEx | Postage & Delivery | 87.13 |
| 71475 | 6/11/2019 | KLIM, JULIA | Consultants | 910.00 |
| 71476 | 6/11/2019 | NEW YORK STATE CORPORATION TAX | Miscellaneous | 25.00 |
| 71477 | 6/11/2019 | NYC DEPARTMENT OF FINANCE | Miscellaneous | 25.00 |
| 71478 | 6/11/2019 | NEW YORK STATE CORPORATION TAX | Miscellaneous | 30.00 |
| 71479 | 6/11/2019 | NYC DEPARTMENT OF FINANCE | Miscellaneous | 35.00 |
| 71480 | 6/11/2019 | NYC DEPARTMENT OF FINANCE | Miscellaneous | 25.00 |
| 71481 | 6/11/2019 | NYC DEPARTMENT OF FINANCE | Miscellaneous | 25.00 |
| Wire | 6/12/2019 | TRANSFER TO PAYROLL | Transfer To Payroll | 24,177.91 |
| Wire | 6/12/2019 | FEDERAL TAX PAYMENT | Payroll Taxes - Federal | 10,898.56 |
| Wire | 6/12/2019 | STATE TAX PAYMENT | Payroll Taxes - New York State | 2,835.03 |
| Wire | 6/12/2019 | MTA PAYMENT | Payroll taxes - mta | 855.62 |
| 71482 | 6/12/2019 | NEW YORK STATE CORPORATION TAX | Miscellaneous | 25.00 |
| 71483 | 6/12/2019 | NEW YORK STATE CORPORATION TAX | Miscellaneous | 25.00 |
| 71484 | 6/13/2019 | CITYSIDE ARCHIVES, LLC | Record Storage | 8,832.05 |
| Wire | 6/14/2019 | DISTINCTIVE PERSONNEL | Consultants | 700.00 |
| Wire | 6/17/2019 | SERVICE FEE - BANK FEES | Bank Charges | 1,472.28 |
| 71485 | 6/18/2019 | KLIM, JULIA | Consultants | 975.00 |

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

| Check Number | Date of Transaction | Payee [1] | Purpose or Description | Amount |
|---|---|---|---|---|
| 71486 | 6/18/2019 | PAYCHEX, INC | Miscellaneous | 438.75 |
| 71487 | 6/18/2019 | SOCIAL SECURITY ADMINISTRATION | Miscellaneous | 1,598.23 |
| 71488 | 6/18/2019 | YSL & ASSOCIATES, LLC | Miscellaneous | 2,550.00 |
| Wire | 6/19/2019 | DISTINCTIVE PERSONNEL | Consultants | 875.00 |
| Wire | 6/19/2019 | TIAA CREF | Payroll Deduction - TIAA CREF | 100.00 |
| 71489 | 6/24/2019 | KLIM, JULIA | Consultants | 910.00 |
| 71490 | 6/24/2019 | OXFORD HEALTH PLANS | Insurance, Medical | 5,601.79 |
| 71491 | 6/24/2019 | OXFORD HEALTH PLANS | Insurance, Medical | 7,296.11 |
| Wire | 6/26/2019 | DISTINCTIVE PERSONNEL | Consultants | 875.00 |
| Wire | 6/26/2019 | UJA FEDERATION RETIREMENT PLAN | Pension | 30,283.00 |
| Wire | 6/26/2019 | TRANSFER TO PAYROLL | Transfer To Payroll | 24,354.34 |
| Wire | 6/26/2019 | FEDERAL TAX PAYMENT | Payroll Taxes - Federal | 11,074.87 |
| Wire | 6/26/2019 | STATE TAX PAYMENT | Payroll Taxes - New York State | 2,870.83 |
| Wire | 6/26/2019 | MTA PAYMENT | Payroll taxes - mta | 859.19 |
| Wire | 6/27/2019 | CORPORATE SUITES TWO PARK, LLC | Rent | 16,208.86 |
| Wire | 6/28/2019 | GARFUNKEL WILD, PC | Professional Fees - Bankruptcy | 69,692.54 |
| Wire | 6/28/2019 | CROWE HORWATH, LLP | Professional Fees - Bankruptcy | 30,588.00 |
| Wire | 6/28/2019 | CROWE HORWATH, LLP | Professional Fees - Debtors Accountants | 30,588.00 |
| | | | **TOTAL** | **$1,099,088.28** |

[1]  While ACH payments to Corporate Suites and Benefit Resources appear like duplicate payments, the payment process involves sending the
funds to a clearing account, having it returned to the Debtor's Main Cash account, and then delivered to the payee.

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.



CHASE
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

March 30, 2019 through April 30, 2019
**Account Number:** ████████5465

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.



00069672 WBS 802 211 12119 NNNNNNNNNNN 1 000000000 80 0000
FEDERATION EMPLOYMENT AND GUDIANCE
SERVICE INC
ATTN: CONTROLLER
EXECUTIVE OFFICES
315 HUDSON STREET
NEW YORK NY 10013-1009

## Commercial Checking

### Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $893,774.49 |  |
| Deposits and Credits | 4 | $273,674.88 |  |
| Withdrawals and Debits | 15 | $318,119.31 |  |
| Checks Paid | 26 | $84,680.50 |  |
| **Ending Ledger Balance** |  | **$764,649.56** |  |

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 04/01 | Deposit | $240,000.00 |
| 04/01 | Orig CO Name:Fed Employment     Orig ID:9131624000 Desc Date:Offset CO Entry Descr:Corp Pay  Sec:CCD    Trace#:021000020042008 Eed:190401 Ind ID:9131624000       Ind Name:EFT File Name: Rp08703 EFT/ACH Created Offset For Origin#: 9090209001  CO Eff  Date: 19/04/01 190328 Rp08703Y Trn: 0910042008Tc | 21,933.42 |
| 04/12 | Fedwire Credit Via: Signature Bank/████8576 B/O: Waverly Residence Inc New York NY 10019 Ref: Chase Nyc/Ctr/Bnf=Federation Employment And Gudiance New York NY 10013 -/Ac-000000470025 Rfb=O/B Signature Ba Obi=Waverly Residence, Inc. (Ah Rc Suffolk)2019 Allocated Property And General Liability Insurance PR Imad: 0412B6B7261F001560 Trn: 4887909102Ff YOUR REF:  O/B SIGNATURE BA | 11,265.46 |
| 04/24 | Deposit | 476.00 |
| **Total** |  | **$273,674.88** |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



March 30, 2019 through April 30, 2019
**Account Number:** ▉▉▉▉▉▉5465

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 04/01 | Book Transfer Debit A/C: Sny Bureau of Abandoned Property Albany NY 12236- Ref: Final, Sandra Montero, 2125245715 NY1316240002015AaTrn: 4042400091Jo<br>YOUR REF: NONREF | $1,572.33 |
| 04/01 | Orig CO Name:Fed Employment    Orig ID:9131624000 Desc Date:190401 CO Entry Descr:Corp Pay Sec:CCD    Trace#:021000021544030 Eed:190401 Ind ID:Batch Offset    Ind Name:Fed Employment Trn: 0911544030Tc | 21,933.42 |
| 04/03 | Book Transfer Debit A/C: Paychex of New York LLC West Henrietta NY 14586- Ref: Fegs 0020-1905-0394 04052019 Trn: 4802100093Jo<br>YOUR REF: NONREF | 38,739.41 |
| 04/03 | Fedwire Debit Via: Fifth Third Cinci/▉▉▉0314 A/C: Metalquest, Inc US Ref: Fegs Inv 11170/Time/14:47 Imad: 0403B1Qgc05C012494 Trn: 4802200093Jo<br>YOUR REF: NONREF | 7,500.00 |
| 04/03 | Fedwire Debit Via: Wells Fargo NA/▉▉0248 A/C: North Mill Capital LLC US Ref: Fegs Inv 36263/Time/14:47 Imad: 0403B1Qgc05C012502 Trn: 4802300093Jo<br>YOUR REF: NONREF | 875.00 |
| 04/10 | Fedwire Debit Via: Wells Fargo NA/▉▉0248 A/C: North Mill Capital LLC US Ref: Fegs Inv 36334/Time/11:38 Imad: 0410B1Qgc01C003170 Trn: 2201000100Jo<br>YOUR REF: NONREF | 875.00 |
| 04/15 | Account Analysis Settlement Charge | 1,263.71 |
| 04/17 | Fedwire Debit Via: Citibank Nyc/▉▉▉0089 A/C: Garfunkel Wild PC Attorney US Ref: Fegs Mar2019/Time/10:52 Imad: 0417B1Qgc03C006889 Trn: 2098000107Jo<br>YOUR REF: NONREF | 120,154.85 |
| 04/17 | Fedwire Debit Via: Wells Fargo NA/▉▉0248 A/C: North Mill Capital LLC US Ref: Fegs Inv 36393/Time/10:52 Imad: 0417B1Qgc03C006892 Trn: 2098200107Jo<br>YOUR REF: NONREF | 875.00 |
| 04/17 | Book Transfer Debit A/C: Paychex of New York LLC West Henrietta NY 14586- Ref: Fegs 0020 19050394 04192019 Trn: 2098100107Jo<br>YOUR REF: NONREF | 39,137.73 |
| 04/17 | Orig CO Name:Tiaa-Cref    Orig ID:209430001D Desc Date:0420    CO Entry Descr:ACH Debitssec:CCD    Trace#:021000026093186 Eed:190417 Ind ID:1904161140093    Ind Name:328719Fegs Voluntary T 100731 Trn: 1076093186Tc | 100.00 |
| 04/24 | Fedwire Debit Via: Wells Fargo NA/▉▉0248 A/C: North Mill Capital LLC US Ref: Fegs Inv 36483/Time/11:10 Imad: 0424B1Qgc07C008229 Trn: 2195700114Jo<br>YOUR REF: NONREF | 875.00 |
| 04/26 | Fedwire Debit Via: Bmo Harris Bank NA/▉▉0288 A/C: Crowe Llp New York, NY 10022 US Ref: Fegs Mar2019/Time/12:37 Imad: 0426B1Qgc08C009165 Trn: 2970900116Jo<br>YOUR REF: NONREF | 68,099.00 |
| 04/26 | Orig CO Name:Tiaa-Cref    Orig ID:209430001D Desc Date:0420    CO Entry Descr:ACH Debitssec:CCD    Trace#:021000020273994 Eed:190426 Ind ID:1904251140870    Ind Name:328719Fegs Voluntary T 100634 Trn: 1160273994Tc | 100.00 |
| 04/29 | Book Transfer Debit A/C: JPMC - Cbeft Pre- Clea Acc Tampa FL 33610-9128 Trn: 0024500119Hp<br>YOUR REF: ACH OF 19/04/29 | 16,018.86 |
| **Total** | | **$318,119.31** |

# CHASE ⬤

March 30, 2019 through April 30, 2019
Account Number: 0▮▮▮▮▮▮▮5465

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 71343 | 04/11 | $4,152.72 | 71427* | 04/19 | $68.66 | 71439 | 04/22 | $280.55 |
| 71410* | 04/02 | $437.42 | 71428 | 04/12 | $8,770.25 | 71440 | 04/25 | $5,400.00 |
| 71411 | 04/04 | $724.32 | 71429 | 04/10 | $1,007.50 | 71441 | 04/30 | $184.98 |
| 71413* | 04/11 | $230.56 | 71430 | 04/24 | $291.75 | 71442 | 04/29 | $910.00 |
| 71414 | 04/08 | $109.29 | 71431 | 04/16 | $11.87 | 71443 | 04/30 | $5,601.79 |
| 71417* | 04/03 | $1,657.50 | 71432 | 04/15 | $335.26 | 71444 | 04/30 | $42,235.68 |
| 71418 | 04/10 | $6.30 | 71436* | 04/17 | $955.67 | 71445 | 04/30 | $7,296.11 |
| 71420* | 04/17 | $206.81 | 71437 | 04/18 | $910.00 | 71446 | 04/29 | $497.53 |
| 71423* | 04/17 | $1,397.98 | 71438 | 04/30 | $1,000.00 | | | |

| Total | 26 check(s) | | | | | | | $84,680.50 |
|---|---|---|---|---|---|---|---|---|

* indicates gap in sequence



## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 04/01 | $1,132,202.16 | 04/17 | $913,943.47 |
| 04/02 | $1,131,764.74 | 04/18 | $913,033.47 |
| 04/03 | $1,082,992.83 | 04/19 | $912,964.81 |
| 04/04 | $1,082,268.51 | 04/22 | $912,684.26 |
| 04/08 | $1,082,159.22 | 04/24 | $911,993.51 |
| 04/10 | $1,080,270.42 | 04/25 | $906,593.51 |
| 04/11 | $1,075,887.14 | 04/26 | $838,394.51 |
| 04/12 | $1,078,382.35 | 04/29 | $820,968.12 |
| 04/15 | $1,076,783.38 | 04/30 | $764,649.56 |
| 04/16 | $1,076,771.51 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank



March 30, 2019 through April 30, 2019
**Account Number:** ▮▮▮▮▮5465

Federation Employment And Gudiance
Service Inc



## Stop Payment Renewal Notice

Account Number    ▮▮▮▮▮5465                                    Bank Number:  802

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| Revoke Stop | Sequence Number | Date Entered | Renewal Date | Low Range or Check Number | High Range or Amount |
|---|---|---|---|---|---|
| —— | 0000044 | 07/10/2013 | 07/10/2019 | 595556 | $275.00 |
| —— | 0000045 | 07/23/2013 | 07/23/2019 | 595655 | $185.86 |
| —— | 0000359 | 07/06/2015 | 07/06/2019 | 900555 | $2,708.32 |

Federation Employment And Gudiance
Service Inc
Attn: Controller
Executive Offices
315 Hudson Street
New York NY 10013-1009

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus  OH 43218-2051

This Page Intentionally Left Blank

**FEGS - MAIN CASH**
**G/L CODE 1-0000-1005-000-000   A/P 01/06**
**ACCOUNT #** ███████ **54-65**
**FOR THE MONTH APRIL 30, 2019**

| | |
|---|---:|
| **BALANCE PER G/L** | 735,822.75 |
| **ADJUSTMENTS TO BE MADE IN G/L:** | |
| 11/2018 Unidentifiable difference | 0.60 |
| **ADJUSTED G/L BALANCE** | 735,823.35 |
| | |
| **BALANCE PER BANK** | 764,649.56 |
| **ADJUSTMENTS BY BANK:** | |
| OUTSTANDING FY 2019 | (28,826.21) |
| | |
| **ADJUSTED BANK  BALANCE** | 735,823.35 |
| **DIFFERENCE** | - |

**Prepared by:**

_____
Sandra Montero

**Approved by:**

_____
Michael Kirshner

# CHASE 🟋

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

March 30, 2019 through April 30, 2019
**Account Number:** 0███████7036

## Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.



00060405 WBS 802 211 12119 NNNNNNNNNNN 1 000000000 80 0000
F E G S CONTROLLED DISBURSEMENT
OPERATING CASH ACCT
ATTN LARY BOORD CONTROLLER
EXECUTIVE OFFICES
315 HUDSON ST
NEW YORK NY 10013-1009

## Commercial Checking

## Summary

|                          | Number | Market Value/Amount | Shares |
|--------------------------|--------|---------------------|--------|
| Opening Ledger Balance   |        | $21,308.49          |        |
| Opening Collected Balance |        | $21,308.49          |        |
| Deposits and Credits     | 0      | $0.00               |        |
| Withdrawals and Debits   | 0      | $0.00               |        |
| Checks Paid              | 0      | $0.00               |        |
| **Ending Ledger Balance** |        | **$21,308.49**      |        |
| **Ending Collected Balance** |     | **$21,308.49**      |        |

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank

 CHASE

March 30, 2019 through April 30, 2019
**Account Number:** ██████████7036

F E G S Controlled Disbursement
Operating Cash Acct



## Stop Payment Renewal Notice

Account Number ██████████7036                                    Bank Number: 802

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| Revoke Stop | Sequence Number | Date Entered | Renewal Date | Low Range or Check Number | High Range or Amount |
|---|---|---|---|---|---|
| —— | 0000528 | 07/10/2013 | 07/10/2019 | 296307 | $2,499.73 |
| —— | 0000529 | 07/24/2013 | 07/24/2019 | 296352 | $166.56 |
| —— | 0000530 | 07/25/2013 | 07/25/2019 | 301911 | $420.00 |
| —— | 0000576 | 07/07/2014 | 07/07/2019 | 316725 | $967.14 |
| —— | 0000577 | 07/22/2014 | 07/22/2019 | 316418 | $115.00 |
| —— | 0000578 | 07/28/2014 | 07/28/2019 | 316795 | $3,163.88 |
| —— | 0001244 | 07/15/2015 | 07/15/2019 | 2743530 | $449.74 |
| —— | 0001245 | 07/15/2015 | 07/15/2019 | 2743540 | $459.77 |
| —— | 0001246 | 07/15/2015 | 07/15/2019 | 2743550 | $359.77 |
| —— | 0001247 | 07/15/2015 | 07/15/2019 | 2743560 | $468.74 |
| —— | 0001248 | 07/15/2015 | 07/15/2019 | 2743570 | $359.77 |

F E G S Controlled Disbursement
Operating Cash Acct
Attn Lary Boord Controller
Executive Offices
315 Hudson St
New York NY 10013-1009

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus OH 43218-2051

This Page Intentionally Left Blank

**FEDERATION EMPLOYMENT AND GUIDANCE SERVICE,INC.**

**A/P CONTROLLED DISBURSEMENTS**
**G/L CODE 1-0000-1043-000-000 A/P CODE 07**
**A/C # ▉▉▉7036**
**FOR THE MONTH ENDING APRIL 30, 2019**

**BALANCE PER G/L**                                                              -

O/S CHECKS FY 2015                                                     21,308.49

**BALANCE PER BANK**                                                    **21,308.49**

Prepared by: _____
Sandra Montero

Approved by: _____
Michel Kirshner

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

March 30, 2019 through April 30, 2019

Account Number: ████████ 5466

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.



00054145 WBS 802 211 12119 NNNNNNNNNNN 1 000000000 C2 0000
FEDERATION EMPLOYMENT AND GUIDANCE
SERVICE INC DBA FEGS
ATTN: CONTROLLER
EXECUTIVE OFFICES
315 HUDSON STREET
NEW YORK NY 10013-1009

## Premium Commercial Money Market

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $769,185.81 | |
| Deposits and Credits | 1 | $518.28 | |
| Withdrawals and Debits | 0 | $0.00 | |
| Checks Paid | 0 | $0.00 | |
| Ending Ledger Balance | | $769,704.09 | |
| Average Ledger Balance | $769,202 | | |
| Interest Credited This Period | $518.28 | Interest Credited Year-to-Date | $5,537.28 |

Interest Rate(s):    04/01 to 04/30 at 0.82%

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 04/30 | Interest Payment | $518.28 |
| Total | | $518.28 |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 04/30 | $769,704.09 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank

**FEDERATION EMPLOYMENT AND GUIDANCE SERVICES**
**JPMORGAN CHASE--MONEY MARKET**
**1-0000-1017-000-000-00**
**A/C #█████████5466**
**4/30/2019**

| | | |
|---|---|---|
| Balance per GL @ 04/30/19 | $ | 769,704.09 |
| Balance per bank @ 04/30/19 | $ | 769,704.09 |
| Difference | $ | 0.00 |



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From April    01, 2019
To   April    30, 2019
Page      1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

FEDERATION EMPLOYMENT AND GUIDANCE    8-161
SERVICE INC DIP CASE #8-15-71074
REPRESENTATIVE PAYEE
2 PARK AVENUE, 20TH FLOOR
NEW YORK NY 10016           999

See Back for Important Information

Primary Account: ⬛⬛⬛⬛6520          0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ⬛⬛⬛6520    BANKRUPTCY CHECKING | | 22,276.18 | 22,276.18 |
| RELATIONSHIP | TOTAL | | 22,276.18 |

# Signature | SIGNATURE BANK

Statement Period
From April    01, 2019
To    April    30, 2019
Page    2 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

FEDERATION EMPLOYMENT AND GUIDANCE    8-161
SERVICE INC DIP CASE #8-15-71074
REPRESENTATIVE PAYEE
2 PARK AVENUE, 20TH FLOOR
NEW YORK NY 10016    999

See Back for Important Information

Primary Account: ⬤6520    0

BANKRUPTCY CHECKING    ⬤6520

## Summary

| | |
|---|---:|
| Previous Balance as of April    01, 2019 | 22,276.18 |
| There was no deposit activity during this statement period | |
| Ending Balance as of    April    30, 2019 | 22,276.18 |

**FEDERATION EMPLOYMENT AND GUIDANCE SERVICES**
**SIGNATURE BANK--REPRESENTATIVE PAYEE**
**1-0000-1057-000-000-00**
**A/C # ████ 6520**
**4/30/2019**

| | | |
|---|---|---|
| Balance per GL @ 04/30/19 | $ | 20,677.95 |
| | | |
| Balance per bank @ 04/30/19 | $ | 22,276.18 |
| Less: O/S Checks | | (1,598.23) |
| Adjusted Balance per bank @ 04/30/19 | $ | 20,677.95 |
| | | |
| Difference | $ | - |

In September, we wrote off 17 SSA checks via a general journal entry dated 9/20/17. These checks, created October 2016, comprised of the entire prior outstanding check list. Then we replaced these checks with new bank checks from Signature made out to SSA for the same amounts and with the issued in September 2016 and same recipients as before (as noted on the face of the checks). Recent communication with the SSA informed FEGS that only check# 013905 is currently outstanding.

Outstanding Check:

| Check Date | Check # | Amount |
|---|---|---|
| 7/2/2018 | 013905 | 1,598.23 |



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From April    01, 2019
To    April    30, 2019
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

FEDERATION EMPLOYMENT AND GUIDANCE       8-161
SERVICE INC DIP CASE 8-15-71074
RESTRICTED ACCOUNT
2 PARK AVENUE, 20TH FLOOR
NEW YORK NY 10016                999

See Back for Important Information

Primary Account: ____3758        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ____3758    BANKRUPTCY IMMA | | 9,569,341.59 | 9,572,881.57 |
| RELATIONSHIP | TOTAL | | 9,572,881.57 |

# SIGNATURE BANK

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

FEDERATION EMPLOYMENT AND GUIDANCE    8-161
SERVICE INC DIP CASE 8-15-71074
RESTRICTED ACCOUNT
2 PARK AVENUE, 20TH FLOOR
NEW YORK NY 10016    999

See Back for Important Information

Primary Account:  ███████3758    0

BANKRUPTCY IMMA    ███3758

## Summary

| | | |
|---|---|---|
| Previous Balance as of April 01, 2019 | | 9,569,341.59 |
| 1 Credits | | 3,539.98 |
| Ending Balance as of April 30, 2019 | | 9,572,881.57 |

## Deposits and Other Credits

| | | |
|---|---|---|
| Apr 30   Interest Paid | | 3,539.98 |

## Daily Balances

| | | | |
|---|---|---|---|
| Mar 31 | 9,569,341.59 | Apr 30 | 9,572,881.57 |

```
*============================== Interest Summary ==============================*
*  Year-To-Date Interest          14,152.06                                    *
*  Interest Paid This Period        3,539.98   Annual Percentage Yield Earned   0.45 %  *
*  Avg. Balance this Period      9,569,341.59   Days in Period              30   *
*==============================================================================*
```

**FEDERATION EMPLOYMENT AND GUIDANCE SERVICES**
**SIGNATURE BANK--RESTRICTED--INTEREST BEARING**
**1-0000-1060-000-000-00**
**A/C #■■■■■8758**
**4/30/2019**

| | |
|---|---|
| Balance per GL @ 04/30/19 | $  9,572,881.57 |
| | |
| Balance per bank @ 04/30/19 | $  9,572,881.57 |
| Difference | $         0.00 |

SIGNATURE RESTRINTBEARI 04-19

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From April    01, 2019
To    April    30, 2019
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

FEDERATION EMPLOYMENT AND GUIDANCE         8-161
SERVICE INC DIP CASE 8-15-71074
ASSET SALE PROCEEDS
2 PARK AVENUE, 20TH FLOOR
NEW YORK NY 10016            999

See Back for Important Information

Primary Account:          3731            0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 3731 | BANKRUPTCY IMMA | 5,354,068.41 | 5,356,049.04 |
| | RELATIONSHIP       TOTAL | | 5,356,049.04 |

Signature | **SIGNATURE BANK**

Statement Period
From April    01, 2019
To   April    30, 2019
Page        2 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

FEDERATION EMPLOYMENT AND GUIDANCE       8-161
SERVICE INC DIP CASE 8-15-71074
ASSET SALE PROCEEDS
2 PARK AVENUE, 20TH FLOOR
NEW YORK NY 10016            999

See Back for Important Information

Primary Account:          3731            0

BANKRUPTCY IMMA            3731

## Summary

Previous Balance as of April    01, 2019                    5,354,068.41
         1 Credits                                          1,980.63
Ending Balance as of    April    30, 2019                    5,356,049.04

Deposits and Other Credits
Apr 30  Interest Paid                                        1,980.63

Daily Balances
Mar 31     5,354,068.41              Apr 30     5,356,049.04

```
*================================= Interest Summary =================================*
*  Year-To-Date Interest         7,918.12                                           *
*  Interest Paid This Period     1,980.63    Annual Percentage Yield Earned   0.45 % *
*  Avg. Balance this Period      5,354,068.41  Days in Period                 30    *
*===================================================================================*
```

**FEDERATION EMPLOYMENT AND GUIDANCE SERVICES**
**SIGNATURE BANK--ASSET SALE PROCEEDS--INTEREST BEARING**
**1-0000-1061-000-000-00**
**A/C #█████3731**
**4/30/2019**


Balance per GL @ 04/30/19        $   5,356,049.04


Balance per bank @ 04/30/19      $   5,356,049.04

Difference                       $          0.00


SIGNATUREASSETSALEINTBE 0419

 **Vanguard®**

April 30, 2019, month-to-date statement

Page > 1 of 1

Do Not Use For Account Transactions
PO BOX 3009
MONROE, WI 53566-8309

Business Account Svcs > 800-984-5919

**vanguard.com**

0000482 SP · 6125 -C17-P00482-I

FEDERATION EMPLOYMENT AND
GUIDANCE SERVICE INC
PLAN 105
2 PARK AVE FL 20
NEW YORK NY 10016-9301



**500 Index Fund Adm** 2701

| | Average price per share | Total Cost |
|---|---|---|
| | $110.18 | $207,105.92 |

| Date | Transaction | Amount | Share Price | Shares Transacted | Total Shares Owned | Value |
|---|---|---|---|---|---|---|
| | Beginning balance on 3/31/2019 | | $261.56 | | 1,879.656 | $491,642.62 |
| | **Ending balance on 4/30/2019** | | $272.15 | | 1,879.656 | **$511,548.38** |

Beginning on January 1, 2012, new tax rules on taxable (nonretirement) mutual fund accounts (excluding money market funds) require Vanguard to track cost basis information for shares acquired and subsequently sold, on or after that date. Unless you select another method, sales of Vanguard mutual funds, but not ETFs, will default to the average cost method. For more information, visit vanguard.com/costbasis.



April 30, 2019, month-to-date statement

**Page > 1 of 1**





Do Not Use For Account Transactions
PO BOX 3009
MONROE, WI 53566-8309

Business Account Svcs  >  800-984-5919

**vanguard.com**

0000483 SP    .    6125    -C17-P00483-I

FEDERATION EMPLOYMENT AND
GUIDANCE SERVICE PLAN 102
2 PARK AVE FL 20
NEW YORK NY 10016-9301



**500 Index Fund Adm** ▓▓▓▓▓2057

|  |  |  |  | Average price per share | Total Cost |
|---|---|---|---|---|---|
|  |  |  |  | $114.94 | $515,394.80 |

| Date | Transaction | Amount | Share Price | Shares Transacted | Total Shares Owned | Value |
|---|---|---|---|---|---|---|
|  | Beginning balance on 3/31/2019 |  | $261.56 |  | 4,483.960 | $1,172,824.58 |
|  | **Ending balance on 4/30/2019** |  | **$272.15** |  | **4,483.960** | **$1,220,309.71** |

Beginning on January 1, 2012, new tax rules on taxable (nonretirement) mutual fund accounts (excluding money market funds) require Vanguard to track cost basis information for shares acquired and subsequently sold, on or after that date. Unless you select another method, sales of Vanguard mutual funds, but not ETFs, will default to the average cost method. For more information, visit vanguard.com/costbasis.





April 30, 2019, month-to-date statement

Page > 1 of 1

Do Not Use For Account Transactions
PO BOX 3009
MONROE, WI 53566-8309

Business Account Svcs  >  800-984-5919

**vanguard.com**



0000484 SP       6125      -C17-P00484-I

FEDERATION EMPLOYMENT GUIDANCE
SERVICE INC
PLAN 5
2 PARK AVE FL 20
NEW YORK NY 10016-9301



**Total Bond Mkt Index Adm** ████████4152

|  |  |  | Average price per share | Total Cost |
|---|---|---|---|---|
| 30-day SEC yield as of 04/30/2019* | 2.94% |  | $10.34 | $210,004.88 |

| Date | Transaction | Amount | Share Price | Shares Transacted | Total Shares Owned | Value |
|---|---|---|---|---|---|---|
|  | Beginning balance on 3/31/2019 |  | $10.68 |  | 20,268.956 | $216,472.45 |
| 04/30 | Income dividend | $518.21 | 10.66 | .48.613 | 20,317.569 |  |
|  | **Ending balance on 4/30/2019** |  | **$10.66** |  | **20,317.569** | **$216,585.29** |



*Based on holdings' yield to maturity for last 30 days; distribution may differ. For updated information, visit vanguard.com.

Beginning on January 1, 2012, new tax rules on taxable (nonretirement) mutual fund accounts (excluding money market funds) require Vanguard to track cost basis information for shares acquired and subsequently sold, on or after that date. Unless you select another method, sales of Vanguard mutual funds, but not ETFs, will default to the average cost method. For more information, visit vanguard.com/costbasis.



 **Vanguard®**

April 30, 2019, month-to-date statement

**Page > 1 of 1**

Do Not Use For Account Transactions
PO BOX 3009
MONROE, WI 53566-8309

Business Account Svcs > 800-984-5919

**vanguard.com**

0000481  SP  .  6125  -C17-P00481-I

FEDERATION EMPLOYMENT GUIDANCE
SERVICE INC
PLAN 2
2 PARK AVE FL 20
NEW YORK NY 10016-9301



---

**Total Bond Mkt Index Adm ████████3519**

| | | | Average price per share | Total Cost |
|---|---|---|---|---|
| 30-day SEC yield as of 04/30/2019* | 2.94% | | $10.39 | $518,908.64 |

| Date | Transaction | Amount | Share Price | Shares Transacted | Total Shares Owned | Value |
|---|---|---|---|---|---|---|
| | Beginning balance on 3/31/2019 | | $10.68 | | 49,833.066 | $532,217.14 |
| 04/30 | Income dividend | $1,274.08 | 10.66 | 119.520 | 49,952.586 | |
| | **Ending balance on 4/30/2019** | | $10.66 | | 49,952.586 | **$532,494.57** |

*Based on holdings' yield to maturity for last 30 days; distribution may differ. For updated information, visit vanguard.com.

Beginning on January 1, 2012, new tax rules on taxable (nonretirement) mutual fund accounts (excluding money market funds) require
Vanguard to track cost basis information for shares acquired and subsequently sold, on or after that date. Unless you select another
method, sales of Vanguard mutual funds, but not ETFs, will default to the average cost method. For more information, visit
vanguard.com/costbasis.



# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

May 01, 2019 through May 31, 2019

**Account Number:** ▓▓▓▓5465

## Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00073178 WBS 802 211 15219 NNNNNNNNNNN 1 000000000 80 0000
FEDERATION EMPLOYMENT AND GUDIANCE
SERVICE INC
ATTN: CONTROLLER
EXECUTIVE OFFICES
315 HUDSON STREET
NEW YORK NY 10013-1009



## Commercial Checking

### Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $764,649.56 | |
| Deposits and Credits | 4 | $282,222.18 | |
| Withdrawals and Debits | 17 | $275,282.24 | |
| Checks Paid | 21 | $56,555.04 | |
| **Ending Ledger Balance** | | **$715,034.46** | |

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 05/01 | Orig CO Name:Fed Employment      Orig ID:9131624000 Desc Date:Offset CO Entry Descr:Corp Pay  Sec:CCD   Trace#:021000024182913 Eed:190501 Ind ID:9131624000      Ind Name:EFT File Name: Rp1190K EFT/ACH Created Offset For Origin#: 9090209001  CO Eff  Date: 19/05/01 190429 Rp1190K9 Trn: 1214182913Tc | $16,018.86 |
| 05/10 | Fedwire Credit Via: Signature Bank/▓▓▓8576 B/O: Nysd Hdfc Inc By New York NY 10019 Ref: Chase Nyc/Ctr/Bnf=Federation Employment And Gudiance New York NY 10013 -/Ac-000000470025 Rfb=O/B Signature Ba Obi=Nysd Hdfc 2018 And 2019 Pro Perty And General Liability Insuran Ce Bbi=/Time:13:10 Imad: 0510B6B7261F001289 Trn: 3966309130Ff YOUR REF:  O/B SIGNATURE BA | 186,441.84 |
| 05/10 | Fedwire Credit Via: Signature Bank/▓▓▓8576 B/O: Nysd Forsyth Hdfc Inc By New York NY 10019 Ref: Chase Nyc/Ctr/Bnf=Federation Employment And Gudiance New York NY 10013 -/Ac-000000470025 Rfb=O/B Signature Ba Obi=Nysd Forsyth Hdfc 2018 Prop Erty And General Liability Insuranc E Bbi=/Time:13:10 Imad: 0510B6B7261F001290 Trn: 3967609130Ff YOUR REF:  O/B SIGNATURE BA | 63,742.62 |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



May 01, 2019 through May 31, 2019
**Account Number:** ⬛⬛⬛⬛5465

## Deposits and Credits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 05/31 | Orig CO Name:Fed Employment     Orig ID:9131624000 Desc Date:Offset CO Entry Descr:Corp Pay Sec:CCD    Trace#:021000027479311 Eed:190531 Ind ID:9131624000     Ind Name:EFT File Name: Rp1490Z EFT/ACH Created Offset For Orignit#: 9090209001  CO Eff  Date: 19/05/31 190529 Rp1490Zo Trn: 1517479311Tc | 16,018.86 |
| **Total** | | **$282,222.18** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 05/01 | Book Transfer Debit A/C: Paychex of New York LLC West Henrietta NY 14586- Ref: Fegs 002019050394 05032019 Trn: 2960300120Jo YOUR REF:  NONREF | $38,766.12 |
| 05/01 | Fedwire Debit Via: Wells Fargo NA/⬛⬛⬛0248 A/C: North Mill Capital LLC US Ref: Fegs Inv 36561/Time/02:41 Imad: 0501B1Qgc04C000369 Trn: 2951600120Jo YOUR REF:  NONREF | 875.00 |
| 05/01 | Orig CO Name:Fed Employment     Orig ID:9131624000 Desc Date:190501 CO Entry Descr:Corp Pay Sec:CCD    Trace#:021000025191626 Eed:190501 Ind ID:Batch Offset     Ind Name:Fed Employment Trn: 1215191626Tc | 16,018.86 |
| 05/08 | Fedwire Debit Via: Fifth Third Cinci/⬛⬛⬛0314 A/C: Metalquest, Inc US Ref: Fegs Inv 11307, 11296/Time/11:48 Imad: 0508B1Qgc02C004706 Trn: 2423300128Jo YOUR REF:  NONREF | 16,570.00 |
| 05/08 | Fedwire Debit Via: Wells Fargo NA/⬛⬛⬛0248 A/C: North Mill Capital LLC US Ref: Fegs Inv 36727/Time/11:48 Imad: 0508B1Qgc01C010389 Trn: 2423200128Jo YOUR REF:  NONREF | 875.00 |
| 05/09 | Orig CO Name:Tiaa-Cref     Orig ID:209430001D Desc Date:0520  CO Entry Descr:ACH Debitssec:CCD    Trace#:021000026796946 Eed:190509 Ind ID:1905081140440     Ind Name:328719Fegs Voluntary T 103491 Trn: 1296796946Tc | 100.00 |
| 05/15 | Book Transfer Debit A/C: Paychex of New York LLC West Henrietta NY 14586- Ref: Fegs 0020 19050394 05172019 Trn: 2686800135Jo YOUR REF:  NONREF | 39,159.25 |
| 05/15 | Fedwire Debit Via: Wells Fargo NA/⬛⬛⬛0248 A/C: North Mill Capital LLC US Ref: Fegs Inv 36830/Time/11:45 Imad: 0515B1Qgc06C005651 Trn: 2686900135Jo YOUR REF:  NONREF | 912.50 |
| 05/15 | Account Analysis Settlement Charge | 1,473.46 |
| 05/23 | Fedwire Debit Via: Citibank Nyc/⬛⬛⬛089 A/C: Garfunkel Wild PC Attorney US Ref: Fegs/Inv Apr2019/Time/13:31 Imad: 0523B1Qgc02C012899 Trn: 4030800143Jo YOUR REF:  NONREF | 80,015.80 |
| 05/23 | Fedwire Debit Via: Wells Fargo NA/⬛⬛⬛0248 A/C: North Mill Capital LLC US Ref: Fegs Inv 36900/Time/13:31 Imad: 0523B1Qgc02C012909 Trn: 4030700143Jo YOUR REF:  NONREF | 875.00 |
| 05/23 | Orig CO Name:Tiaa-Cref     Orig ID:209430001D Desc Date:0520  CO Entry Descr:ACH Debitssec:CCD    Trace#:021000026662317 Eed:190523 Ind ID:1905221140348     Ind Name:328719Fegs Voluntary T 103918 Trn: 1436662317Tc | 100.00 |
| 05/29 | Book Transfer Debit A/C: Paychex of New York LLC West Henrietta NY 14586- Ref: Fegs 0020 1905-0394 05312019 Trn: 2614700149Jo YOUR REF:  NONREF | 39,128.53 |

# CHASE ⬡

May 01, 2019 through May 31, 2019
Account Number: ████████5465



## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 05/29 | Fedwire Debit Via: Fifth Third Cinci/████0314 A/C: Metalquest, Inc US Ref: Fegs Inv 11499/Time/11:07 Imad: 0529B1Qgc05C005104 Trn: 2623100149Jo YOUR REF:  NONREF | 7,500.00 |
| 05/29 | Fedwire Debit Via: Wells Fargo NA/████0248 A/C: North Mill Capital LLC US Ref: Fegs Inv 37055/Time/11:07 Imad: 0529B1Qgc08C008292 Trn: 2623000149Jo YOUR REF:  NONREF | 875.00 |
| 05/29 | Book Transfer Debit A/C: JPMC - Cbeft Pre- Clea Acc Tampa FL 33610-9128 Trn: 0055100149Hp YOUR REF:  ACH OF 19/05/29 | 16,018.86 |
| 05/31 | Orig CO Name:Fed Employment        Orig ID:9131624000 Desc Date:190531 CO Entry Descr:Corp Pay Sec:CCD    Trace#:021000028638903 Eed:190531 Ind ID:Batch Offset        Ind Name:Fed Employment Trn: 1518638903Tc | 16,018.86 |
| **Total** | | **$275,282.24** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 71350 | 05/22 | $1,123.00 | 71449 | 05/08 | $230.56 | 71456 | 05/14 | $588.50 |
| 71412* | 05/15 | $173.94 | 71450 | 05/13 | $8,770.25 | 71458* | 05/20 | $1,007.50 |
| 71421* | 05/31 | $13,410.00 | 71451 | 05/13 | $44.24 | 71461* | 05/29 | $497.53 |
| 71424* | 05/02 | $500.00 | 71452 | 05/13 | $291.55 | 71463* | 05/28 | $7,296.11 |
| 71435* | 05/06 | $11,429.68 | 71453 | 05/13 | $334.61 | 71464 | 05/29 | $10.30 |
| 71447* | 05/02 | $910.00 | 71454 | 05/09 | $975.00 | 71465 | 05/29 | $5,601.79 |
| 71448 | 05/07 | $724.32 | 71455 | 05/14 | $68.66 | 71467* | 05/29 | $2,567.50 |

**Total     21 check(s)**                                               **$56,555.04**
* indicates gap in sequence

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 05/01 | $725,008.44 | 05/14 | $932,780.53 |
| 05/02 | $723,598.44 | 05/15 | $891,061.38 |
| 05/06 | $712,168.76 | 05/20 | $890,053.88 |
| 05/07 | $711,444.44 | 05/22 | $888,930.88 |
| 05/08 | $693,768.88 | 05/23 | $807,940.08 |
| 05/09 | $692,693.88 | 05/28 | $800,643.97 |
| 05/10 | $942,878.34 | 05/29 | $728,444.46 |
| 05/13 | $933,437.69 | 05/31 | $715,034.46 |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank



May 01, 2019 through May 31, 2019
**Account Number:** ▮▮▮▮▮▮▮5465

Federation Employment And Gudiance
Service Inc



## Expired Stop Payments

Account Number    ▮▮▮▮▮▮5465                                    Bank Number:  802

The following Stop Payments will expire on the date in the Date Expires column and will not automatically renew.

| Date Entered | Date Expires | Low Range or Check Number | High Range or Amount |
|---|---|---|---|
| 08/15/2012 | 08/15/2019 | 585143 | $393.17 |

This Page Intentionally Left Blank



Federation Employment And Gudiance
Service Inc



## Stop Payment Renewal Notice

Account Number ████████5465                                          Bank Number: 802

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| Revoke Stop | Sequence Number | Date Entered | Renewal Date | Low Range or Check Number | High Range or Amount |
| --- | --- | --- | --- | --- | --- |
| ——— | 0000062 | 08/07/2014 | 08/07/2019 | 604438 | $1,029.47 |
| ——— | 0000063 | 08/08/2014 | 08/08/2019 | 606047 | $275.00 |
| ——— | 0000387 | 08/22/2017 | 08/22/2019 | 434 | $3,693.06 |
| ——— | 0000388 | 08/23/2017 | 08/23/2019 | 1434 | $713.75 |
| ——— | 0000389 | 08/23/2017 | 08/23/2019 | 384 | $339.29 |

Federation Employment And Gudiance
Service Inc
Attn: Controller
Executive Offices
315 Hudson Street
New York NY 10013-1009

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus  OH 43218-2051

This Page Intentionally Left Blank

**FEGS - MAIN CASH**
**G/L CODE 1-0000-1005-000-000  A/P 01/06**
**ACCOUNT # █████54-65**
**FOR THE MONTH MAY 31, 2019**

| | |
|---|---:|
| **BALANCE PER G/L** | 712,909.71 |
| ADJUSTMENTS TO BE MADE IN G/L: | |
| | |
| **ADJUSTED G/L BALANCE** | 712,909.71 |
| | |
| **BALANCE PER BANK** | 715,034.46 |
| **ADJUSTMENTS BY BANK:** | |
| OUTSTANDING FY 2019 | (2,124.75) |
| | |
| **ADJUSTED BANK  BALANCE** | 712,909.71 |
| **DIFFERENCE** | - |

**Prepared by:**

_____
Sandra Montero

**Approved by:**

_____
Michael Kirshner

# CHASE ♦

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

May 01, 2019 through May 31, 2019

**Account Number:** ▇▇▇▇▇▇7036

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00068337 WBS 802 211 15219 NNNNNNNNNNN 1 000000000 80 0000
F E G S CONTROLLED DISBURSEMENT
OPERATING CASH ACCT
ATTN LARY BOORD CONTROLLER
EXECUTIVE OFFICES
315 HUDSON ST
NEW YORK NY 10013-1009



## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $21,308.49 |  |
| Opening Collected Balance |  | $21,308.49 |  |
| Deposits and Credits | 0 | $0.00 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$21,308.49** |  |
| **Ending Collected Balance** |  | **$21,308.49** |  |

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank



F E G S Controlled Disbursement
Operating Cash Acct



## Expired Stop Payments

Account Number  0████████7036                                          Bank Number:  802

The following Stop Payments will expire on the date in the Date Expires column and will not automatically renew.

| Date Entered | Date Expires | Low Range or Check Number | High Range or Amount |
|---|---|---|---|
| 08/02/2012 | 08/02/2019 | 286320 | $82.65 |
| 08/02/2012 | 08/02/2019 | 287561 | $699.00 |
| 08/02/2012 | 08/02/2019 | 288188 | $1,200.00 |
| 08/15/2012 | 08/15/2019 | 288985 | $873.56 |
| 08/15/2012 | 08/15/2019 | 290134 | $873.56 |
| 08/16/2012 | 08/16/2019 | 287038 | $300.00 |
| 08/16/2012 | 08/16/2019 | 287378 | $935.00 |

This Page Intentionally Left Blank



May 01, 2019 through May 31, 2019
**Account Number:** ████████7036

F E G S Controlled Disbursement
Operating Cash Acct



## Stop Payment Renewal Notice

Account Number     ████████7036                          Bank Number:  802

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| Revoke Stop | Sequence Number | Date Entered | Renewal Date | Low Range or Check Number | High Range or Amount |
|---|---|---|---|---|---|
| —— | 0000531 | 08/06/2013 | 08/06/2019 | 299823 | $200.00 |
| —— | 0000532 | 08/12/2013 | 08/12/2019 | 304146 | |
| —— | 0000533 | 08/16/2013 | 08/16/2019 | 303327 | |
| —— | 0000534 | 08/19/2013 | 08/19/2019 | 303660 | |
| —— | 0000579 | 08/06/2014 | 08/06/2019 | 316852 | $1,550.00 |
| —— | 0000580 | 08/12/2014 | 08/12/2019 | 315239 | $463.71 |
| —— | 0000581 | 08/13/2014 | 08/13/2019 | 317406 | $1,850.00 |
| —— | 0000582 | 08/14/2014 | 08/14/2019 | 317931 | $3,593.50 |
| —— | 0000583 | 08/26/2014 | 08/26/2019 | 311803 | $3,971.32 |
| —— | 0001249 | 08/06/2015 | 08/06/2019 | 324863 | $1,951.92 |
| —— | 0001250 | 08/24/2015 | 08/24/2019 | 323525 | $200.00 |

F E G S Controlled Disbursement
Operating Cash Acct
Attn Lary Boord Controller
Executive Offices
315 Hudson St
New York NY 10013-1009

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus  OH 43218-2051

This Page Intentionally Left Blank

**FEDERATION EMPLOYMENT AND GUIDANCE SERVICE,INC.**

**A/P CONTROLLED DISBURSEMENTS**
**G/L CODE  1-0000-1043-000-000  A/P CODE 07**
**A/C # ███████7036**
**FOR THE MONTH ENDING MAY 31, 2019**

| | |
|---|---:|
| **BALANCE PER G/L** | - |
| O/S  CHECKS FY 2015 | 21,308.49 |
| **BALANCE PER BANK** | **21,308.49** |

Prepared by: _____
Sandra Montero

Approved by: _____
Michel Kirshner

# CHASE ⬧

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

May 01, 2019 through May 31, 2019
Account Number: ████5466

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00052764 WBS 802 211 15219 NNNNNNNNNNN 1 000000000 C2 0000
FEDERATION EMPLOYMENT AND GUIDANCE
SERVICE INC DBA FEGS
ATTN: CONTROLLER
EXECUTIVE OFFICES
315 HUDSON STREET
NEW YORK NY 10013-1009



## Premium Commercial Money Market

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $769,704.09 | |
| Deposits and Credits | 1 | $535.91 | |
| Withdrawals and Debits | 0 | $0.00 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$770,240.00** | |
| Average Ledger Balance | $769,721 | | |
| Interest Credited This Period | $535.91 | Interest Credited Year-to-Date | $6,073.19 |
| Interest Rate(s): | 05/01 to 05/31 at 0.82% | | |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 05/31 | Interest Payment | $535.91 |
| **Total** | | **$535.91** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 05/31 | $770,240.00 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank

**FEDERATION EMPLOYMENT AND GUIDANCE SERVICES**
**JPMORGAN CHASE--MONEY MARKET**
**1-0000-1017-000-000-00**
**A/C #███████5466**
**5/31/2019**

| | | |
|---|---|---|
| Balance per GL @ 05/31/19 | $ | 770,240.00 |
| | | |
| Balance per bank @ 05/31/19 | $ | 770,240.00 |
| Difference | $ | 0.00 |



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                          Statement Period
                                      From May    01, 2019
                                      To   May    31, 2019
                                      Page    1 of   2

                                      PRIVATE CLIENT GROUP 161
                                      565 FIFTH AVENUE
                                      NEW YORK, NY 10017
```

```
        FEDERATION EMPLOYMENT AND GUIDANCE        8-161
        SERVICE INC DIP CASE #8-15-71074
        REPRESENTATIVE PAYEE
        2 PARK AVENUE, 20TH FLOOR
        NEW YORK NY  10016          999          See Back for Important Information
```

Primary Account: ▊▊▊▊6520          0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▊▊▊6520    BANKRUPTCY CHECKING | | 22,276.18 | 22,276.18 |
| RELATIONSHIP          TOTAL | | | 22,276.18 |

# SIGNATURE BANK

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

FEDERATION EMPLOYMENT AND GUIDANCE      8-161
SERVICE INC DIP CASE #8-15-71074
REPRESENTATIVE PAYEE
2 PARK AVENUE, 20TH FLOOR
NEW YORK NY  10016            999            See Back for Important Information

Primary Account: ▆▆▆▆▆5520            0

BANKRUPTCY CHECKING            ▆▆▆▆5520

Summary

Previous Balance as of May      01, 2019                          22,276.18

There was no deposit activity during this statement period

Ending Balance as of    May      31, 2019                          22,276.18

**FEDERATION EMPLOYMENT AND GUIDANCE SERVICES**
**SIGNATURE BANK--REPRESENTATIVE PAYEE**
**1-0000-1057-000-000-00**
**A/C # ███████520**
**5/31/2019**

| | | |
|---|---|---|
| Balance per GL @ 05/31/19 | $ | 20,677.95 |
| | | |
| Balance per bank @ 05/31/19 | $ | 22,276.18 |
| Less: O/S Checks | | (1,598.23) |
| Adjusted Balance per bank @ 05/31/19 | $ | 20,677.95 |
| | | |
| Difference | $ | - |

**Note:**

In September, we wrote off 17 SSA checks via a general journal entry dated 9/20/17. These checks, created October 2016, comprised of the entire prior outstanding check list. Then we replaced these checks with new bank checks from Signature made out to SSA for the same amounts and with the issued in September 2016 and same recipients as before (as noted on the face of the checks). Recent communication with the SSA informed FEGS that only check# 013905 is currently outstanding.

**Outstanding Check:**

| Check Date | Check # | Amount |
|---|---|---|
| 7/2/2018 | 013905 | 1,598.23 |



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From  May      01, 2019
To    May      31, 2019
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

FEDERATION EMPLOYMENT AND GUIDANCE    8-161
SERVICE INC DIP CASE 8-15-71074
RESTRICTED ACCOUNT
2 PARK AVENUE, 20TH FLOOR
NEW YORK NY  10016          999          See Back for Important Information

Primary Account:  ████3758        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████3758    BANKRUPTCY IMMA | | 9,572,881.57 | 9,576,540.92 |
| RELATIONSHIP         TOTAL | | | 9,576,540.92 |

# ✒ Signature | SIGNATURE BANK

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

FEDERATION EMPLOYMENT AND GUIDANCE       8-161
SERVICE INC DIP CASE 8-15-71074
RESTRICTED ACCOUNT
2 PARK AVENUE, 20TH FLOOR
NEW YORK NY  10016                  999

See Back for Important Information

Primary Account: ██████3758            0

BANKRUPTCY IMMA ·          ████3758

Summary

| | | |
|---|---|---|
| Previous Balance as of May | 01, 2019 | 9,572,881.57 |
| 1 Credits | | 3,659.35 |
| Ending Balance as of   May | 31, 2019 | 9,576,540.92 |

Deposits and Other Credits
May 31  Interest Paid                                        3,659.35

Daily Balances
Apr 30      9,572,881.57              May 31     9,576,540.92

```
*================================= Interest Summary =============================================*
*  Year-To-Date Interest          17,811.41                                                      *
*  Interest Paid This Period        3,659.35       Annual Percentage Yield Earned    0.45 %       *
*  Avg. Balance this Period     9,572,881.57       Days in Period                    31           *
*===============================================================================================*
```

**FEDERATION EMPLOYMENT AND GUIDANCE SERVICES**
**SIGNATURE BANK--RESTRICTED--INTEREST BEARING**
**1-0000-1060-000-000-00**
**A/C # ███████758**
**5/31/2019**

| | |
|---|---|
| Balance per GL @ 05/31/19 | $ 9,576,540.92 |
| | |
| Balance per bank @ 05/31/19 | $ 9,576,540.92 |
| Difference | $ 0.00 |



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

<pre>
                                              Statement Period
                                    From  May    01, 2019
                                    To    May    31, 2019
                                    Page     1 of    2

                                    PRIVATE CLIENT GROUP 161
                                    565 FIFTH AVENUE
                                    NEW YORK, NY 10017


         FEDERATION EMPLOYMENT AND GUIDANCE        8-161
         SERVICE INC DIP CASE 8-15-71074
         ASSET SALE PROCEEDS
         2 PARK AVENUE, 20TH FLOOR
         NEW YORK NY  10016               999          See Back for Important Information


                                         Primary Account: ██████3731          0
</pre>

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ██████3731   BANKRUPTCY IMMA | | 5,356,049.04 | 5,358,096.46 |
| | | | |
| RELATIONSHIP          TOTAL | | | 5,358,096.46 |

_Signature_ | **SIGNATURE BANK**

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

FEDERATION EMPLOYMENT AND GUIDANCE        8-161
SERVICE INC DIP CASE 8-15-71074
ASSET SALE PROCEEDS
2 PARK AVENUE, 20TH FLOOR
NEW YORK NY  10016              999

See Back for Important Information

Primary Account: ████3731              0

BANKRUPTCY IMMA            ████3731

Summary

| | | |
|---|---|---|
| Previous Balance as of May | 01, 2019 | 5,356,049.04 |
| 1 Credits | | 2,047.42 |
| Ending Balance as of   May | 31, 2019 | 5,358,096.46 |

Deposits and Other Credits
May 31  Interest Paid                                          2,047.42

Daily Balances
  Apr 30      5,356,049.04            May 31      5,358,096.46

```
*==================================== Interest Summary =====================================*
*  Year-To-Date Interest          9,965.54                                                  *
*  Interest Paid This Period       2,047.42    Annual Percentage Yield Earned    0.45 %      *
*  Avg. Balance this Period    5,356,049.04    Days in Period                      31        *
*==========================================================================================*
```

**FEDERATION EMPLOYMENT AND GUIDANCE SERVICES**
**SIGNATURE BANK--ASSET SALE PROCEEDS--INTEREST BEARING**
**1-0000-1061-000-000-00**
**A/C #▬▬▬731**
**5/31/2019**

| | |
|---|---|
| Balance per GL @ 05/31/19 | $  5,358,096.46 |
| Balance per bank @ 05/31/19 | $  5,358,096.46 |
| Difference | $          0.00 |


**Vanguard**®

May 31, 2019, month-to-date statement

Page > 1 of 1

Do Not Use For Account Transactions
PO BOX 3009
MONROE, WI 53566-8309

Business Account Svcs > 800-984-5919

vanguard.com

0000448 01 SP 0.500 **SNGLR T2:0.7182 10016-930120 -C01-P00448-I

FEDERATION EMPLOYMENT GUIDANCE
SERVICE INC
PLAN 2
2 PARK AVE FL 20
NEW YORK NY 10016-9301



**Total Bond Mkt Index Adm** ██████3519

| 30-day SEC yield as of 05/31/2019* | | 2.79% | | | Average price per share | Total Cost |
|---|---|---|---|---|---|---|
| | | | | | $10.39 | $520,205.68 |

| Date | Transaction | Amount | Share Price | Shares Transacted | Total Shares Owned | Value |
|---|---|---|---|---|---|---|
| | Beginning balance on 4/30/2019 | | $10.66 | | 49,952.586 | $532,494.57 |
| 05/31 | Income dividend | $1,297.04 | 10.83 | 119.764 | 50,072.350 | |
| | Ending balance on 5/31/2019 | | $10.83 | | 50,072.350 | $542,283.55 |

*Based on holdings' yield to maturity for last 30 days; distribution may differ. For updated information, visit vanguard.com.

Beginning on January 1, 2012, new tax rules on taxable (nonretirement) mutual fund accounts (excluding money market funds) require Vanguard to track cost basis information for shares acquired and subsequently sold, on or after that date. Unless you select another method, sales of Vanguard mutual funds, but not ETFs, will default to the average cost method. For more information, visit vanguard.com/costbasis.



**Do Not Use For Account Transactions**
PO BOX 3009
MONROE, WI 53566-8309

Business Account Svcs > 800-984-5919

**vanguard.com**

0000449 01 SP 0.500 **SNGLP T2 0 7182 10016-930120 -C01-P00449-I

FEDERATION EMPLOYMENT AND
GUIDANCE SERVICE INC
PLAN 105
2 PARK AVE FL 20
NEW YORK NY 10016-9301



**500 Index Fund Adm ▓▓▓▓▓2701**

| | | | | | Average price per share | Total Cost |
|---|---|---|---|---|---|---|
| | | | | | $110.18 | $207,105.92 |

| Date | Transaction | Amount | Share Price | Shares Transacted | Total Shares Owned | Value |
|---|---|---|---|---|---|---|
| | Beginning balance on 4/30/2019 | | $272.15 | | 1,879.656 | $511,548.38 |
| | **Ending balance on 5/31/2019** | | $254.85 | | 1,879.656 | **$479,030.33** |

Beginning on January 1, 2012, new tax rules on taxable (nonretirement) mutual fund accounts (excluding money market funds) require Vanguard to track cost basis information for shares acquired and subsequently sold, on or after that date. Unless you select another method, sales of Vanguard mutual funds, but not ETFs, will default to the average cost method. For more information, visit vanguard.com/costbasis.



May 31, 2019, month-to-date statement

**Page > 1 of 1**

**Do Not Use For Account Transactions**
PO BOX 3009
MONROE, WI 53566-8309

Business Account Svcs  >  800-984-5919

**vanguard.com**

0000450 01 SP 0.500 **SNGLP T2 0 7182 10016-930120  -C01-P00450-I

FEDERATION EMPLOYMENT AND
GUIDANCE SERVICE PLAN 102
2 PARK AVE FL 20
NEW YORK NY 10016-9301



**500 Index Fund Adm ▅▅▅▅2057**

| | | | | | Average price per share | Total Cost |
|---|---|---|---|---|---|---|
| | | | | | $114.94 | $515,394.80 |

| Date | Transaction | Amount | Share Price | Shares Transacted | Total Shares Owned | Value |
|---|---|---|---|---|---|---|
| | Beginning balance on 4/30/2019 | | $272.15 | | 4,483.960 | $1,220,309.71 |
| | **Ending balance on 5/31/2019** | | $254.85 | | 4,483.960 | **$1,142,737.21** |

Beginning on January 1, 2012, new tax rules on taxable (nonretirement) mutual fund accounts (excluding money market funds) require Vanguard to track cost basis information for shares acquired and subsequently sold, on or after that date. Unless you select another method, sales of Vanguard mutual funds, but not ETFs, will default to the average cost method. For more information, visit vanguard.com/costbasis.

 **Vanguard®**

May 31, 2019, month-to-date statement

**Page > 1 of 1**

**Do Not Use For Account Transactions**
PO BOX 3009
MONROE, WI 53566-8309

Business Account Svcs > 800-984-5919

**vanguard.com**

0000451 01 SP 0.500 **SNGLP T2 0 7182 10016-930120  -C01-P00451-I

FEDERATION EMPLOYMENT GUIDANCE
SERVICE INC
PLAN 5
2 PARK AVE FL 20
NEW YORK NY 10016-9301



---

**Total Bond Mkt Index Adm ▓▓▓▓4152**

|  |  | Average price per share | Total Cost |
|---|---|---|---|
| 30-day SEC yield as of 05/31/2019* | 2.79% | $10.34 | $210,532.44 |

| Date | Transaction | Amount | Share Price | Shares Transacted | Total Shares Owned | Value |
|---|---|---|---|---|---|---|
|  | Beginning balance on 4/30/2019 |  | $10.66 |  | 20,317.569 | $216,585.29 |
| 05/31 | Income dividend | $527.56 | 10.83 | 48.713 | 20,366.282 |  |
|  | **Ending balance on 5/31/2019** |  | $10.83 |  | 20,366.282 | **$220,566.83** |

*Based on holdings' yield to maturity for last 30 days; distribution may differ. For updated information, visit vanguard.com.

Beginning on January 1, 2012, new tax rules on taxable (nonretirement) mutual fund accounts (excluding money market funds) require Vanguard to track cost basis information for shares acquired and subsequently sold, on or after that date. Unless you select another method, sales of Vanguard mutual funds, but not ETFs, will default to the average cost method. For more information, visit vanguard.com/costbasis.

---

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 01, 2019 through June 28, 2019
**Account Number:** ▉▉▉▉▉5465

## Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.



00071414 WBS 802 211 18019 NNNNNNNNNNN 1 000000000 80 0000
FEDERATION EMPLOYMENT AND GUDIANCE
SERVICE INC
ATTN: CONTROLLER
EXECUTIVE OFFICES
315 HUDSON STREET
NEW YORK NY 10013-1009

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $715,034.46 |  |
| Deposits and Credits | 4 | $43,650.42 |  |
| Withdrawals and Debits | 15 | $333,935.82 |  |
| Checks Paid | 25 | $21,362.84 |  |
| **Ending Ledger Balance** |  | **$403,386.22** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 06/11 | Fedwire Credit Via: Signature Bank/▉▉▉576 B/O: Federation Employment And Guid New York NY 10016 Ref: Chase Nyc/Ctr/Bnf=Federation Employment And Gudiance New York NY 10013 -/Ac-000000470025 Rfb=O/B Signature Ba Bbi=/Time/14:01 Imad: 0611B6B7261F001170 Trn: 3864509162Ff YOUR REF: O/B SIGNATURE BA | $22,276.18 |
| 06/12 | JPMorgan Access Transfer From Account ▉▉▉▉7036 YOUR REF: 1001578163SB | 21,308.49 |
| 06/14 | Reversal of Check     1624 | 5.75 |
| 06/21 | Orig CO Name:Jpmcusempfunds     Orig ID:I134994650 Desc Date:190621 CO Entry Descr:Corp Pay Sec:CCD     Trace#:021000026667524 Eed:190621 Ind ID:3989177          Ind Name:Federation Employmen     54534251 Trn: 1726667524Tc | 60.00 |
| **Total** |  | **$43,650.42** |

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 06/03 | Fedwire Debit Via: Fifth Third Cinci██████0314 A/C: Metalquest, Inc US Ref: Fegs Inv 1171/Time/11:47 Imad: 0603B1Qgc08C006836 Trn: 2640900154Jo YOUR REF: NONREF | $1,629.75 |
| 06/05 | Orig CO Name:Tiaa-Cref         Orig ID:209430001D Desc Date:0620   CO Entry Descr:ACH Debitssec:CCD    Trace#:021000023970096 Eed:190605 Ind ID:1906041140380         Ind Name:328719Fegs Voluntary T 104610 Trn: 1563970096Tc | 100.00 |
| 06/10 | Fedwire Debit Via: Bmo Harris Bank NA/██████0288 A/C: Crowe Llp New York, NY 10022 US Ref: Fegs Inv Apr2019/Time/11:53 Imad: 0610B1Qgc01C012781 Trn: 2361600161Jo YOUR REF: NONREF | 72,022.04 |
| 06/10 | Fedwire Debit Via: Wells Fargo NA/██████0248 A/C: North Mill Capital LLC US Ref: Fegs Inv 37170/Time/11:54 Imad: 0610B1Qgc01C012808 Trn: 2367700161Jo YOUR REF: NONREF | 875.00 |
| 06/12 | Book Transfer Debit A/C: Paychex of New York LLC West Henrietta NY 14586- Ref: Fegs 0020-1905-0394 06142019 Trn: 2281300163Jo YOUR REF: NONREF | 38,767.12 |
| 06/14 | Fedwire Debit Via: Wells Fargo NA/██████0248 A/C: North Mill Capital LLC US Ref: Fegs Inv 37301/Time/02:38 Imad: 0614B1Qgc08C001169 Trn: 2282100163Jo YOUR REF: NONREF | 700.00 |
| 06/17 | Account Analysis Settlement Charge | 1,472.28 |
| 06/19 | Fedwire Debit Via: Wells Fargo NA/██████0248 A/C: North Mill Capital LLC US Ref: Inv/#37430/Time/15:02 Imad: 0619B1Qgc01C007096 Trn: 3280500170Jo YOUR REF: NONREF | 875.00 |
| 06/19 | Orig CO Name:Tiaa-Cref         Orig ID:209430001D Desc Date:0620   CO Entry Descr:ACH Debitssec:CCD    Trace#:021000023591386 Eed:190619 Ind ID:1906181140606         Ind Name:328719Fegs Voluntary T 100735 Trn: 1703591386Tc | 100.00 |
| 06/26 | Book Transfer Debit A/C: Paychex of New York LLC West Henrietta NY 14586- Ref: Fegs 0020-1905-0394 06282019 Trn: 2322100177Jo YOUR REF: NONREF | 39,159.23 |
| 06/26 | Fedwire Debit Via: Wells Fargo NA/██████0248 A/C: North Mill Capital LLC US Ref: Fegs Inv 37591/Time/10:59 Imad: 0626B1Qgc03C005726 Trn: 2322300177Jo YOUR REF: NONREF | 875.00 |
| 06/26 | Book Transfer Debit A/C: United Jewish Appeal Federation New York NY 10022-1302 Ref: Uja Retirement Plan Accelerated Pym Trn: 2322200177Jo YOUR REF: NONREF | 30,283.00 |
| 06/27 | Book Transfer Debit A/C: JPMC - Cbeft Pre- Clea Acc Tampa FL 33610-9128 Trn: 0017900178Hp YOUR REF: ACH OF 19/06/27 | 16,208.86 |
| 06/28 | Fedwire Debit Via: Citibank Nyc/██████0089 A/C: Garfunkel Wild PC Attorney US Ref: Fegs/Inv May 2019/Time/12:47 Imad: 0628B1Qgc03C016142 Trn: 3384600179Jo YOUR REF: NONREF | 69,692.54 |
| 06/28 | Fedwire Debit Via: Bmo Harris Bank NA/██████0288 A/C: Crowe Llp New York, NY 10022 US Ref: Fegs Inv May 2019/Time/12:47 Imad: 0628B1Qgc05C032911 Trn: 3384800179Jo YOUR REF: NONREF | 61,176.00 |
| **Total** | | **$333,935.82** |

# CHASE ◉

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|-------|-----------|--------|-------|-----------|--------|-------|-----------|--------|
| 1624 | 06/13 | $5.75 | 71473 | 06/17 | $68.72 | 71481 | 06/25 | $25.00 |
| 71460* | 06/03 | $308.68 | 71474 | 06/17 | $87.13 | 71482 | 06/25 | $25.00 |
| 71462* | 06/10 | $436.48 | 71475 | 06/13 | $910.00 | 71483 | 06/18 | $25.00 |
| 71466* | 06/05 | $24.71 | 71476 | 06/25 | $25.00 | 71484 | 06/17 | $8,832.05 |
| 71468* | 06/03 | $724.32 | 71477 | 06/19 | $25.00 | 71485 | 06/19 | $975.00 |
| 71469 | 06/06 | $230.56 | 71478 | 06/18 | $30.00 | 71486 | 06/24 | $438.75 |
| 71470 | 06/05 | $975.00 | 71479 | 06/19 | $35.00 | 71488* | 06/24 | $2,550.00 |
| 71471 | 06/10 | $3,265.96 | 71480 | 06/26 | $25.00 | 71489 | 06/28 | $910.00 |
| 71472 | 06/10 | $404.73 | | | | | | |

**Total      25 check(s)**                                                **$21,362.84**
\* indicates gap in sequence



## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|----------------|------|----------------|
| 06/03 | $712,371.71 | 06/18 | $626,729.60 |
| 06/05 | $711,272.00 | 06/19 | $624,719.60 |
| 06/06 | $711,041.44 | 06/21 | $624,779.60 |
| 06/10 | $634,037.23 | 06/24 | $621,790.85 |
| 06/11 | $656,313.41 | 06/25 | $621,715.85 |
| 06/12 | $638,854.78 | 06/26 | $551,373.62 |
| 06/13 | $637,939.03 | 06/27 | $535,164.76 |
| 06/14 | $637,244.78 | 06/28 | $403,386.22 |
| 06/17 | $626,784.60 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank



**CHASE**

June 01, 2019 through June 28, 2019
Account Number: ███████5465

Federation Employment And Gudiance
Service Inc



## Stop Payment Renewal Notice

Account Number    ███████5465

Bank Number: 802

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| Revoke Stop | Sequence Number | Date Entered | Renewal Date | Low Range or Check Number | High Range or Amount |
|---|---|---|---|---|---|
| —— | 0000046 | 09/16/2013 | 09/16/2019 | 110511 | $104.00 |
| —— | 0000047 | 09/19/2013 | 09/19/2019 | 596591 | $157.21 |
| —— | 0000360 | 09/09/2015 | 09/09/2019 | 900556 | $192.20 |
| —— | 0000411 | 09/20/2018 | 09/20/2019 | 71028 | $8,674.36 |
| —— | 0000412 | 09/26/2018 | 09/26/2019 | 3856 | $2,878.23 |
| —— | 0000413 | 09/26/2018 | 09/26/2019 | 3857 | $1,986.35 |

Federation Employment And Gudiance
Service Inc
Attn: Controller
Executive Offices
315 Hudson Street
New York NY 10013-1009

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus  OH 43218-2051

This Page Intentionally Left Blank

**FEGS - MAIN CASH**
**G/L CODE 1-0000-1005-000-000   A/P 01/06**
**ACCOUNT #██████54-65**
**FOR THE MONTH JUNE 30, 2019**

| | |
|---|---|
| **BALANCE PER G/L** | 388,490.09 |
| **ADJUSTMENTS TO BE MADE IN G/L:** | |
| **ADJUSTED G/L BALANCE** | 388,490.09 |
| **BALANCE PER BANK** | 403,386.22 |
| **ADJUSTMENTS BY BANK:** | |
| OUTSTANDING FY 2019 | (14,896.13) |
| **ADJUSTED BANK  BALANCE** | 388,490.09 |
| **DIFFERENCE** | - |

**Prepared by:**

_____
Sandra Montero

**Approved by:**

_____
Michael Kirshner

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 01, 2019 through June 28, 2019

Account Number: ████ 5466

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.



00059552 WBS 802 211 18019 NNNNNNNNNNN 1 000000000 C2 0000
FEDERATION EMPLOYMENT AND GUIDANCE
SERVICE INC DBA FEGS
ATTN: CONTROLLER
EXECUTIVE OFFICES
315 HUDSON STREET
NEW YORK NY 10013-1009

## Premium Commercial Money Market

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $770,240.00 | |
| Deposits and Credits | 1 | $518.99 | |
| Withdrawals and Debits | 0 | $0.00 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$770,758.99** | |
| Average Ledger Balance | $770,258 | | |
| Interest Credited This Period | $518.99 | Interest Credited Year-to-Date | $6,592.18 |
| Interest Rate(s): | 06/01 to 06/30 at 0.82% | | |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 06/28 | Interest Payment | $518.99 |
| **Total** | | **$518.99** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 06/28 | $770,758.99 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank

**FEDERATION EMPLOYMENT AND GUIDANCE SERVICES**
**JPMORGAN CHASE--MONEY MARKET**
**1-0000-1017-000-000-00**
**A/C #▮▮▮▮▮▮▮▮5466**
**6/30/2019**

| | | |
|---|---|---|
| Balance per GL @ 06/30/19 | $ | 770,758.99 |
| | | |
| Balance per bank @ 06/30/19 | $ | 770,758.99 |
| Difference | $ | 0.00 |

MM 0619



## SIGNATURE BANK
565 Fifth Avenue, 12ᵗʰ Floor
New York, NY 10017

Statement Period
From June    01, 2019
To   June    30, 2019
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

FEDERATION EMPLOYMENT AND GUIDANCE    8-161
SERVICE INC DIP CASE #8-15-71074
REPRESENTATIVE PAYEE
2 PARK AVENUE, 20TH FLOOR
NEW YORK NY 10016    999                    See Back for Important Information

Primary Account:    6520    0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 6520    BANKRUPTCY CHECKING | | 22,276.18 | .00 |
| RELATIONSHIP    TOTAL | | | .00 |

 **SIGNATURE BANK**

Statement Period
From June      01, 2019
To   June      30, 2019
Page     2 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

FEDERATION EMPLOYMENT AND GUIDANCE     8-161
SERVICE INC DIP CASE #8-15-71074
REPRESENTATIVE PAYEE
2 PARK AVENUE, 20TH FLOOR
NEW YORK NY  10016          999

See Back for Important Information

Primary Account: ████6520          0

BANKRUPTCY CHECKING     ████6520

Summary

| | |
|---|---|
| Previous Balance as of June     01, 2019 | 22,276.18 |
| 1 Debits | 22,276.18 |
| Ending Balance as of   June     30, 2019 | .00 |

Withdrawals and Other Debits
Jun 11  OUTGOING WIRE XFER                                   22,276.18
        REF# 2019061186B7261F001170
        TO:   FEDERATION EMPLOYMENT AND GUIDANCE  ABA:   021000021
        BANK: JPMCHASE                   ACCT# ████8465

Daily Balances
May 31        22,276.18              Jun 11          .00

**FEDERATION EMPLOYMENT AND GUIDANCE SERVICES**
**SIGNATURE BANK--REPRESENTATIVE PAYEE**
**1-0000-1057-000-000-00**
**A/C #████████520**
**6/30/2019**

| | | |
|---|---|---|
| Balance per GL @ 06/30/19 | $ | 0.00 |
| | | |
| Balance per bank @ 06/30/19 | $ | 0.00 |
| Less: O/S Checks | | 0.00 |
| Adjusted Balance per bank @ 06/30/19 | $ | 0.00 |
| Difference | $ | 0.00 |

**Note:**
This account was closed out on 06/11/19 via a transfer of $22,276.18 to the JPM Chase operating account.

 **SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From June    01, 2019
To    June    30, 2019
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

FEDERATION EMPLOYMENT AND GUIDANCE    8-161
SERVICE INC DIP CASE 8-15-71074
RESTRICTED ACCOUNT
2 PARK AVENUE, 20TH FLOOR
NEW YORK NY  10016                999                    See Back for Important Information

                                              Primary Account:  ████3758              0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████3758    BANKRUPTCY IMMA | | 9,576,540.92 | 9,580,083.56 |
| RELATIONSHIP | TOTAL | | 9,580,083.56 |

 **SIGNATURE BANK**

Statement Period
From June    01, 2019
To   June    30, 2019
Page    2 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

FEDERATION EMPLOYMENT AND GUIDANCE    8-161
SERVICE INC DIP CASE 8-15-71074
RESTRICTED ACCOUNT
2 PARK AVENUE, 20TH FLOOR
NEW YORK NY  10016                999

See Back for Important Information

Primary Account: ████3758            0

BANKRUPTCY IMMA          ████3758

## Summary

| | | |
|---|---|---|
| Previous Balance as of June    01, 2019 | | 9,576,540.92 |
| 1 Credits | | 3,542.64 |
| Ending Balance as of    June    30, 2019 | | 9,580,083.56 |

## Deposits and Other Credits
Jun 28  Interest Paid                                    3,542.64

## Daily Balances
May 31    9,576,540.92          Jun 28    9,580,083.56

```
*===================================== Interest Summary =====================================*
*  Year-To-Date Interest       21,354.05                                                     *
*  Interest Paid This Period     3,542.64     Annual Percentage Yield Earned      0.45 %      *
*  Avg. Balance this Period   9,576,540.92    Days in Period                      30          *
*===========================================================================================*
```

**FEDERATION EMPLOYMENT AND GUIDANCE SERVICES**
**SIGNATURE BANK--RESTRICTED--INTEREST BEARING**
**1-0000-1060-000-000-00**
**A/C #███████3758**
**6/30/2019**

| | |
|---|---|
| Balance per GL @ 06/30/19 | $   9,580,083.56 |
| | |
| Balance per bank @ 06/30/19 | $   9,580,083.56 |
| Difference | $            0.00 |

 **SIGNATURE BANK**

Statement Period
From June     01, 2019
To    June     30, 2019
Page     2 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

FEDERATION EMPLOYMENT AND GUIDANCE       8-161
SERVICE INC DIP CASE 8-15-71074
ASSET SALE PROCEEDS
2 PARK AVENUE, 20TH FLOOR
NEW YORK NY  10016          999                        See Back for Important Information

                                          Primary Account    3731          0

BANKRUPTCY IMMA                    3731

Summary

Previous Balance as of June      01, 2019                        5,358,096.46
        1 Credits                                                   1,982.12
Ending Balance as of    June     30, 2019                        5,360,078.58

Deposits and Other Credits
Jun 28  Interest Paid                                               1,982.12

Daily Balances
May 31      5,358,096.46             Jun 28      5,360,078.58

*=================================== Interest Summary =====================================*
*  Year-To-Date Interest        11,947.66                                                  *
*  Interest Paid This Period      1,982.12      Annual Percentage Yield Earned   0.45 %     *
*  Avg. Balance this Period    5,358,096.46     Days in Period                   30         *
*==========================================================================================*



## SIGNATURE BANK
565 Fifth Avenue, 12th Floor
New York, NY 10017

| Statement Period | |
| --- | --- |
| From June | 01, 2019 |
| To   June | 30, 2019 |
| Page    1 of | 2 |

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

FEDERATION EMPLOYMENT AND GUIDANCE      8-161
SERVICE INC DIP CASE 8-15-71074
ASSET SALE PROCEEDS
2 PARK AVENUE, 20TH FLOOR
NEW YORK NY  10016        999          See Back for Important Information

Primary Account: ⬛⬛⬛3731        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
| --- | --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | | |
| ⬛⬛3731    BANKRUPTCY IMMA | | 5,358,096.46 | 5,360,078.58 |
| RELATIONSHIP | TOTAL | | 5,360,078.58 |

**FEDERATION EMPLOYMENT AND GUIDANCE SERVICES**
**SIGNATURE BANK--ASSET SALE PROCEEDS--INTEREST BEARING**
**1-0000-1061-000-000-00**
**A/C #██████3731**
**6/30/2019**

| | | |
|---|---|---|
| Balance per GL @ 06/30/19 | $ | 5,360,078.58 |
| | | |
| Balance per bank @ 06/30/19 | $ | 5,360,078.58 |
| Difference | $ | 0.00 |

June 30, 2019, month-to-date statement

 **Vanguard***

Do Not Use For Account Transactions
PO BOX 3009
MONROE, WI 53566-8309

Business Account Svcs  >  800-984-5919

**vanguard.com**

0011370 01 AB 0.409 **AUTO `T3 0 7036 I0016-930120  -C01-P11381-I



FEDERATION EMPLOYMENT GUIDANCE
SERVICE INC
PLAN 2
2 PARK AVE FL 20
NEW YORK NY 10016-9301



**Total Bond Mkt Index Adm** ⬛⬛⬛⬛3519

| | | | | Average price per share | Total Cost |
|---|---|---|---|---|---|
| 30-day SEC yield as of 06/28/2019* | | 2.57% | | $10.39 | $521,497.27 |

| Date | Transaction | Amount | Share Price | Shares Transacted | Total Shares Owned | Value |
|---|---|---|---|---|---|---|
| | Beginning balance on 5/31/2019 | | $10.83 | | 50,072.350 | $542,283.55 |
| 06/28 | Income dividend | $1,291.59 | 10.93 | 118.169 | 50,190.519 | |
| | **Ending balance on 6/30/2019** | | $10.93 | | 50,190.519 | **$548,582.37** |

*Based on holdings' yield to maturity for last 30 days; distribution may differ. For updated information, visit vanguard.com.

Beginning on January 1, 2012, new tax rules on taxable (nonretirement) mutual fund accounts (excluding money market funds) require Vanguard to track cost basis information for shares acquired and subsequently sold, on or after that date. Unless you select another method, sales of Vanguard mutual funds, but not ETFs, will default to the average cost method. For more information, visit vanguard.com/costbasis.



June 30, 2019, month-to-date statement

**Page > 1 of 1**

Do Not Use For Account Transactions
PO BOX 3009
MONROE, WI 53566-8309

Business Account Svcs  >  800-984-5919

**vanguard.com**

0011371 01 AB 0.409 **AUTO* T3 0 7036 10016-930120    -C01-P11382-I

FEDERATION EMPLOYMENT AND
GUIDANCE SERVICE INC
PLAN 105
2 PARK AVE FL 20
NEW YORK NY 10016-9301



---

**500 Index Fund Adm ████████2701**



| | | | | | Average price per share | Total Cost |
|---|---|---|---|---|---|---|
| | | | | | $111.00 | $209,717.33 |

| Date | Transaction | Amount | Share Price | Shares Transacted | Total Shares Owned | Value |
|---|---|---|---|---|---|---|
| | Beginning balance on 5/31/2019 | | $254.85 | | 1,879.656 | $479,030.33 |
| 06/26 | Income dividend 1.3893 | $2,611.41 | 268.76 | 9.717 | 1,889.373 | |
| | **Ending balance on 6/30/2019** | | $271.40 | | 1,889.373 | **$512,775.83** |

Beginning on January 1, 2012, new tax rules on taxable (nonretirement) mutual fund accounts (excluding money market funds) require Vanguard to track cost basis information for shares acquired and subsequently sold, on or after that date. Unless you select another method, sales of Vanguard mutual funds, but not ETFs, will default to the average cost method. For more information, visit vanguard.com/costbasis.



June 30, 2019, month-to-date statement

**Do Not Use For Account Transactions**
PO BOX 3009
MONROE, WI 53566-8309

Business Account Svcs  >  800-984-5919

**vanguard.com**

0011373 01 AB 0.409 **AUTO T3 0.7036 10016-930120  <C01-P11384-I

illlilillillilllllllllllllllllllllllllllllllilll

FEDERATION EMPLOYMENT GUIDANCE
SERVICE INC
PLAN 5
2 PARK AVE FL 20
NEW YORK NY 10016-9301



**Total Bond Mkt Index Adm** ⬛⬛⬛⬛4152

| | | | | | Average price per share | Total Cost |
|---|---|---|---|---|---|---|
| 30-day SEC yield as of 06/28/2019* | | 2.57% | | | $10.34 | $211,057.78 |

| Date | Transaction | Amount | Share Price | Shares Transacted | Total Shares Owned | Value |
|---|---|---|---|---|---|---|
| | Beginning balance on 5/31/2019 | | $10.93 | | 20,366.282 | $220,566.83 |
| 06/28 | Income dividend | $525.34 | 10.93 | 48.064 | 20,414.346 | |
| | **Ending balance on 6/30/2019** | | $10.93 | | 20,414.346 | **$223,128.80** |

*Based on holdings' yield to maturity for last 30 days; distribution may differ. For updated information, visit vanguard.com.

Beginning on January 1, 2012, new tax rules on taxable (nonretirement) mutual fund accounts (excluding money market funds) require Vanguard to track cost basis information for shares acquired and subsequently sold, on or after that date. Unless you select another method, sales of Vanguard mutual funds, but not ETFs, will default to the average cost method. For more information, visit vanguard.com/costbasis.



Do Not Use For Account Transactions
PO BOX 3009
MONROE, WI 53566-8309

Business Account Svcs > 800-984-5919

**vanguard.com**

0011372 01 AB 0.409 **AUTO *T3 0 7036 10016-930120  -C01-P11383-I

|ıqı|||||ılıı•ıqı|ıqıqı||ılılıı|||ıqılı•||ıqı||ıqıı•|||ılı||ıqı|ı

FEDERATION EMPLOYMENT AND
GUIDANCE SERVICE PLAN 102
2 PARK AVE FL 20
NEW YORK NY 10016-9301



### 500 Index Fund Adm  2057

| | | | | Average price per share | | Total Cost |
|---|---|---|---|---|---|---|
| | | | | $115.73 | | $521,624.37 |

| Date | Transaction | Amount | Share Price | Shares Transacted | Total Shares Owned | Value |
|---|---|---|---|---|---|---|
| | Beginning balance on 5/31/2019 | | $254.85 | | 4,483.960 | $1,142,737.21 |
| 06/26 | Income dividend 1.3893 | $6,229.57 | 268.76 | 23.179 | 4,507.139 | |
| | **Ending balance on 6/30/2019** | | $271.40 | | 4,507.139 | **$1,223,237.52** |

Beginning on January 1, 2012, new tax rules on taxable (nonretirement) mutual fund accounts (excluding money market funds) require Vanguard to track cost basis information for shares acquired and subsequently sold, on or after that date. Unless you select another method, sales of Vanguard mutual funds, but not ETFs, will default to the average cost method. For more information, visit vanguard.com/costbasis.